UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SPORT SHOTS, LLC, | § | |
| | § | |
| Complainant, | § | |
| | § | |
| v. | § | Civ. Action No. _____ |
| | § | |
| THE INDIVIDUALS, BUSINESS ENTITIES, AND | § | |
| UNINCORPORATED ASSOCIATIONS | § | |
| IDENTIFIED IN EXHIBIT 1, | § | |
| | § | |
| Respondents. | § | |

_____

ORDER GRANTING APPLICATION TO FILE COMPLAINT UNDER SEAL
_____

Before the Court is Complainant's Application to File Complaint Under Seal pursuant to LR83.6.A. Complainant requests that Complainant's Original Complaint and its attached Exhibits 1-4, be filed under seal until the Court has the opportunity to issue preliminary injunctive relief in this case, and, if granted, the relief ordered therein has been effectuated. The Court, having reviewed the Motion, finds that good cause has been shown and GRANTS the Motion. Therefore, Plaintiff's Complaint and its attached Exhibits 1-4 shall be filed under seal and shall remain under seal until further order from this Court.

Signed: _____

_____
Honorable Judge Presiding
United States District Court
Southern District of Texas