UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SPORT SHOTS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civ. Action No. _________ |
| | § | |
| THE INDIVIDUALS, BUSINESS ENTITIES, AND | § | |
| UNINCORPORATED ASSOCIATIONS | § | |
| IDENTIFIED IN EXHIBIT 1, | § | |
| | § | |
| Respondents. | § | |

ORIGINAL COMPLAINT

Plaintiff, Sport Shots, LLC, files this Original Complaint against the Respondents in the attached Exhibit 1, and alleges as follows:

PARTIES

1. Sport Shots, LLC ("SS") is a foreign corporation organized under the laws of the State of Wisconsin with its principal place of business in Milwaukee, Wisconsin 2131 E Birch Dr. Oak Creek, Wisconsin 53154.

2. The currently-known Respondents are comprised of individuals, business entities of unknown makeup, or unincorporated associations, each of whom, on information and belief, likely reside or operate in foreign jurisdictions, or redistribute products from the same or similar sources in those locations, including those identified by name or alias on the attached Exhibit 1 (collectively, "Respondents").

3. Respondents operate through domain names and interactive commercial webstores (the "Infringing Webstores") hosted on various e-commerce platforms, such as

Alibaba, AliExpress, Amazon, eBay, Fruugo, Shein, Temu, and Walmart (the "Marketplaces").

4. Respondents offer their products for sale to consumers in the United States, including this District, and, on information and belief, have sold and continue to sell products (the "Infringing Products") which violate Plaintiff's intellectual property rights to consumers within the United States, including within Texas and the Southern District of Texas.

5. Through their illegal operations on the Infringing Webstores, Respondents are directly and personally contributing to, inducing and engaging in the sale of Infringing Products, and on information and belief are doing so often as partners, co-conspirators, or suppliers.

6. On information and belief, Respondents are an interrelated group working in concert to knowingly and willfully manufacture, import, distribute, offer for sale, and sell Infringing Products.

7. Respondents conceal their identities and the full scope of their infringing operations to deter Plaintiff from learning Respondents' true identities and the exact interworking of Respondents' infringing operations. The true identities of many of these Respondents are presently unknown.

## NATURE OF THIS ACTION

8. The Respondents are infringing on Plaintiff's trademark and copyrights.

## JURISDICTION AND VENUE

9. This is an action for counterfeiting under 15 U.S.C. § 1114, Unfair Competition and False Designation of Origin under 15 U.S.C. §1125(a), and patent infringement under 35 U.S.C. § 271.

10. This Court has subject-matter jurisdiction over these claims pursuant to 28 U.S.C.

§§ 1331 and 1338(a) because this is an action arising under the laws of the United States and relating to patents and trademarks.

11. This Court has personal jurisdiction over Defendants because each Defendant has, through one or more fully interactive commercial Internet websites, pursued sales from Texas residents by offering shipping to Texas, *see* Exhibit 2, and, on information and belief, has induced sales of Infringing Products to residents of Texas in violation of Plaintiff's intellectual property rights. As such, personal jurisdiction is proper because each Defendant is committing infringing acts in Texas and has wrongfully caused Plaintiff substantial injury in the State of Texas.

12. This Court also has personal jurisdiction over Respondents because Plaintiff's claims arise under federal law; the Respondents are, on information and belief, not subject to jurisdiction in any state's courts of general jurisdiction; and exercise of such jurisdiction is consistent with the United States Constitution and laws. Fed. R. Civ. P. 4(k)(2).[1] Personal jurisdiction is thus also proper pursuant to Rule 4(k)(2) because each of the Respondents directs its activities at residents of the United States and the State of Texas.

13. Federal question jurisdiction lies in this Court under US Const, Art III, Sec 2 because federal courts may hear all cases in law and equity under the Constitution and laws of the United States. Similarly, federal question jurisdiction lies in this Court under 28 U.S.C. § 1331 because it is a district court empowered with original jurisdiction over all civil actions arising under the

[1] "For a State to exercise jurisdiction consistent with due process, the defendant's suit-related conduct must create a substantial connection with the forum State." *Walden v. Fiore*, 571 U.S. 277, 284 (2014); *see also J. McIntyre Mach., Ltd. v. Nicastro*, 564 U.S. 873, 881 (2011) ("submission through contact with and activity directed at a sovereign may justify specific jurisdiction"). Specific jurisdiction only requires a defendant to have "minimum contacts" with the state, rather than the "continuous and systematic" standard for general jurisdiction—the defendant need only purposefully direct its activities at residents of the forum, and the Plaintiff's alleged injury must arise out of or relate to the defendant's contacts with the forum. *Dontos v. Vendomation NZ Ltd.*, 582 F. App'x 338, 342 (5th Cir. 2014).

Constitution, laws, or the treaties of the United States. This is an action for trademark and copyright infringement under the Lanham Act and Title 17 of the United States Code respectively. A registrant has a private cause of action to bring suit under section 32 of the Lanham Act for alleged trademark infringement. 15 U.S.C. § 1114. A copyright owner may bring a civil action against an alleged copyright infringer. 17 U.S.C. § 501.

14. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b)(3),(c)(3). Respondents are entities or individuals subject to personal jurisdiction in this District, and Respondents not residing in the United States may be sued in any judicial district.

## FACTS

### PLAINTIFF'S INTELLECTUAL PROPERTY & PLAINTIFF'S PRODUCTS

15. Plaintiff is the owner of all right, title and interest in and to:

a. GOLF SHOTS, Trademark, Registration No. 7,577,461, Serial Number 98-35695 (the "Mark");

b. Copyright for the following group of published photographs with Registration Number VA 2-449-613/serial number VA0002449613: GBS-2, GBS-3, GBS-6, GBS-10, GBS-11, GBS-12, GBS-13, and GBS-14;

c. Copyright for photograph GBS-1 with Registration Number VA 2-449-614/serial number VA0002449614;

d. Copyright for photograph GBS-4 with Registration Number VA 2-449-615/serial number VA0002449615; and

e. Copyright for photograph GBS-5 with Registration Number VA 2-449-617/serial number VA0002449617

(collectively the "Marks and Rights") *See* Ex. 3 hereto.

16.     The Mark and Rights are valid, subsisting, unrevoked, and uncancelled. The registrations for the Mark and Rights constitute prima facie evidence of validity and of Plaintiff's exclusive right to use the Mark and Rights pursuant to 15 U.S.C. § 1057(b).

17.     Plaintiff displays Golf Shots® and © 2025 on its company website.

18.     A genuine and authentic copy of the U.S. federal trademark registration certificate issued by the United States Patent and Trademark Office, as well as the Copyright Registration Certificates for published photographs (the Mark and Rights being the "Plaintiff IP"), are attached as Exhibit 3.

19.     Plaintiff is engaged in the business of selling Golf Shots® products throughout the world, including within the Southern District of Texas (collectively, Plaintiff's "Products") under the federally-registered Mark and Rights. Respondents' use of the copyrighted photographs and the name Golf Shots® to sell Infringing Products in violation of Plaintiff's IP is irreparably damaging Plaintiff.

20.     Plaintiff's brand, symbolized by the Mark and Rights, is recognized as a symbol of the use of an alcohol container of approximately 1.5 fluid ounces in the form of a golf ball as an alcoholic beverage container. As detailed below, Plaintiff has been using the Mark and Rights for many years in connection with the advertising and sale of Plaintiff's Products in interstate and foreign commerce, including commerce in the State of Texas and the Southern District of Texas.

21.     The Mark and Rights have been widely promoted, both in the United States and throughout the world. Consumers, potential consumers, and other members of the public and the retain industry not only associate Plaintiff's Products with exceptional materials, style, and

workmanship, but also recognize Plaintiff's Products sold in the United States originate exclusively with Plaintiff.

22.     As of the date of this filing, Plaintiff's Products are sold globally in retail markets and via the world-wide web.

23.     Plaintiff maintains quality control standards for all of its Products. Genuine Products are distributed through a worldwide network of distributors and retailers, as well as Plaintiff's primary website located https://drinksportshots.com/ ("Website"). Sales of Plaintiff's Products via the Website represent a significant portion of Plaintiff's business. The Website features proprietary content, images, and designs exclusive to Plaintiff. Attached as Exhibit 4 are representative examples of Plaintiff offering its Products in connection with the Plaintiff IP for sale on its Website.

24.     The Mark and Rights are highly visible and distinctive worldwide symbol of excellence in quality and uniquely associated with Plaintiff and, as a result, Plaintiff's Products bearing the Mark and Rights and subject to the Patent have generated significant revenue over the years.

25.     Further, Plaintiff has expended substantial time, money, and other resources developing, advertising, and otherwise promoting the Products in connection with the Plaintiff IP.

RESPONDENTS' INFRINGING ACTIVITIES

26.     Upon information and belief, at all times relevant hereto, Respondents in this action have had full knowledge of Plaintiff's ownership of the Plaintiff's IP, including Plaintiff's exclusive right to use and license such intellectual property and the goodwill associated therewith.

DAMAGES

27. Plaintiff has suffered the loss in fair market value of the copyright valued by the profits lost due to the infringement or the value of the use of the copyrighted work to the infringer. Therefore, Plaintiff seeks actual damages suffered as a result of the infringement and any profits that the infringer made that are attributable to the infringement and not taken into account in computing actual damages. 17 U.S.C § 504(b).

28. To the extent that Plaintiff cannot establish or makes the election not to pursue actual damages, Plaintiff seeks statutory damages for copyright infringement pursuant to 17 U.S.C. § 504(c).

29. Respondents have violated Plaintiff's registered trademark causing damages for which Plaintiff may obtain relief. 15 U.S.C. § 1117(a). As a result of the violation, Plaintiff seeks injunctive relief to stop the infringement and disgorgement of the Defendants' profits, actual damages, reasonable royalty, attorney's fees and costs. 15 U.S.C. § 1117(a).

30. Respondents knew or should have known of the trademark and copyrights held by Plaintiff that would have been discovered with minimal due diligence. Therefore, the infringing conduct was committed willfully entitling Plaintiff to enhancement of the statutory damages.

ATTORNEY'S FEES

31. Respondents' infringement has caused the Plaintiff to seek and incur the cost and expense of legal services to prosecute this matter. Therefore, Plaintiff seeks attorney's fees under 17 U.S.C. § 505.

32. Respondents' flagrant and careless violation of Plaintiff's trademark is exceptional for which Plaintiff seeks reasonable attorney's fees and costs incurred under 15 U.S.C. § 1117(a).

## CONCLUSION

For these reasons, Plaintiff, Sport Shots, LLC, asks that after trial in this matter judgment be rendered against Respondents for injunctive relief, monetary damages, reasonable attorney's fees, costs and all other relief the Court deems Plaintiff entitled.

Respectfully submitted,

THE WATTS LAW FIRM,P.C.

JOSEPH K. WATTS
FEDERAL BAR NO. 22812
STATE BAR NO. 24005135
JWATTS@WATTSLAW.NET
11777 KATY FWY, STE. 507 S
HOUSTON, TX 77041
TELEPHONE: (832) 226.2491
ATTORNEY FOR PLAINTIFF
SPORT SHOTS, LLC

# EXHIBIT 1

| marketplac | merchant_name |
|---|---|
| Alibaba | Shenzhen BYF Precision Mould Co., Ltd. |
| Alibaba | Xiamen Charmlite Trading Co., Ltd. |
| Alibaba | Shaanxi Longstar New Material Technology Co., Ltd. |
| Alibaba | Xiamen Beilixing Trading Co., Ltd. |
| Alibaba | Taizhou Huangyan Enjoy Plastic Co., Ltd. |
| Alibaba | Hangzhou Hopeful  Commodity Co.,ltd |
| Alibaba | Hangzhou Aoying Industry And Trade Co., Ltd. |
| Alibaba | Hangzhou Kangyou Household Import And Export Co., Ltd. |
| Alibaba | Ningbo Lotusflower Sport Equipments Co., Ltd. |
| Alibaba | More Gift Inc |
| Alibaba | Ningbo Suerte Import & Export Co., Ltd. |
| Alibaba | Nanning Jasian Trading Co., Ltd. |
| Alibaba | Shanghai Ronze Trading Co., Ltd. |
| Alibaba | Qingdao Ue Home Design & Products Co., Ltd. |
| Alibaba | Ningbo Haishu United Plastic Co., Ltd. |
| Alibaba | Tianjin Nuoyang Technology Co., Ltd. |
| Alibaba | Xiamen Funtime Plastic Co., Ltd. |
| Alibaba | Yiwu Yumei Toy Factory |
| Alibaba | Yiwu Yuyang Crafts Co., Ltd. |
| Aliexpress | Mfkdd Store |
| Aliexpress | Creates House Store |
| Aliexpress | Househeld Market Store |
| Aliexpress | Himalaya Store |
| Aliexpress | YXCWZHO Store |
| Aliexpress | Sporting Dropshipping Co., Ltd. Store |
| Aliexpress | Home Coffee Club Store |
| Aliexpress | Happy Pet Home123 Store |
| Aliexpress | HooH Choice Store |
| Aliexpress | Shining Good Life Store |
| Aliexpress | E-commerce Digital Store |
| Aliexpress | Outdoor SuperTop Store |
| Aliexpress | Gentle Home Shunmaii Store |
| Aliexpress | Shop1103807026 Store |
| Aliexpress | 2024 US Store |
| Aliexpress | Shop1103928186 Store |
| Aliexpress | Secret 1999 Store |
| Aliexpress | Cycling Official Storage Store |
| Aliexpress | Pleasurable Shopping Day Global Store |
| Aliexpress | Shop1104096491 Store |
| Aliexpress | Hi-Life House Store Store |
| Aliexpress | Sweet Big Store |
| Aliexpress | Super Dropship Store |
| Aliexpress | Festival Party Supplies Specialty Store |

| | |
|---|---|
| Aliexpress | Genzers Store |
| Aliexpress | LOVELIFE-Grocery Store |
| Aliexpress | Shop1104821404 Store |
| Amazon | Yuppeei |
| Amazon | YingYuLianXiang |
| Amazon | xianyunshangmao |
| Amazon | XUYANGTING-USE |
| Amazon | Liwords |
| Amazon | DengDengstore |
| Amazon | WUXIUJUAN |
| Amazon | Wooba Bazaar |
| Amazon | Zxz_Store-US (Home Essentials) |
| Amazon | luqeeg |
| Amazon | Headscents-US |
| Amazon | Luiexs |
| Amazon | Gotosee |
| Amazon | PengKaiJianLiPe |
| Amazon | bai baohui |
| Amazon | henanhuimiaocanyinguanlifuwuyouxiangongsi |
| Amazon | YUNLDFIT |
| Amazon | Julianne-US |
| Amazon | LYH-A |
| Amazon | Springen |
| Amazon | zhengzhoulifudaqishangmaoyouxiangongsi |
| Amazon | Lotbysea |
| Amazon | jiaxianzhongqinengzhuangshigongchengyouxiangongsi |
| Amazon | THUYTRANG542002 |
| Amazon | Koluti |
| Amazon | ZMaenn |
| Amazon | henzhong |
| Amazon | HongTaoZhu |
| Amazon | Saxon-us |
| Amazon | YINGLIs |
| Amazon | SattvaFlavors |
| Amazon | Jiaomamaoyi |
| Amazon | aimileshang |
| Amazon | Lihuang-US(è·Ÿå–å¿…ä¸‹æµ‹è¯•å•) |
| Amazon | sgmedila |
| Amazon | LUGUANdianzi |
| Amazon | ji shan chen xiang |
| Amazon | zanshengyou |
| Amazon | Zhengzhou Qianxierui Network Technology Co., Ltd. |
| Amazon | geru bin |
| Amazon | prajnaLiu |

| | |
|---|---|
| Amazon | longshengdajiaju |
| Amazon | HAMAPI |
| Amazon | GuangZhouGangShanShangMaoYouXianGongSi |
| Amazon | Chuangbaida-US |
| Amazon | Zuiminq |
| eBay | caommisori |
| eBay | dfsdgfg4sdfg |
| eBay | dhranastore |
| eBay | dillmurlati |
| eBay | houru6usua |
| eBay | crae_crae_crazy |
| eBay | moment866 |
| eBay | parts-stores01 |
| eBay | pingbaosh |
| eBay | pttekA |
| eBay | qeon-16 |
| eBay | Credit Shop |
| eBay | sbykakk |
| eBay | summercell |
| eBay | tidewaye |
| eBay | uyanhuixiangs |
| eBay | vyfafs196 |
| eBay | lostrav_65 |
| eBay | wees_5495 |
| eBay | wendyjoe-2 |
| eBay | yiq112 |
| Fruugo | Genthe |
| Fruugo | ZestyZing |
| Fruugo | Mela |
| Shein | FRANCIS LTX |
| Shein | BoMu Marketplace |
| Temu | Sparkstore |
| Temu | FEIHU |
| Temu | cantiero |
| Temu | L laola |
| Temu | Miracle Path |
| Temu | SL Good |
| Temu | ceilings |
| Temu | QKuu |
| Temu | BloomCrafts |
| Temu | SJ GOOD |
| Temu | ZX GOOD |
| Temu | ZXXXZ |
| Temu | IFGOOD |

| | |
|---|---|
| Temu | IF TT |
| Temu | UAC MALL |
| Temu | UACC Mall |
| Temu | FRONGYITONG |
| Temu | SSKY HY |
| Temu | WOOONG |
| Temu | JOYPIC |
| Temu | Super Local Goods |
| Temu | MKYOOL |
| Temu | JCNYZ |
| Temu | HomeTech s |
| Temu | candyT |
| Temu | Gada Home Furnishings |
| Temu | Origin All |
| Temu | SLong Good |
| Temu | PatternCraft |
| Temu | huan shangshop |
| Temu | DIY X |
| Temu | HAX Fashion Home |
| Temu | VivaPick |
| Temu | Destinysweet |
| Temu | Easy to use Home Furnishings |
| Temu | MT GOOD |
| Temu | WL OMG |
| Temu | MT TMT |
| Temu | Lunoko |
| Temu | MarrakechMornings |
| Temu | ZentoBox |
| Temu | Global Premium Collections |
| Temu | VibesHQ |
| Temu | Sand Goods |
| Temu | YCWD Small shop |
| Temu | LuckyEle |
| Temu | MT TT |
| Temu | HappyRain |
| Temu | SL D |
| Temu | SL E |
| Temu | Awens Selection |
| Temu | SL F |
| Temu | XX F |
| Temu | Affluentday |
| Temu | Obtainachieve |
| Temu | Urban Basker |
| Temu | SL J |

| | |
|---|---|
| Temu | XX J |
| Temu | XX L |
| Temu | Brilliantmind |
| Temu | Allrighthere |
| Temu | bantuoxiaoshangpin |
| Temu | Baywarm |
| Temu | Gracecharm |
| Temu | Thrivehope |
| Temu | QB Wdiedian |
| Temu | QBWD Small shop |
| Temu | Monitorr |
| Temu | A shop worth shopping |
| Temu | V R Good shop |
| Temu | Createchance |
| Temu | Hapzio |
| Temu | TwinkleBuy |
| Temu | REWSGKSL |
| Temu | Kineticforce |
| Temu | HDJLKADD |
| Temu | Huge discount A |
| Temu | GlamTreasure |
| Temu | A Happy Shopping A |
| Temu | zxjSkm |
| Temu | SUZONGSIXSHOP |
| Temu | SUZONGSEVENSHOP |
| Temu | AXYYA |
| Temu | lizongtendian |
| Temu | Forestguard |
| Temu | chenDDDDD |
| Temu | Aht happy |
| Temu | SUZONGTHREESHOP |
| Temu | SUZONGTWOSHOP |
| Temu | GXbBb |
| Walmart | SENIURIS |
| Walmart | AI Lop |
| Walmart | kuangminhua |
| Walmart | pobbo |
| Walmart | CQ Digital Co., Ltd. |
| Walmart | Feiyu Hdwl Co.Ltd |
| Walmart | Shengbai Tong Co.Ltd |
| Walmart | QualityNest Living Co.Ltd |
| Walmart | MFF Home Decor |
| Walmart | XDDST Clothing |
| Walmart | DanGing |

| | |
|---|---|
| Walmart | Suquosor Store |
| Walmart | Miapomen |
| Walmart | IITEEN Co. Ltd |
| Walmart | Mjers shop Co. Ltd |
| Walmart | Jingweua |
| Walmart | Hopeful Homely |
| Walmart | Lagore |
| Walmart | Ekoaild |
| Walmart | Nilnehc |
| Walmart | RuiHuiHua |
| Walmart | PanoraShop |
| Walmart | RongC |
| Walmart | FestivityCo Co.Ltd |
| Walmart | phdcasid |
| Walmart | Uhnauch |
| Walmart | Generic 7-10 Fast Dealivery |
| Walmart | zhangping |
| Walmart | pangyashi |
| Walmart | Yesxue |
| Walmart | buyiko |
| Walmart | Electronics Co., Ltd. |
| Walmart | BGFIIPAJG |
| Walmart | chenhaiping |
| Walmart | chenjiaxiang13 |
| Walmart | QfkgN |
| Walmart | zhnenuan |
| Walmart | Myriad365 |
| Walmart | LALACE |
| Walmart | Rmncdg |
| Walmart | sisanbaihuoyouxiangongsi |
| Walmart | LOSO |
| Walmart | BTAaoin |
| Walmart | HYYDHH |
| Walmart | wanghualian |
| Walmart | yuhuiyu |
| Walmart | zhanFYR |
| Walmart | SHUNXIN |
| Walmart | ruiheuyx |
| Walmart | Sunsun-shine |
| Walmart | Xieyian Trading |
| Walmart | easdesey |
| Walmart | yangtao |
| Walmart | awsran37 |
| Walmart | Whit3fivE |

| | |
|---|---|
| Walmart | TIANQIAN |
| Walmart | Y-Yc |
| Walmart | LLZAN |
| Walmart | ZeYiJiuMY |
| Walmart | MUPET&HOME |
| Walmart | weizahng |
| Walmart | Paw Kitch |
| Walmart | XinganshangM |
| Walmart | BOZHOU Co . Ltd |
| Walmart | guo wen ya |
| Walmart | LINSLIOW |
| Walmart | zynion |
| Walmart | miaojiafa |
| Walmart | nongjinxiong |
| Walmart | xuhuilin1 |
| Walmart | yanghualong |
| Walmart | yangjinnuo |
| Walmart | haileiguang |
| Walmart | hezhengqi |
| Walmart | heqinguang |
| Walmart | Nestlive Homestyle |
| Walmart | LIUYINSTORE |
| Walmart | JinHuanDianZi |
| Walmart | TaiLiuBaiHuo |

# EXHIBIT 2



Manufacturers, Suppliers, Expor
biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=54112d73210302941...
Work
Shipping address
Change
June Joseph
1800 Lubbock Street, Houston, Texas, 77007, United States
(+1) 6037511911
Payment method
Add a new card
Other payment methods
Items and delivery options
Sold by: Shenzhen BYF Precision Mould Co., Ltd.
Delivery by Sep 03
Shipping fee: USD 13.77 Free
Change
Golf Cup
GOLF BALL CUP
Food Grade Golf Ball Shaped 3pcs Set Plastic Shot Glass Golf Party Cups for Party Decor Golf Lovers
Min. order: 1 set
color: White
USD 3.00 /set
1
USD 3.00
Order summary (1 item)
Item subtotal USD 3.00
Shipping fee USD 13.77
1st-order shipping discount - USD 13.77
Subtotal USD 3.00
Import charges USD 1.00
Sales tax USD 1.47
Amount due USD 5.47
USD 13.77 saved with FREE shipping
Pay now
By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy
Protections for this order
Delivery arranged by supplier
Alibaba.com Logistics
Expect your order to be delivered before Sep 03 or receive a 10% delay compensation View details
Secure payments
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details
Standard refund policy
Claim a refund if your order doesn't ship, is missing,

Manufacturers, Suppliers, Expor
biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=54112d62210311fc17...
Work
Shipping address
Change
June Joseph
1800 Lubbock Street, Houston, Texas, 77007, United States
(+1) 6037511911
Payment method
Add a new card
Other payment methods
Items and delivery options
Sold by: Xiamen Charmlite Trading Co., Ltd.
Delivery by Sep 19
Shipping fee: USD 4.51 Free
Change
1.5oz Plastic ABS Food Grade Colorful Box Creative Golf Ball Shaped Shot Glass
Min. order: 1 piece
color: White
USD 5.00 /piece
1
Only 1 left
USD 5.00
Order summary (1 item)
Item subtotal USD 5.00
Shipping fee USD 4.51
1st-order shipping discount - USD 4.51
Subtotal USD 5.00
Import charges USD 2.20
Sales tax USD 0.97
Amount due USD 8.17
USD 4.51 saved with FREE shipping
Pay now
By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy
Protections for this order
Delivery arranged by supplier
Alibaba.com Logistics
Expect your order to be delivered before Sep 19 or receive a 10% delay compensation View details
Secure payments
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details
Standard refund policy
Claim a refund if your order doesn't ship, is missing,
Customer service

Manufacturers, Suppliers, Expor
biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=3e852e042101c08e1...
Work
Start order
Shipping address
Change
June Joseph (+1) 6037511911
1800 Lubbock Street, Houston, Texas, 77007, United States
Payment method
Change
5236 86** **** 2762
Items and delivery options
Sold by: Xiamen Charmlite Trading Co., Ltd.
Delivery by Sep 30 | Shipping fee: USD 8.90
Change
White Golf Shots 1.5oz Plastic Golf Ball Shaped Shot Glass
Min. order: 1 set
color: White; capacity: 50ml
USD 15.00 /set
1
Only 1 left
USD 15.00
Add note to supplier
Order summary (1 items)
Item subtotal USD 15.00
Shipping fee USD 8.90
Subtotal USD 23.90
Import charges USD 9.00
Sales tax USD 2.72
Payment processing fee USD 1.07
Pay in USD USD 36.69
Pay now
By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy
Protections for this order
Delivery arranged by supplier
Alibaba.com Logistics
Expect your order to be delivered before Sep 30 or receive a 10% delay compensation View details
Secure payments
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details
Standard refund policy
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details
Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Manufacturers, Suppliers, Expor
biz.alibaba.com/contract/ShoppingCart.htm
Work
Shipping address
Change
June Joseph
1800 Lubbock Street, Houston, Texas, 77007, United States
(+1) 6037511911
Payment method
Add a new card
Other payment methods
Save up to US $15 off with PayPal
T/T
Items and delivery options
Sold by: Shaanxi Longstar New Material Technology Co., Ltd.
Delivery by Nov 03
Shipping fee: USD 171.89 USD 151.89
Change
Sprint New Funny Creative Golf Ball Wine Glasses Gift Set
Min. order: 10 pieces
No specification
USD 3.99 /piece
10
USD 39.90
Order summary (10 items)
Item subtotal USD 39.90
Shipping fee USD 171.89
1st-order shipping discount - USD 20.00
Subtotal USD 191.79
Import charges USD 26.33
Sales tax USD 19.64
Amount due USD 237.76
USD 20.00 saved on your order
Pay now
By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy
Protections for this order
Delivery arranged by supplier
Alibaba.com Logistics
Expect your order to be delivered before Nov 03 or receive a 10% delay compensation View details
Secure payments
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details
Standard refund policy
Claim a refund if your order doesn't ship, is missing,

Manufacturers, Suppliers, Expor
biz.alibaba.com/contract/ShoppingCart.htm
Work
Shipping address
Change
June Joseph
1800 Lubbock Street, Houston, Texas, 77007, United States
(+1) 6037511911
Payment method
Add a new card
Other payment methods
Sprint Save up to US $15 off with PayPal
Items and delivery options
Sold by: Taizhou Huangyan Enjoy Plastic Co., Ltd.
Delivery by Oct 08
Shipping fee: USD 29.79 USD 9.79
Change
Sprint Plastic American Creative Mini Golf Ball Shaped Shot Glass 50ml Young Fashionable Suitable for Whiskey Bar and Party Water Set
Min. order: 100 boxes
color: White
USD 1.20 /box
100
USD 120.00
Order summary (100 items)
Item subtotal USD 120.00
Shipping fee USD 29.79
1st-order shipping discount - USD 20.00
Subtotal USD 129.79
Import charges USD 72.00
Sales tax USD 18.30
Amount due USD 220.09
USD 20.00 saved on your order
Pay now
By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy
Protections for this order
Delivery arranged by supplier
Alibaba.com Logistics
Expect your order to be delivered before Oct 08 or receive a 10% delay compensation View details
Secure payments
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details
Easy Return & Refund
Claim a refund if your order is missing or arrives with



Manufacturers, Suppliers, Expor
biz.alibaba.com/contract/ShoppingCart.htm
Work
Shipping address
Change
June Joseph
1800 Lubbock Street, Houston, Texas, 77007, United States
(+1) 6037511911
Payment method
Add a new card
Other payment methods
Sprint Save up to US $15 off with PayPal
Items and delivery options
Sold by: Hangzhou Aoying Industry And Trade Co., Ltd.
Guaranteed delivery: Aug 10 - Aug 25
Shipping fee: USD 291.57 USD 271.57
Change
Guaranteed 50ml Plastic Shot Glasses - Disposable Golf Ball Design Liquor Cups for Whiskey, Vodka & Tequila
Min. order: 150 pieces
color: White
USD 1.78 /piece
150
USD 267.00
Order summary (150 items)
Item subtotal USD 267.00
Shipping fee USD 291.57
1st-order shipping discount - USD 20.00
Subtotal USD 538.57
Import charges USD 89.18
Sales tax USD 53.44
Amount due USD 681.19
USD 20.00 saved on your order
Pay now
By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy
Protections for Alibaba Guaranteed
Guaranteed delivery via Alibaba.com Logistics
Expect your order to be delivered before Aug 25 or receive a 10% delay compensation View details
Secure payments
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details
Money-back guarantee
Get your money back for missing deliveries and

Manufacturers, Suppliers, Expor
biz.alibaba.com/contract/ShoppingCart.htm
Work

Start order
Shipping address
Change
June Joseph (+1) 6037511911
1800 Lubbock Street, Houston, Texas, 77007, United States
Payment method
Change
5236 86** **** 2762
Items and delivery options
Sold by: Hangzhou Aoying Industry And Trade Co., Ltd.
Delivery by Oct 22
Shipping fee: USD 109.72
Change
BPA-Free 50ml Plastic Shot Glasses - Durable Liquor Measuring Cups for Home & Commercial Use
Min. order: 150 pieces
color: White
USD 1.38 /piece
150
USD 207.00
Add note to supplier
Order summary (150 items)
Item subtotal USD 207.00
Shipping fee USD 109.72
Subtotal USD 316.72
Import charges USD 69.14
Sales tax USD 31.84
Payment processing fee USD 12.49
Pay in USD USD 430.19
Pay now
By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy
Protections for this order
Delivery arranged by supplier
Alibaba.com Logistics
Expect your order to be delivered before Oct 22 or receive a 10% delay compensation View details
Secure payments
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details
Easy Return & Refund
Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases View details
Customer service

# Start order

**Shipping address** Change

**June Joseph** (+1) 6037511911
1800 Lubbock Street, Houston, Texas, 77007, United States

**Payment method** Change

5236 86** **** 2762

**Items and delivery options**

**Sold by: Hangzhou Aoying Industry And Trade Co., Ltd.**

**Delivery by Oct 27** | Shipping fee: USD 30.36 Change

Disposable 50ml Plastic Shot Glasses with Golf Ball Design Liquor Cups for Whiskey Vodka & Tequila
Min. order: 30 pieces

color: White
USD 0.76 /piece — 30 + **USD 22.80**

**Order summary (30 items)**

| | |
|---|---|
| Item subtotal | USD 22.80 |
| Shipping fee | USD 30.36 |
| Subtotal | USD 53.16 |
| Import charges | USD 7.62 |
| Sales tax | USD 5.00 |
| Payment processing fee | USD 1.97 |
| **Pay in USD** | **USD 67.75** |

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy.

**Protections for this order**

**Delivery arranged by supplier**
Alibaba.com Logistics
Expect your order to be delivered before Oct 27 or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Easy Return & Refund**
Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases View details

Manufacturers, Suppliers, Expor
biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=312b01b8210177be1...
Work
Start order
Shipping address
Change
June Joseph (+1) 6037511911
1800 Lubbock Street, Houston, Texas, 77007, United States
Payment method
Change
5236 86** **** 2762
Items and delivery options
Sold by: Ningbo Lotusflower Sport Equipments Co., Ltd.
Delivery by Sep 23
Shipping fee: USD 4.47
Change
3Pcs 1.5oz Golf Ball Shaped Mini Wine Cup Novelty Golf Ball Shot Glasses
Min. order: 1 piece
Color: White
USD 2.00 /piece
1
USD 2.00
Order summary (1 items)
Item subtotal USD 2.00
Shipping fee USD 4.47
Subtotal USD 6.47
Import charges USD 0.85
Sales tax USD 0.60
Payment processing fee USD 0.24
Pay in USD USD 8.16
Pay now
By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy
Protections for this order
Delivery arranged by supplier
Alibaba.com Logistics
Expect your order to be delivered before Sep 23 or receive a 10% delay compensation View details
Secure payments
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details
Standard refund policy
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details



Manufacturers, Suppliers, Expor
biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=312b01b8212a72671...
Work
Start order
Shipping address
Change
June Joseph (+1) 6037511911
1800 Lubbock Street, Houston, Texas, 77007, United States
Payment method
Change
5236 86** **** 2762
Items and delivery options
Sold by: Ningbo Lotusflower Sport Equipments Co., Ltd.
Delivery by Sep 11
Shipping fee: USD 4.20
Change
Cross-Border New Product Creative Color Box for Golf Wine Glasses Plastic Golf Ball Shaped Shot Glass
Min. order: 1 piece
Color: 3pcs in color box-White
USD 3.00 /piece
1
Only 1 left
USD 3.00
Order summary (1 items)
Item subtotal USD 3.00
Shipping fee USD 4.20
Subtotal USD 7.20
Import charges USD 1.27
Sales tax USD 0.69
Payment processing fee USD 0.28
Pay in USD USD 9.44
Pay now
By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy
Protections for this order
Delivery arranged by supplier
Alibaba.com Logistics
Expect your order to be delivered before Sep 11 or receive a 10% delay compensation View details
Secure payments
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details
Standard refund policy
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details
Alibaba.com protects all your orders placed and paid on

Manufacturers, Suppliers, Expor
biz.alibaba.com/contract/ShoppingCart.htm
Work
Start order
Shipping address
Change
June Joseph (+1) 6037511911
1800 Lubbock Street, Houston, Texas, 77007, United States
Payment method
Change
5236 86** **** 2762
Items and delivery options
Sold by: Nanning Jasian Trading Co., Ltd.
Delivery by Oct 31
Shipping fee: USD 26.57
Change
Novelty Mini Golf Ball Shaped Shot Glass Bottle Unique Party Decor Wine Cup for Golf Lovers
Min. order: 50 pieces
color: White
USD 1.20 /Piece
50
USD 60.00
USD 5.00 store coupon applied.Change
Order summary (50 items)
Item subtotal USD 60.00
Shipping fee USD 26.57
Store coupon(s) - USD 5.00
Subtotal USD 81.57
Import charges USD 24.20
Sales tax USD 8.73
Payment processing fee USD 3.43
Pay in USD USD 117.93
USD 5.00 saved on your order
Pay now
By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy
Protections for this order
Delivery arranged by supplier
Alibaba.com Logistics
Expect your order to be delivered before Oct 31 or receive a 10% delay compensation View details
Secure payments
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data



Manufacturers, Suppliers, Expor
biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=54112d622101c0701...
Work
Shipping address
Change
June Joseph
1800 Lubbock Street, Houston, Texas, 77007, United States
(+1) 6037511911
Payment method
Add a new card
VISA
Other payment methods
Pay
G Pay
PayPal
Pay Later
Afterpay
T/T
Items and delivery options
Sold by: Shanghai Ronze Trading Co., Ltd.
Delivery by Sep 05
Shipping fee: ~~USD 4.16~~ Free
Change
NEW ARRIVAL PLASTIC GOLF BALL SHAPED SHOT GLASS
Min. order: 1 piece
color: White; size: Small
USD 1.79 /piece
1
USD 1.79
Order summary (1 item)
Item subtotal USD 1.79
Shipping fee USD 4.16
1st-order shipping discount - USD 4.16
Subtotal USD 1.79
Import charges USD 0.54
Sales tax USD 0.53
Amount due USD 2.86
USD 4.16 saved with FREE shipping
Pay now
By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy
Protections for this order
Delivery arranged by supplier
Alibaba.com Logistics
Expect your order to be delivered before Sep 05 or receive a 10% delay compensation View details
Secure payments
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details
Standard refund policy
Claim a refund if your order doesn't ship, is missing,



Manufacturers, Suppliers, Expor
biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=3e852e042103...
Work
Start order
Shipping address
Change
June Joseph (+1) 6037511911
1800 Lubbock Street, Houston, Texas, 77007, United States
Payment method
Change
5236 86** **** 2762
Items and delivery options
Sold by: Ningbo Haishu United Plastic Co., Ltd.
Estimated delivery by Sep 24-Sep 30
Shipping fee: USD 6.70
Change
White 2 oz Golf Ball Shaped Shot Glass Fun Way to Liven up Golf Outings and Bachelor Parties for Home Bars
Min. order: 1 set
color: White
USD 2.00 /set
1
Only 1 left
USD 2.00
Order summary (1 items)
Item subtotal USD 2.00
Shipping fee USD 6.70
Subtotal USD 8.70
Import charges USD 1.00
Sales tax USD 0.81
Payment processing fee USD 0.32
Pay in USD USD 10.83
Pay now
By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy
Protections for this order
On-time Dispatch Guarantee
Dispatched within 31 days of payment or receive a 10% delay compensation View details
Secure payments
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details
Standard refund policy
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details
Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance
Customer service



Manufacturers, Suppliers, Expor
biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=54112d7321033b011...
Work
Shipping address
Change
June Joseph
1800 Lubbock Street, Houston, Texas, 77007, United States
(+1) 6037511911
Payment method
Add a new card
Other payment methods
Items and delivery options
Sold by: Ningbo Haishu United Plastic Co., Ltd.
Delivery by Sep 03
Shipping fee: USD 4.60 Free
Change
Sprint 2 OZ Novelty New Golf Ball Shaped Shot Glass Bottle Golf Party Cups for Themed Barware Unique Party Decor Golf Lovers
180-day lowest price
Min. order: 1 set
color: White
USD 2.50 /set
1
USD 2.50
Order summary (1 item)
Item subtotal USD 2.50
Shipping fee USD 4.60
1st-order shipping discount - USD 4.60
Subtotal USD 2.50
Import charges USD 1.50
Sales tax USD 0.72
Amount due USD 4.72
USD 4.60 saved with FREE shipping
Pay now
By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy
Protections for this order
Guaranteed delivery via Alibaba.com Logistics
Expect your order to be delivered before Sep 03 or receive a 10% delay compensation View details
Secure payments
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details
Standard refund policy
Claim a refund if your order doesn't ship, is missing,

Manufacturers, Suppliers, Expor
biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=54112d732101c7a01...
Work
Shipping address
Change
June Joseph
1800 Lubbock Street, Houston, Texas, 77007, United States
(+1) 6037511911
Payment method
Add a new card
Other payment methods
Items and delivery options
Sold by: Ningbo Haishu United Plastic Co., Ltd.
Estimated delivery by Sep 11-Sep 17
Shipping fee: USD 4.60 Free
Change
60ml Novelty Golf Ball Shape Plastic Shot Glass for Party
Min. order: 1 set
color: White
USD 2.50 /set
1
USD 2.50
Add note to supplier
Order summary (1 item)
Item subtotal USD 2.50
Shipping fee USD 4.60
1st-order shipping discount - USD 4.60
Subtotal USD 2.50
Import charges USD 1.25
Sales tax USD 0.70
Amount due USD 4.45
USD 4.60 saved with FREE shipping
Pay now
By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy
Protections for this order
On-time Dispatch Guarantee
Dispatched within 35 days of payment or receive a 10% delay compensation View details
Secure payments
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details
Standard refund policy
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details
Customer service



Manufacturers, Suppliers, Expor
biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=54112d622101f0a71...
Work
Shipping address
Change
June Joseph
1800 Lubbock Street, Houston, Texas, 77007, United States
(+1) 6037511911
Payment method
Add a new card
Other payment methods
Items and delivery options
Sold by: Ningbo Haishu United Plastic Co., Ltd.
Delivery by Sep 05
Shipping fee: USD 6.07 Free
Change
1.5 oz Novelty Golf Ball Shots Shape Plastic Shot Glasses
Min. order: 1 set
color: White; capacity: 1.5oz
USD 10.00 /set
1
Only 1 left
USD 10.00
Order summary (1 item)
Item subtotal USD 10.00
Shipping fee USD 6.07
1st-order shipping discount - USD 6.07
Subtotal USD 10.00
Import charges USD 5.80
Sales tax USD 1.81
Amount due USD 17.61
USD 6.07 saved with FREE shipping
Pay now
By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy
Protections for this order
Delivery arranged by supplier
Alibaba.com Logistics
Expect your order to be delivered before Sep 05 or receive a 10% delay compensation View details
Secure payments
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details
Standard refund policy
Claim a refund if your order doesn't ship, is missing,

Manufacturers, Suppliers, Expor
biz.alibaba.com/contract/ShoppingCart.htm
Work
Shipping address
Change
June Joseph
1800 Lubbock Street, Houston, Texas, 77007, United States
(+1) 6037511911
Payment method
Add a new card
Other payment methods
Save up to US $15
Items and delivery options
Sold by: Ningbo Haishu United Plastic Co., Ltd.
Delivery by Oct 10
Shipping fee: USD 36.03 USD 16.03
Change
Golf Ball Shaped Shot Glass Unique Whiskey Tumbler Gift for Golf Players Made From Fancy Protection Materials
Min. order: 50 pieces
color: White
USD 0.68 /piece USD 0.76
50
USD 34.00
Order summary (50 items)
Item subtotal USD 38.00 USD 34.00
Shipping fee USD 36.03
1st-order shipping discount - USD 20.00
Subtotal USD 50.03
Import charges USD 20.40
Sales tax USD 7.45
Amount due USD 77.88
USD 24.00 saved on your order
Pay now
By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy
Protections for this order
Delivery arranged by supplier
Alibaba.com Logistics
Expect your order to be delivered before Oct 10 or receive a 10% delay compensation View details
Secure payments
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details
Easy Return & Refund
Claim a refund if your order is missing or arrives with



Manufacturers, Suppliers, Expor
biz.alibaba.com/contract/ShoppingCart.htm
Work
Start order
Shipping address
Change
June Joseph (+1) 6037511911
1800 Lubbock Street, Houston, Texas, 77007, United States
Payment method
Change
5236 86** **** 2762
Items and delivery options
Sold by: Tianjin Nuoyang Technology Co., Ltd.
Delivery by Sep 11
Shipping fee: USD 5.63
Change
For Amazon In-Stock Classic Style New Golf Ball Shaped Shot Glass Outdoor Golf Ball Shaped Cup
Min. order: 2 pieces
color: White
USD 1.00 /piece
2
USD 2.00
Add note to supplier
Order summary (2 items)
Item subtotal USD 2.00
Shipping fee USD 5.63
Subtotal USD 7.63
Import charges USD 1.32
Sales tax USD 0.74
Payment processing fee USD 0.29
Pay in USD USD 9.98
Pay now
By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy
Protections for this order
Delivery arranged by supplier
Alibaba.com Logistics
Expect your order to be delivered before Sep 11 or receive a 10% delay compensation View details
Secure payments
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details
Easy Return & Refund
Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases View details

Manufacturers, Suppliers, Expo
biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=54112d6221030dcf1...
Work
Shipping address
Change
June Joseph
1800 Lubbock Street, Houston, Texas, 77007, United States
(+1) 6037511911
Payment method
Add a new card
Other payment methods
Items and delivery options
Sold by: Xiamen Funtime Plastic Co., Ltd.
Delivery by Sep 19
Shipping fee: USD 4.81 Free
Change
ABS Small Capacity Plastic Colorful Box Creative Golf Ball Shaped Shot Glass
Min. order: 1 piece
Color: White; Volume: 1.5oz
USD 5.00 /piece
1
Only 1 left
USD 5.00
Order summary (1 item)
Item subtotal USD 5.00
Shipping fee USD 4.81
1st-order shipping discount - USD 4.81
Subtotal USD 5.00
Import charges USD 2.20
Sales tax USD 0.99
Amount due USD 8.19
USD 4.81 saved with FREE shipping
Pay now
By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy
Protections for this order
Delivery arranged by supplier
Alibaba.com Logistics
Expect your order to be delivered before Sep 19 or receive a 10% delay compensation View details
Secure payments
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details
Standard refund policy
Claim a refund if your order doesn't ship, is missing,

Manufacturers, Suppliers, Expor
biz.alibaba.com/contract/ShoppingCart.htm
Work
Shipping address
Change
June Joseph
1800 Lubbock Street, Houston, Texas, 77007, United States
(+1) 6037511911
Payment method
Add a new card
Other payment methods
Save up to US $15 off with PayPal
Items and delivery options
Sold by: Xiamen Funtime Plastic Co., Ltd.
Delivery by Oct 17
Shipping fee: USD 2,593.09 USD 2,573.09
Change
1.5oz Mini Golf Ball Shaped Tequila Shot Glasses Plastic Drinking Glass for Party
Min. order: 3000 pieces
color: White; capacity: 1.5oz
USD 0.89 /piece
3000
USD 2,670.00
USD 10.00 store coupon applied.Change
Order summary (3000 items)
Item subtotal USD 2,670.00
Shipping fee USD 2,593.09
1st-order shipping discount - USD 20.00
Store coupon(s) - USD 10.00
Subtotal USD 5,233.09
Import charges USD 1,170.40
Sales tax USD 529.93
Amount due USD 6,933.42
USD 30.00 saved on your order
Pay now
By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy
Protections for this order
On-time Dispatch Guarantee
Dispatched within 20 days of payment or receive a 10% delay compensation View details
Secure payments
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details
Standard refund policy
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Manufacturers, Suppliers, Expor
biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=312b01b821010c401...
Work
Start order
Shipping address
Change
June Joseph (+1) 6037511911
1800 Lubbock Street, Houston, Texas, 77007, United States
Payment method
Change
5236 86** **** 2762
Items and delivery options
Sold by: Xiamen Funtime Plastic Co., Ltd.
Delivery by Sep 29
Shipping fee: USD 8.24
Change
1.5oz White Golf Spherical Drinking Party Glass Plastic Golf Ball Shot Glass with Lid
Min. order: 1 piece
color: White; capacity: 50ml
USD 20.00 /piece
1
Only 1 left
USD 20.00
Order summary (1 items)
Item subtotal USD 20.00
Shipping fee USD 8.24
Subtotal USD 28.24
Import charges USD 6.68
Sales tax USD 2.89
Payment processing fee USD 1.14
Pay in USD USD 38.95
Pay now
By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy
Protections for this order
Delivery arranged by supplier
Alibaba.com Logistics
Expect your order to be delivered before Sep 29 or receive a 10% delay compensation View details
Secure payments
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details
Standard refund policy
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details
Customer service

Manufacturers, Suppliers, Expor
biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=3e852e042101d5c81...
Work
Shipping address
Change
June Joseph (+1) 6037511911
1800 Lubbock Street, Houston, Texas, 77007, United States
Payment method
Change
5236 86** **** 2762
Items and delivery options
Sold by: Xiamen Funtime Plastic Co., Ltd.
Delivery by Sep 24
Shipping fee: USD 13.78
Change
Golf Ball Shaped Plastic Shot Glasses Novelty Golf Party Drinking Cups Drink Bottle with Lid
Min. order: 1 piece
color: White; capacity: 51-100ml
USD 20.00 /piece
1
Only 1 left
USD 20.00
No coupon available. View
Add note to supplier
Order summary (1 items)
Item subtotal USD 20.00
Shipping fee USD 13.78
Subtotal USD 33.78
Import charges USD 6.68
Sales tax USD 3.35
Payment processing fee USD 1.31
Pay in USD USD 45.12
Pay now
By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy
Protections for this order
Delivery arranged by supplier
Alibaba.com Logistics
Expect your order to be delivered before Sep 24 or receive a 10% delay compensation View details
Secure payments
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details
Standard refund policy
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details
Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance
Customer service



Manufacturers, Suppliers, Expor
biz.alibaba.com/contract/ShoppingCart.htm
Work
Shipping address
Change
June Joseph
1800 Lubbock Street, Houston, Texas, 77007, United States
(+1) 6037511911
Payment method
Add a new card
Other payment methods
Items and delivery options
Sold by: Yiwu Yuyang Crafts Co., Ltd.
Delivery by Aug 20
Shipping fee: USD 16.20 Free
Change
Sprint
Yuyang 2 OZ Novelty New Golf Ball Shaped Shot Glass Bottle Golf Party Cups for Themed Barware Unique Party Decor Golf Lovers
Min. order: 10 pieces
color: 3 pieces/set
USD 1.20 /piece
10
USD 12.00
Add note to supplier
Order summary (10 items)
Item subtotal USD 12.00
Shipping fee USD 16.20
1st-order shipping discount - USD 16.20
Subtotal USD 12.00
Import charges USD 5.09
Sales tax USD 2.74
Amount due USD 19.83
USD 16.20 saved with FREE shipping
Pay now
By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy
Protections for this order
Delivery arranged by supplier
Alibaba.com Logistics
Expect your order to be delivered before Aug 20 or receive a 10% delay compensation View details
Secure payments
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details
Standard refund policy
Claim a refund if your order doesn't ship, is missing,

Please Confirm Your Order - Ali
aliexpress.us/p/trade/confirm.html?objectId=3256808378012941&from=aliexpress&countryCode=U...
Work
AliExpress
Shipping address
june joseph +1 6307511911
1800 lubbock ST
Houston, Texas, United States, 77007
Change
Payment Methods
PayPal
Change
Mfkdd Store
Golf Ball Shaped Shot Glass Washable Reusable Wine Cup Plastic Shot Glass With Lid Great ...
As shown,CN
$5.08
Import charges included
1
Shipping: $6.61
Delivery: Sep 02 - 08
Summary
Subtotal $5.08
Promo codes Enter
Shipping fee $6.61
Additional charges $0.97
Total $12.66
PayPal
PayPal
PayPal
Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.
AliExpress
AliExpress keeps your information and payment safe



Please Confirm Your Order - Ali
aliexpress.us/p/trade/confirm.html?objectId=3256808163187820&from=aliexpress&countryCode=U...
Work
AliExpress
Shipping address
june joseph +1 6307511911
1800 lubbock ST
Houston, Texas, United States, 77007
Change
Payment Methods
PayPal
Change
Creates House Store
White Golf Ball Glass With Lid Must-Have For Golf Enthusiasts Gift For Golf Enthusiasts Golf ...
As shown ,CN
$16.19
Import charges included
1
Shipping: $0.76
Delivery: Sep 02 - 08
Summary
Subtotal $16.19
Promo codes Enter
Shipping fee $0.76
Additional charges $1.40
Total $18.35
PayPal
PayPal
PayPal
Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.
AliExpress
AliExpress keeps your information and payment safe



Please Confirm Your Order - Ali
aliexpress.us/p/trade/confirm.html?objectId=3256808364224249&from=aliexpress&countryCode=US&...
Work
AliExpress
Shipping address
june joseph +1 6307511911
1800 lubbock ST
Houston, Texas, United States, 77007
Change
Payment Methods
PayPal
Change
Househeld Market Store
Golf Ball Shaped Shot Glass Washable Reusable Wine Cup Plastic Shot Glass With Lid Great ...
As shown,CN
$5.75
Import charges included
1
Shipping: $5.83
Delivery: Aug. 28 - Sep. 05
Summary
Subtotal $5.75
Promo codes Enter
Shipping fee $5.83
Additional charges $0.96
Total $12.54
PayPal
PayPal
PayPal
Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.
AliExpress
AliExpress keeps your information and payment safe

Please Confirm Your Order - Ali
aliexpress.us/p/trade/confirm.html?objectId=3256808344162808&from=aliexpress&countryCode=US&...
Work
AliExpress
Shipping address
june joseph +1 6307511911
1800 lubbock ST
Houston, Texas, United States, 77007
Change
Payment Methods
PayPal
Change
Himalaya Store
Golf Ball Shaped Shot Glass Washable Reusable Wine Cup Plastic Shot Glass With Lid Great ...
As shown,CN
$5.27
Import charges included
1
Shipping: $5.83
Delivery: Aug. 28 - Sep. 05
Summary
Subtotal $5.27
Promo codes Enter
Shipping fee $5.83
Additional charges $0.91
Total $12.01
PayPal
PayPal
PayPal
Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.
AliExpress
AliExpress keeps your information and payment safe



Please Confirm Your Order - Ali
aliexpress.com/p/trade/confirm.html?objectId=3256808892967932&from=aliexpress&countryCode...
Work
AliExpress
Shipping address
june joseph +1 6307511911
1800 lubbock ST
Houston, Texas, United States, 77007
Change
Payment Methods
PayPal
Change
YXCWZHO Store
3pcs
Golf Ball Shaped Shot Glass Plastic Golf Shot Glasses with Lid Novelty Golf Ball Shot Glass Cr...
3PC
$3.76
Import charges included
1
Shipping: $7.25
Delivery: Aug. 29 - Sep. 07
Summary
Subtotal $3.76
Promo codes Enter
Shipping fee $7.25
Additional charges $0.91
Total $11.92
PayPal
PayPal
PayPal
Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.
AliExpress
AliExpress keeps your information and payment safe



Please Confirm Your Order - Ali
aliexpress.us/p/trade/confirm.html?objectId=3256809291723113&from=aliexpress&countryCode=US&shipp...
Work
AliExpress
Shipping address
june joseph +1 6307511911
1800 lubbock ST
Houston, Texas, United States, 77007
Change
Payment Methods
PayPal
Change
Shipping method
Shipping: Free shipping
Delivery: Aug. 27 - Sep. 04
Courier company: , etc.
Items' details
More items
$0.99
1
Summary
Subtotal $0.99
Promo codes Enter
Shipping fee Free
Additional charges $0.08
Total $1.07
PayPal
PayPal
PayPal
Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.
AliExpress
AliExpress keeps your information and payment safe



Please Confirm Your Order - Ali
aliexpress.us/p/trade/confirm.html?objectId=3256809321942017&from=aliexpress&countryCode=US&shipp...
Work
AliExpress
Shipping address
june joseph +1 6307511911
1800 lubbock ST
Houston, Texas, United States, 77007
Change
Payment Methods
PayPal
Change
Shipping method
Shipping: Free shipping
Delivery: Aug. 27 - Sep. 04
Courier company: , etc.
Items' details
More items
$0.99
1
Summary
Subtotal $0.99
Promo codes Enter
Shipping fee Free
Additional charges $0.08
Total $1.07
PayPal
PayPal
PayPal
Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.
AliExpress
AliExpress keeps your information and payment safe



Please Confirm Your Order - Ali
aliexpress.com/p/trade/confirm.html?objectId=3256809375776929&from=aliexpress&countryCode=U...
Work
AliExpress
Shipping address
june joseph +1 6307511911
1800 lubbock ST
Houston, Texas, United States, 77007
Change
Payment Methods
PayPal
Change
Shipping method
Shipping: Free shipping
Delivery: Aug. 27 - Sep. 05
Courier company: , etc.
Items' details
More items
$7.24
1
Summary
Subtotal $7.24
Promo codes Enter
Shipping fee Free
Additional charges $0.60
Total $7.84
PayPal
PayPal
PayPal
Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.
AliExpress
AliExpress keeps your information and payment safe



Please Confirm Your Order - Ali
aliexpress.us/p/trade/confirm.html?objectId=3256808762776692&from=aliexpress&countryCode=U...
Work
AliExpress
Shipping address
june joseph +1 6307511911
1800 lubbock ST
Houston, Texas, United States, 77007
Change
Payment Methods
PayPal
Change
Happy Pet Home123 Store
Creative color boxed golf glasses
3 color boxes
$27.55
Import charges included
1
Shipping: $15.62
Delivery: Aug. 29 - Sep. 07
Summary
Subtotal $27.55
Promo codes Enter
Shipping fee $15.62
Additional charges $3.56
Total $46.73
PayPal
PayPal
PayPal
Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.
AliExpress
AliExpress keeps your information and payment safe

Please Confirm Your Order - Ali
aliexpress.com/p/trade/confirm.html?objectId=3256807890069768&from=aliexpress&countryCode...
Work
AliExpress
Shipping address
june joseph +1 6307511911
1800 lubbock ST
Houston, Texas, United States, 77007
Change
Payment Methods
PayPal
Change
Shipping method
Shipping: Free shipping
Delivery: Aug. 28 - Sep. 03
Courier company: , etc.
Items' details
More items
4.27cm/1.6in
$2.40
1
Summary
Subtotal $2.40
Promo codes Enter
Shipping fee Free
Additional charges $0.20
Total $2.60
PayPal
PayPal
PayPal
Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.
AliExpress
AliExpress keeps your information and payment safe

Please Confirm Your Order - Ali
aliexpress.us/p/trade/confirm.html?objectId=3256808925070322&from=aliexpress&countryCode=US&...
Work
AliExpress
Shipping address
june joseph +1 6307511911
1800 lubbock ST
Houston, Texas, United States, 77007
Change
Payment Methods
PayPal
Change
Shipping method
Shipping: Free shipping
Delivery: Aug. 28 - Sep. 05
Courier company: , etc.
Items' details
More items
$0.99
1
Summary
Subtotal $0.99
Promo codes Enter
Shipping fee Free
Additional charges $0.08
Total $1.07
PayPal
PayPal
PayPal
Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.
AliExpress
AliExpress keeps your information and payment safe



Please Confirm Your Order - Ali
aliexpress.us/p/trade/confirm.html?objectId=3256809272191879&from=aliexpress&countryCode=US&shipp...
Work
AliExpress
Shipping address
june joseph +1 6307511911
1800 lubbock ST
Houston, Texas, United States, 77007
Change
Payment Methods
PayPal
Change
Shipping method
Shipping: Free shipping
Delivery: Aug. 27 - Sep. 05
Courier company: , etc.
Items' details
More items
$0.99
1
Summary
Subtotal $0.99
Promo codes Enter
Shipping fee Free
Additional charges $0.08
Total $1.07
PayPal
PayPal
PayPal
Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.
AliExpress
AliExpress keeps your information and payment safe



Please Confirm Your Order - Ali
aliexpress.us/p/trade/confirm.html?objectId=3256809287399660&from=aliexpress&countryCode=US&shipp...
Work
AliExpress
Shipping address
june joseph +1 6307511911
1800 lubbock ST
Houston, Texas, United States, 77007
Change
Payment Methods
PayPal
Change
Shipping method
Shipping: Free shipping
Delivery: Aug. 27 - Sep. 05
Courier company: , etc.
Items' details
More items
$0.99
1
Summary
Subtotal $0.99
Promo codes Enter
Shipping fee Free
Additional charges $0.08
Total $1.07
PayPal
PayPal
PayPal
Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.
AliExpress
AliExpress keeps your information and payment safe



Please Confirm Your Order - Ali
aliexpress.us/p/trade/confirm.html?objectId=3256809295724228&from=aliexpress&countryCode=US&shipp...
Work
AliExpress
Shipping address
june joseph +1 6307511911
1800 lubbock ST
Houston, Texas, United States, 77007
Change
Payment Methods
PayPal
Change
Shipping method
Shipping: Free shipping
Delivery: Aug. 28 - Sep. 06
Courier company: , etc.
Items' details
More items
$0.99
1
Summary
Subtotal $0.99
Promo codes Enter
Shipping fee Free
Additional charges $0.08
Total $1.07
PayPal
PayPal
PayPal
Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.
AliExpress
AliExpress keeps your information and payment safe

Please Confirm Your Order - Ali
aliexpress.us/p/trade/confirm.html?objectId=3256809287436535&from=aliexpress&countryCode=U...
Work
AliExpress
Shipping address
june joseph +1 6307511911
1800 lubbock ST
Houston, Texas, United States, 77007
Change
Payment Methods
PayPal
Change
Shipping method
Shipping: Free shipping
Delivery: Aug. 29 - Sep. 07
Courier company: , etc.
Items' details
More items
$0.99
1
Summary
Subtotal $0.99
Promo codes Enter
Shipping fee Free
Additional charges $0.08
Total $1.07
PayPal
PayPal
PayPal
Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.
AliExpress
AliExpress keeps your information and payment safe



Please Confirm Your Order - Ali
aliexpress.us/p/trade/confirm.html?objectId=3256809295909405&from=aliexpress&countryCode=US&shipp...
Work
AliExpress
Shipping address
june joseph +1 6307511911
1800 lubbock ST
Houston, Texas, United States, 77007
Change
Payment Methods
PayPal
Change
Shipping method
Shipping: Free shipping
Delivery: Aug. 28 - Sep. 06
Courier company: , etc.
Items' details
More items
$0.99
1
Summary
Subtotal $0.99
Promo codes Enter
Shipping fee Free
Additional charges $0.08
Total $1.07
PayPal
PayPal
PayPal
Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.
AliExpress
AliExpress keeps your information and payment safe



Please Confirm Your Order - Ali
aliexpress.us/p/trade/confirm.html?objectId=3256808127491946&from=aliexpress&countryCode=U...
Work
AliExpress
Shipping address
june joseph +1 6307511911
1800 lubbock ST
Houston, Texas, United States, 77007
Change
Payment Methods
PayPal
Change
Gentle Home Shunmaii Store
3pcs Creative Golf Ball Shaped Shot Glass with Lid Cool Reusable Golf Ball Plastic Wine Cup ...
A,CHINA
$7.58
Import charges included
1
Shipping: $2.45
Delivery: Aug. 29 - Sep. 09
Summary
Subtotal $7.58
Promo codes Enter
Shipping fee $2.45
Additional charges $0.82
Total $10.85
PayPal
PayPal
PayPal
Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.
AliExpress
AliExpress keeps your information and payment safe



Please Confirm Your Order - Ali
aliexpress.com/p/trade/confirm.html?objectId=3256808348183101&from=aliexpress&countryCode=US&shi...
Work
AliExpress
Shipping address
june joseph +1 6307511911
1800 lubbock ST
Houston, Texas, United States, 77007
Change
Payment Methods
PayPal
Change
Shipping method
Shipping: Free shipping
Delivery: Aug. 26 - Sep. 03
Courier company: , etc.
Items' details
More items
$0.99
1
Summary
Subtotal $0.99
Promo codes Enter
Shipping fee Free
Additional charges $0.08
Total $1.07
PayPal
PayPal
PayPal
Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.
AliExpress
AliExpress keeps your information and payment safe



Please Confirm Your Order - Ali
aliexpress.us/p/trade/confirm.html?objectId=3256809531478518&from=aliexpress&countryCode=US&shipp...
Work
AliExpress
Shipping address
june joseph +1 6307511911
1800 lubbock ST
Houston, Texas, United States, 77007
Change
Payment Methods
PayPal
Change
2024 US Store
1/3pcs Golf Ball Shaped Shot Glass Washable Reusable Wine Cup Plastic Shot Glass With Lid ...
3Pcs,United States
$17.05
1
Shipping: $2.99
Delivery: Aug 22 - 28
Summary
Subtotal $17.05
Promo codes Enter
Shipping fee $2.99
Additional charges $1.66
Total $21.70
PayPal
PayPal
PayPal
Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.
AliExpress
AliExpress keeps your information and payment safe



Please Confirm Your Order - Ali
aliexpress.us/p/trade/confirm.html?objectId=3256809511376725&from=aliexpress&countryCode=U...
Work
AliExpress
Shipping address
june joseph +1 6307511911
1800 lubbock ST
Houston, Texas, United States, 77007
Change
Payment Methods
PayPal
Change
Shipping method
Shipping: Free shipping
Delivery: Sep 02 - 07
Courier company: , etc.
Items' details
More items
$0.99
1
Summary
Subtotal $0.99
Promo codes Enter
Shipping fee Free
Additional charges $0.08
Total $1.07
PayPal
PayPal
Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.
AliExpress
AliExpress keeps your information and payment safe
Fast delivery
$1.00 coupon code if delayed
Refund if

Please Confirm Your Order - Ali
aliexpress.com/p/trade/confirm.html?objectId=3256808836231941&from=aliexpress&countryCode=U...
Work

AliExpress
Shipping address
june joseph +1 6307511911
1800 lubbock ST
Houston, Texas, United States, 77007
Change
Payment Methods
PayPal
Change
Secret 1999 Store
3pcs
Golf Ball Shaped Mini Flask Set Shot Glass Abs Material Ideal Gift For Golf Enthusiasts Unique...
3pcs
$0.99
Import charges included
1
Shipping: $7.19
Delivery: Aug. 28 - Sep. 05
Summary
Subtotal $0.99
Promo codes Enter
Shipping fee $7.19
Additional charges $0.67
Total $8.85
PayPal
Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.
AliExpress
AliExpress keeps your information and payment safe
Fast delivery
$1.00 coupon code if delayed
Refund if package lost
Refund if items damaged
Refund if no delivery in 60 days



Please Confirm Your Order - Ali
aliexpress.us/p/trade/confirm.html?objectId=3256809291784840&from=aliexpress&countryCode=U...
Work
AliExpress
Shipping address
june joseph +1 6307511911
1800 lubbock ST
Houston, Texas, United States, 77007
Change
Payment Methods
PayPal
Change
Shipping method
Shipping: Free shipping
Delivery: Sep 02 - 07
Courier company: , etc.
Items' details
More items
$0.99
1
Summary
Subtotal $0.99
Promo codes Enter
Shipping fee Free
Additional charges $0.08
Total $1.07
PayPal
PayPal
PayPal
Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.
AliExpress
AliExpress keeps your information and payment safe



Please Confirm Your Order - Ali
aliexpress.us/p/trade/confirm.html?objectId=3256809321969616&from=aliexpress&countryCode=U...
Work
AliExpress
Shipping address
june joseph +1 6307511911
1800 lubbock ST
Houston, Texas, United States, 77007
Change
Payment Methods
PayPal
Change
Shipping method
Shipping: Free shipping
Delivery: Aug. 29 - Sep. 07
Courier company: , etc.
Items' details
More items
$0.99
1
Summary
Subtotal $0.99
Promo codes Enter
Shipping fee Free
Additional charges $0.08
Total $1.07
PayPal
PayPal
PayPal
Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.
AliExpress
AliExpress keeps your information and payment safe



Please Confirm Your Order - Ali
aliexpress.us/p/trade/confirm.html?objectId=3256809356098869&from=aliexpress&countryCode=U...
Work
AliExpress
Shipping address
june joseph +1 6307511911
1800 lubbock ST
Houston, Texas, United States, 77007
Change
Payment Methods
PayPal
Change
Shipping method
Shipping: Free shipping
Delivery: Sep 02 - 07
Courier company: , etc.
Items' details
More items
$0.99
1
Summary
Subtotal $0.99
Promo codes Enter
Shipping fee Free
Additional charges $0.08
Total $1.07
PayPal
PayPal
PayPal
Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.
AliExpress
AliExpress keeps your information and payment safe



Please Confirm Your Order - Ali
aliexpress.us/p/trade/confirm.html?objectId=3256808680999510&from=aliexpress&countryCode=US&shipp...
Work
AliExpress
Shipping address
june joseph +1 6307511911
1800 lubbock ST
Houston, Texas, United States, 77007
Change
Payment Methods
PayPal
Change
Pleasurable Shopping Day Global Store
Golf Ball Shot Glass Set of 3 with Lids Perfect for Golf Themed Parties and Gift Giving
WHITE,United States
$4.15
1
Shipping: Free shipping
Delivery: Aug 22 - 28
Summary
Subtotal $4.15
Promo codes Enter
Shipping fee Free
Additional charges $0.34
Total $4.49
PayPal
PayPal
PayPal
Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.
AliExpress
AliExpress keeps your information and payment safe

Please Confirm Your Order - Ali
aliexpress.us/p/trade/confirm.html?objectId=3256809295725231&from=aliexpress&countryCode=US&shipp...
Work
AliExpress
Shipping address
june joseph +1 6307511911
1800 lubbock ST
Houston, Texas, United States, 77007
Change
Payment Methods
PayPal
Change
Shipping method
Shipping: Free shipping
Delivery: Aug. 27 - Sep. 05
Courier company: , etc.
Items' details
More items
$0.99
1
Summary
Subtotal $0.99
Promo codes Enter
Shipping fee Free
Additional charges $0.08
Total $1.07
PayPal
PayPal
PayPal
Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.
AliExpress
AliExpress keeps your information and payment safe

Please Confirm Your Order - Ali
aliexpress.us/p/trade/confirm.html?objectId=3256809317006755&from=aliexpress&countryCode=U...
Work
AliExpress
Shipping address
june joseph +1 6307511911
1800 lubbock ST
Houston, Texas, United States, 77007
Change
Payment Methods
PayPal
Change
Shipping method
Shipping: Free shipping
Delivery: Aug. 29 - Sep. 07
Courier company: , etc.
Items' details
More items
$0.99
1
Summary
Subtotal $0.99
Promo codes Enter
Shipping fee Free
Additional charges $0.08
Total $1.07
PayPal
PayPal
PayPal
Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.
AliExpress
AliExpress keeps your information and payment safe

Please Confirm Your Order - Ali
aliexpress.com/p/trade/confirm.html?objectId=3256808846821231&from=aliexpress&countryCode...
Work
AliExpress
Shipping address
june joseph +1 6307511911
1800 lubbock ST
Houston, Texas, United States, 77007
Change
Payment Methods
PayPal
Change
Hi-Life House Store Store
3pcs
1/3pcs New Creative Golf Ball Shaped Mug With Lid for All Kinds of Cold Drinks Eco-friendly ...
A3
$3.89
Import charges included
1
Shipping: $7.04
Delivery: Aug. 30 - Sep. 08
Summary
Subtotal $3.89
Promo codes Enter
Shipping fee $7.04
Additional charges $0.90
Total $11.83
PayPal
PayPal
PayPal
Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.
AliExpress
AliExpress keeps your information and payment safe

Please Confirm Your Order - Ali
aliexpress.com/p/trade/confirm.html?objectId=3256809590548024&from=aliexpress&countryCode=U...
Work

AliExpress
Shipping address
june joseph +1 6307511911
1800 lubbock ST
Houston, Texas, United States, 77007
Change
Payment Methods
PayPal
Change
Sweet Big Store
3pcs
Creative Mini Golf Fan Shaped Shot Glass Food Grade ABS Plastic Golf Ball Formed Drink Cu...
3PCS,<50ml
$1.99
Import charges included
1
Shipping: $7.14
Delivery: Sep 18 - 26
Summary
Subtotal $1.99
Promo codes Enter
Shipping fee $7.14
Additional charges $0.76
Total $9.89
PayPal
Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.
AliExpress
AliExpress keeps your information and payment safe
Fast delivery
$1.00 coupon code if delayed
Refund if package lost
Refund if items damaged
Refund if no delivery in 60 days



Please Confirm Your Order - Ali
aliexpress.us/p/trade/confirm.html?objectId=3256808681094267&from=aliexpress&countryCode=US&shipp...
Work
AliExpress
Shipping address
june joseph +1 6307511911
1800 lubbock ST
Houston, Texas, United States, 77007
Change
Payment Methods
PayPal
Change
Super Dropship Store
Golf Ball Shot Glass Set of 3 with Lids Perfect for Golf Themed Birthday Parties and Golf Enth...
WHITE,United States
$2.60
1
Shipping: Free shipping
Delivery: Aug 22 - 28
Summary
Subtotal $2.60
Promo codes Enter
Shipping fee Free
Additional charges $0.22
Total $2.82
PayPal
PayPal
PayPal
Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.
AliExpress
AliExpress keeps your information and payment safe

Please Confirm Your Order - Ali
aliexpress.us/p/trade/confirm.html?objectId=3256809135500473&from=aliexpress&countryCode=U...
Work
AliExpress
Shipping address
june joseph +1 6307511911
1800 lubbock ST
Houston, Texas, United States, 77007
Change
Payment Methods
PayPal
Change
Shipping method
Shipping: Free shipping
Delivery: Aug. 29 - Sep. 07
Courier company: , etc.
Items' details
More items
$0.99
1
Summary
Subtotal $0.99
Promo codes Enter
Shipping fee Free
Additional charges $0.08
Total $1.07
PayPal
PayPal
PayPal
Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.
AliExpress
AliExpress keeps your information and payment safe

Please Confirm Your Order - Ali
aliexpress.us/p/trade/confirm.html?objectId=3256808127603652&from=aliexpress&countryCode=U...
Work
AliExpress
Shipping address
june joseph +1 6307511911
1800 lubbock ST
Houston, Texas, United States, 77007
Change
Payment Methods
PayPal
Change
Festival Party Supplies Specialty Store
3pcs Golf Ball Shot Glass with Lid Creative Plastic Reusable Golf Ball Wine Cup Party Favors ...
A,CHINA
$7.69
Import charges included
1
Shipping: $2.45
Delivery: Aug. 29 - Sep. 09
Summary
Subtotal $7.69
Promo codes Enter
Shipping fee $2.45
Additional charges $0.83
Total $10.97
PayPal
PayPal
PayPal
Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.
AliExpress
AliExpress keeps your information and payment safe



Please Confirm Your Order - Ali
aliexpress.us/p/trade/confirm.html?objectId=3256809063323442&from=aliexpress&countryCode=U...
Work
AliExpress
Shipping address
june joseph +1 6307511911
1800 lubbock ST
Houston, Texas, United States, 77007
Change
Payment Methods
PayPal
Change
Genzers Store
Golf Ball Shaped Shot Glass,Creative Gift for Golf Lovers,ABS Tumblerful Outdoor Bar Sets
3Pcs in 1 Box
$7.45
Import charges included
1
Shipping: $7.72
Delivery: Aug. 29 - Sep. 07
Summary
Subtotal $7.45
Promo codes Enter
Shipping fee $7.72
Additional charges $1.25
Total $16.42
PayPal
PayPal
PayPal
Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.
AliExpress
AliExpress keeps your information and payment safe



Please Confirm Your Order - Ali
aliexpress.us/p/trade/confirm.html?objectId=3256808998507030&from=aliexpress&countryCode=US&shipp...
Work
AliExpress
Shipping address
june joseph +1 6307511911
1800 lubbock ST
Houston, Texas, United States, 77007
Change
Payment Methods
PayPal
Change
Shipping method
Shipping: Free shipping
Delivery: Aug. 28 - Sep. 05
Courier company: , etc.
Items' details
More items
GOLF BALL SHOT GLASS
$0.99
1
Summary
Subtotal $0.99
Promo codes Enter
Shipping fee Free
Additional charges $0.08
Total $1.07
PayPal
PayPal
PayPal
Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.
AliExpress
AliExpress keeps your information and payment safe



Please Confirm Your Order - Ali
aliexpress.us/p/trade/confirm.html?objectId=3256809353536579&from=aliexpress&countryCode=US&shipp...
Work
AliExpress
Shipping address
june joseph +1 6307511911
1800 lubbock ST
Houston, Texas, United States, 77007
Change
Payment Methods
PayPal
Change
Shipping method
Shipping: Free shipping
Delivery: Sep 02 - 07
Courier company: , etc.
Items' details
More items
3pcs
$0.99
1
Summary
Subtotal $0.99
Promo codes Enter
Shipping fee Free
Additional charges $0.08
Total $1.07
PayPal
PayPal
PayPal
Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.
AliExpress
AliExpress keeps your information and payment safe

Checkout | eBay
pay.ebay.com/rxo?action=view&sessionid=2454135485010
Work
x-2762
Add new card
Google Pay
Special financing available.
Apply now. See terms
Installments
Learn more
Ship to
June Pop
320 N Travis St
Hutto, TX 78634
United States
(727) 245-2111
Change
Review order
caommisori · Add note for seller
99.1% positive feedback
LAST ONE
Pack Of 3 Golf Shots - Golf Ball Shaped Plastic Shot Glass For Golf
$18.39 $19.99
Quantity 1
Order Summary
Item (1) $18.39
Shipping Free
Tax $1.52
Order total $19.91
By placing your order, you agree to eBay's User Agreement and Privacy Notice.
Confirm and pay
Purchase protected by eBay Money Back Guarantee



Checkout | eBay
pay.ebay.com/rxo?action=view&sessionid=2464139748010
Work
x-2762
Current exchange rate: $1 = AU $1.46102
Change currency
Add new card
VISA
PayPal
PayPal
G Pay
Google Pay
PayPal CREDIT
Ship to
June Pop
1800 Lubbock St
Houston, TX 77007
United States
(656) 730-1911
Change
Review order
dfsdgfg4sdfg · Add note for seller
LAST ONE
3PCS Golf Shots - Golf Ball Shaped Shot Glass White Reusable Funny Small Cup
AU $18.99
Quantity 1
Order Summary
Item (1) AU $18.99
Shipping AU $0.99
Tax AU $1.64
Order total AU $21.62
Order total in USD $14.80
Current conversion rate: $1 = AU $1.46102
By placing your order, you agree to eBay's User Agreement and Privacy Notice.
Confirm and pay
Purchase protected by eBay Money Back Guarantee
?

Checkout | eBay
pay.ebay.com/rxo?action=view&sessionid=2464853035010
Work
x-2762
Add new card
Google Pay
Special financing available.
Apply now. See terms
Installments
Learn more
Ship to
June Pop
1800 Lubbock St
Houston, TX 77007
United States
(656) 730-1911
Change
Review order
DhranaStore · Add note for seller
98.5% positive feedback
LAST ONE
3Pcs Golf Shots Golf Ball Shaped Shot Glass Plastic Golf Shot Glasses with Lid 1
$17.99
Quantity 1
Order Summary
Item (1) $17.99
Shipping Free
Tax $1.48
Order total $19.47
By placing your order, you agree to eBay's User Agreement and Privacy Notice.
Confirm and pay
Purchase protected by eBay Money Back Guarantee

Checkout | eBay
pay.ebay.com/rxo?action=view&sessionid=2446714537015
Work
Google Pay
Special financing available.
Apply now. See terms
Installments
Learn more
Ship to
John Doe
1800 Lubbock St
Houston, TX 77007-7619
United States
(856) 621-9039
Change
Review order
dillmurlati · Add note for seller
91.9% positive feedback
3PCS Golf Shots-Golf Ball Shaped Shot Glass for Golf Sports Celebrate Party Gift
$9.99
Quantity
1
Returns accepted
Delivery
Free Standard Shipping from Greater China
Est. delivery: Jul 10 – Jul 31
Order Summary
Item (1) $9.99
Shipping Free
Tax $0.82
Order total $10.81
Confirm and pay
Select a payment method
Purchase protected by eBay Money Back Guarantee



Checkout | eBay
pay.ebay.com/rxo?action=view&sessionid=2464141948010
Work
x-2762
Add new card
Google Pay
Special financing available.
Apply now. See terms
Installments
Learn more
Ship to
June Pop
1800 Lubbock St
Houston, TX 77007
United States
(656) 730-1911
Change
Review order
dillmurlati · Add note for seller
91.8% positive feedback
3PCS Golf Shots-Golf Ball Shaped Shot Glass for Golf Sports Celebrate Party Gift
$14.99
Quantity
1
Order Summary
Item (1) $14.99
Shipping Free
Tax $1.24
Order total $16.23
By placing your order, you agree to eBay's User Agreement and Privacy Notice.
Confirm and pay
Purchase protected by eBay Money Back Guarantee

Checkout | eBay
pay.ebay.com/rxo?action=view&sessionid=2446728998015
Work
Pay with
Add new card
PayPal
Google Pay
Ship to
John Doe
1800 Lubbock St
Houston, TX 77007-7619
United States
(856) 621-9039
Change
Review order
houru6usua · Add note for seller
94.6% positive feedback
Golf Shots - Golf Ball Shaped Shot Glass White Reusable Funny Small Cup 3PCS
GBP 7.99
Quantity
1
Returns accepted
Order Summary
Item (1) GBP 7.99
Shipping Free
Tax GBP 0.66
Order total GBP 8.65
Confirm and pay
Select a payment method
Purchase protected by eBay Money Back Guarantee

Checkout | eBay
pay.ebay.com/rxo?action=view&sessionid=2464928039010
Work
x-2762
Current exchange rate: $1 = AU $1.47197
Change currency
Add new card
PayPal
Google Pay
Ship to
June Pop
1800 Lubbock St
Houston, TX 77007
United States
(656) 730-1911
Change
Review order
Crazy Deals & Crazy Deals · Add note for seller
91.3% positive feedback
3 Pack Golf Ball Shaped Washable Reusable Wine Cup Plastic Shot Glass with Lid
AU $39.99
Quantity
1
Order Summary
Item (1) AU $39.99
Shipping AU $10.00
Tax AU $4.12
Order total AU $54.11
Order total in USD $36.76
Current conversion rate: $1 = AU $1.47197
By placing your order, you agree to eBay's User Agreement and Privacy Notice.
Confirm and pay
Purchase protected by eBay Money Back Guarantee

Checkout | eBay
pay.ebay.com/rxo?action=view&sessionid=2447384017015
Work
PayPal
Venmo
Add new card
Google Pay
Special financing available.
Apply now. See terms
Installments
Learn more
Ship to
John Doe
1800 Lubbock St
Houston, TX 77007-7619
United States
(856) 621-9039
Change
Review order
moment866 · Add note for seller
73.3% positive feedback
Sportshots 3PCS Golf Shots-Golf Ball Shaped Shot Glass for Celebrate Party Gift
Sizes: 3PCS Golf glass
$9.98
Order Summary
Item (1) $9.98
Shipping $1.99
Tax $0.99
Order total $12.96
Confirm and pay
Select a payment method
Purchase protected by eBay Money Back Guarantee

Checkout | eBay
pay.ebay.com/rxo?action=view&sessionid=2464146502010
Work
x-2762
Add new card
Google Pay
Special financing available.
Apply now. See terms
Installments
Learn more
Ship to
June Pop
1800 Lubbock St
Houston, TX 77007
United States
(656) 730-1911
Change
Review order
moment866 · Add note for seller
80.6% positive feedback
Sportshots 3PCS Golf Shots-Golf Ball Shaped Shot Glass for Celebrate Party Gift
Sizes: Bottle opener
$2.99
Quantity
1
Order Summary
Item (1) $2.99
Shipping $1.99
Discount -$0.15
Tax $0.40
Order total $5.23
By placing your order, you agree to eBay's User Agreement and Privacy Notice.
Confirm and pay
Purchase protected by eBay Money Back Guarantee



Checkout | eBay
pay.ebay.com/rxo?action=view&sessionid=2446767857015
Work
Venmo
Add new card
Google Pay
Special financing available.
Apply now. See terms
Installments
Learn more
Order Summary
Item (1) $10.99
Shipping Free
Tax $0.91
Order total $11.90
Confirm and pay
Select a payment method
Purchase protected by eBay Money Back Guarantee
Ship to
John Doe
1800 Lubbock St
Houston, TX 77007-7619
United States
(856) 621-9039
Change
Review order
ptteKA · Add note for seller
94.9% positive feedback
Golf Shots - Golf Ball Shaped Shot Glass for Golf Sports Lovers Christmas Gifts
$10.99
Quantity
1

Checkout | eBay
pay.ebay.com/rxo?action=view&sessionid=2446772796015
Work
PayPal
Venmo
Add new card
Google Pay
Special financing available.
Apply now. See terms
Installments
Learn more
Order Summary
Item (1) $9.99
Shipping Free
Tax $0.82
Order total $10.81
Confirm and pay
Select a payment method
Purchase protected by eBay Money Back Guarantee
Ship to
John Doe
1800 Lubbock St
Houston, TX 77007-7619
United States
(856) 621-9039
Change
Review order
qeon-16 · Add note for seller
93% positive feedback
3PCS Shot Glass - Golf Ball Shaped Novelty Shot Glasses Cup - White 1.5 oz
$9.99
Quantity

Checkout | eBay
pay.ebay.com/rxo?action=view&sessionid=2464175577010
Work
x-2762
Add new card
Google Pay
Special financing available.
Apply now. See terms
Installments
Learn more
Ship to
June Pop
1800 Lubbock St
Houston, TX 77007
United States
(656) 730-1911
Change
Review order
quickflick · Add note for seller
95.2% positive feedback
KOLUTI 4 Pack Silicone 1.5oz Golf Ball Shot Glasses, Small Funny Juice Drinki
$27.99
Quantity
1
Order Summary
Item (1) $27.99
Shipping Free
Tax $2.31
Order total $30.30
By placing your order, you agree to eBay's User Agreement and Privacy Notice.
Confirm and pay
Purchase protected by eBay Money Back Guarantee

Checkout | eBay
pay.ebay.com/rxo?action=view&sessionid=2446779568015
Work
PayPal
Venmo
Add new card
Google Pay
Special financing available.
Apply now. See terms
Installments
Learn more
Ship to
John Doe
1800 Lubbock St
Houston, TX 77007-7619
United States
(856) 621-9039
Change
Review order
Credit Shop · Add note for seller
82.9% positive feedback
Golf Shots - Golf Ball Shaped Shot Glass for Golf Sports Lovers Gifts New
$16.79
Quantity
Order Summary
Item (1) $16.79
Shipping Free
Tax $1.39
Order total $18.18
Confirm and pay
Select a payment method
Purchase protected by eBay Money Back Guarantee



Checkout | eBay
pay.ebay.com/rxo?action=view&sessionid=2464925566010
Work
x-2762
Add new card
Google Pay
Special financing available.
Apply now. See terms
Installments
Learn more
Ship to
June Pop
1800 Lubbock St
Houston, TX 77007
United States
(656) 730-1911
Change
Review order
sbykakk · Add note for seller
83.3% positive feedback
3PCS Shot Glass - Golf Ball Shaped Novelty Shot Glasses Cup - White 1.5 oz
$17.29
Quantity
1
Order Summary
Item (1) $17.29
Shipping Free
Tax $1.43
Order total $18.72
By placing your order, you agree to eBay's User Agreement and Privacy Notice.
Confirm and pay
Purchase protected by eBay Money Back Guarantee

Checkout | eBay
pay.ebay.com/rxo?action=view&sessionid=2464147340010
Work
x-2762
Add new card
Google Pay
Special financing available.
Apply now. See terms
Installments
Learn more
Ship to
June Pop
1800 Lubbock St
Houston, TX 77007
United States
(656) 730-1911
Change
Review order
tidewaye · Add note for seller
89.9% positive feedback
3PCS Shot Glass - Golf Ball Shaped Novelty Shot Glasses Cup - White 1.5 oz
$12.99
Quantity
1
Order Summary
Item (1) $12.99
Shipping Free
Tax $1.07
Order total $14.06
By placing your order, you agree to eBay's User Agreement and Privacy Notice.
Confirm and pay
Purchase protected by eBay Money Back Guarantee



Checkout | eBay
pay.ebay.com/rxo?action=view&sessionid=2464147823010
Work
x-2762
Add new card
Google Pay
Special financing available.
Apply now. See terms
Klarna.
Installments
Learn more
Ship to
June Pop
1800 Lubbock St
Houston, TX 77007
United States
(656) 730-1911
Change
Review order
tidewaye · Add note for seller
89.9% positive feedback
3PCS Shot Glass - Golf Ball Shaped Novelty Shot Glasses Cup - White 1.5 oz
$12.99
Quantity
1
Order Summary
Item (1) $12.99
Shipping Free
Tax $1.07
Order total $14.06
By placing your order, you agree to eBay's User Agreement and Privacy Notice.
Confirm and pay
Purchase protected by eBay Money Back Guarantee

Checkout | eBay
pay.ebay.com/rxo?action=view&sessionid=2447346649015
Work
Venmo
Add new card
Google Pay
Special financing available.
Apply now. See terms
Installments
Learn more
Order Summary
Item (1) $17.99
Shipping $4.99
Tax $1.90
Order total $24.88
Confirm and pay
Select a payment method
Purchase protected by eBay Money Back Guarantee
Ship to
John Doe
1800 Lubbock St
Houston, TX 77007-7619
United States
(856) 621-9039
Change
Review order
wees_5495 · Add note for seller
96.4% positive feedback
Golf Ball Shaped Shot Glass 3pcs White Golf Shots for Golf Sports Lovers Party
$17.99
Quantity
1

Checkout | eBay
pay.ebay.com/rxo?action=view&sessionid=2464148646010
Work
x-2762
Add new card
Google Pay
Special financing available.
Apply now. See terms
Installments
Learn more
Ship to
June Pop
1800 Lubbock St
Houston, TX 77007
United States
(656) 730-1911
Change
Review order
wendyjoe-2 · Add note for seller
95.6% positive feedback
Golf Ball Shaped Shot Glass With Lid 1.7oz Shot Glasse Plastic Party Decorations
Type: 3PCS, Color: /
$11.01
Quantity
1
Order Summary
Item (1) $11.01
Shipping Free
Tax $0.91
Order total $11.92
By placing your order, you agree to eBay's User Agreement and Privacy Notice.
Confirm and pay
Purchase protected by eBay Money Back Guarantee

Checkout | eBay
pay.ebay.com/rxo?action=view&sessionid=2447349700015
Work
Venmo
Add new card
Google Pay
Special financing available.
Apply now. See terms
Installments
Learn more
Order Summary
Item (1) $12.99
Shipping Free
Tax $1.07
Order total $14.06
Confirm and pay
Select a payment method
Purchase protected by eBay Money Back Guarantee
Ship to
John Doe
1800 Lubbock St
Houston, TX 77007-7619
United States
(856) 621-9039
Change
Review order
yiq112 · Add note for seller
98.9% positive feedback
3PCS Shot Glass - Golf Ball Shaped Novelty Shot Glasses Cup - White 1.5 oz
$12.99
Quantity
1

Basket | Fruugo US
fruugo.us/cart
Work
fruugo
What are you looking for?
Your basket contains 1 item
Shipment 1
Golf Ball Shot Glasses, Golf Shot Glasses Set, Small Golf Ball Shaped Wine Cups with Screw Lid, Cute Golf Shot Glasses for Golf Lovers, Pack of 3
Dispatched within 24 hours
In stock
Quantity
1
$37.95
Taxes calculated at checkout
Remove
Shipping: $0.00
CONTINUE SHOPPING
PROCEED TO CHECKOUT
Basket total $37.95
Delivery $0.00
Taxes Calculated at checkout
Estimated total $37.95
PayPal Pay in 4 interest-free payments of $9.49. Learn more
PROCEED TO CHECKOUT
We accept the following payment methods
PayPal
VISA
Klarna.
Recommended for you
Anti-Aging Eye Serum Oil fo...
$19.95 $31.95
Redundant Foreskin...
$21.95 $37.95
Bee Venom Comprehen...
$16.95 $21.95
2025 S24 SIM Ultra Androi...
$169.00
PlayStation Dualshock 4...
$28.95 $43.95
Be Bodywise Hair Growth...
$20.95 $34.95
Bee-Venom Multi-...
$16.95 $21.95
2025 High Quality...
$94.00

Checkout - Fruugo
checkout.fruugo.us
Work
fruugo
How do you want to checkout today?
1 of 3
Secure email checkout: junepop2109@gmail.com
UPDATE
Enter your delivery and contact details
2 of 3
Name: June Joseph
Address: 1800 Lubbok Street, Texas Hutto, TX 77007
United States
Email: junepop2109@gmail.com
Phone: 6307501911
UPDATE
Select your preferred payment method
3 of 3
You can pay for your order using any of these secure payment methods.
G Pay
Google Pay
PayPal
PayPal
VISA
Payment Cards
Klarna.
Klarna
afterpay
Afterpay
Your Order Summary
Basket total $41.08
Delivery $0.00
Sales Tax $3.13
Order total $41.08
SECURE PAYMENT OPTIONS
G Pay
PayPal
VISA
Klarna.
afterpay

Basket | Fruugo US
fruugo.us/cart
Work
fruugo
What are you looking for?
Golf Ball Shots,1.5oz Golf Ball Shaped Shot Glasses Set with Lid,Novelty Golf Party Cups was removed from your basket
RESTORE
Your basket contains 1 item
Shipment 1
Golf Ball Shots,1.5oz Golf Ball Shaped Shot Glasses Set with Lid,Novelty Golf Party Cups
Dispatched within 24 hours
In stock
Quantity
1
$22.95
Taxes calculated at checkout
Remove
Shipping: $0.00
CONTINUE SHOPPING
PROCEED TO CHECKOUT
Basket total $22.95
Delivery $0.00
Taxes Calculated at checkout
Estimated total $22.95
PayPal Pay in 4 interest-free payments on purchases of $30-$1,500. Learn more
PROCEED TO CHECKOUT
We accept the following payment methods
G Pay
PayPal
VISA
Klarna.
Recommended for you
Flow
Ginseng Five
https://www.fruugo.us/golf-ball-shots15oz-golf-ball-shaped-shot-glasses-set-with-lidnovelty-golf-party-cups/p-358984452-780952958

Checkout - Fruugo
checkout.fruugo.us
Work
fruugo
How do you want to checkout today?
1 of 3
Secure email checkout: junepop2109@gmail.com
UPDATE
Enter your delivery and contact details
2 of 3
Name: June Joseph
Address: 1800 Lubbok Street, Texas Hutto, TX 77007
United States
Email: junepop2109@gmail.com
Phone: 6307511911
UPDATE
Select your preferred payment method
3 of 3
You can pay for your order using any of these secure payment methods.
Google Pay
PayPal
Payment Cards
Klarna
Afterpay
Your Order Summary
Basket total $24.84
Delivery $0.00
Sales Tax $1.89
Order total $24.84
SECURE PAYMENT OPTIONS





Basket | Fruugo US
fruugo.us/cart
Work
fruugo
What are you looking for?
Golf Ball Shots,1.5oz Golf Ball Shaped Shot Glasses Set with Lid,Novelty Golf Party Cups was removed from your basket
RESTORE
Your basket contains 1 item
Shipment 1
Golf Ball Shots,1.5oz Golf Ball Shaped Shot Glasses Set with Lid,Novelty Golf Party Cups
Dispatched within 24 hours
In stock
Quantity
1
$19.95
Taxes calculated at checkout
Remove
Shipping: $0.00
CONTINUE SHOPPING
PROCEED TO CHECKOUT
Basket total $19.95
Delivery $0.00
Taxes Calculated at checkout
Estimated total $19.95
PayPal Pay in 4 interest-free payments on purchases of $30-$1,500. Learn more
PROCEED TO CHECKOUT
We accept the following payment methods
G Pay
PayPal
VISA
Klarna.
Recommended for you
Flow
New
https://www.fruugo.us/golf-ball-shots15oz-golf-ball-shaped-shot-glasses-set-with-lidnovelty-golf-party-cups/p-369694605-801170974

Checkout - Fruugo
checkout.fruugo.us
Work
fruugo
How do you want to checkout today?
1 of 3
Secure email checkout: junepop2109@gmail.com
UPDATE
Enter your delivery and contact details
2 of 3
Name: June Joseph
Address: 1800 Lubbok Street, Texas Hutto, TX 77007
United States
Email: junepop2109@gmail.com
Phone: 7372452111
UPDATE
Select your preferred payment method
3 of 3
You can pay for your order using any of these secure payment methods.
Google Pay
PayPal
Payment Cards
Klarna
Afterpay
Your Order Summary
Basket total $21.60
Delivery $0.00
Sales Tax $1.65
Order total $21.60
SECURE PAYMENT OPTIONS



Women's & Men's Clothing, Sh
us.shein.com/cart
Incognito
SHEIN
Ship to United States
Secure Checkout
Cart > Place Order > Pay > Order Complete
ALL ITEMS (1)
500 Points for delay
Warehouse1
Eligible to pick an Add-on item.
Pick
SHEIN
Add $9.63 more to cart for FREE STANDARD SHIPPING on SHEIN products!
Add
Golf Ball Shaped Shot Glass Set, Golf Drinking Glasses With Lids For Whiskey Tequila, Men's Gifts, Husband...
Sold by BoMu Marketplace
Multicolor / 3pcs
200+ sold
Almost Sold Out
$5.37 $6.90 -22%
Qty: 1
Order Summary
Proceed to apply discounts and account assets then confirm the final price.
Retail Price: $6.90
Promotions: -$1.53
Estimated Price: $5.37
Saved $1.53
Reward 5 SHEIN Points
Checkout Now (1)
Almost sold out!
Apply a Coupon Code, SHEIN Points on the next step.
We Accept
VISA
AMERICAN EXPRESS
DISCOVER
Diners Club
Afterpay
Klarna
Pay
G Pay
zip
venmo
affirm
You Might Like to Fill it With
EASY TO INSERT AND REMOVE

Women's & Men's Clothing, Sh
us.shein.com/checkout
Incognito
SHEIN
Secure Checkout
Your order includes FREE on-time delivery service (500 SHEIN points if late). Tariffs are also included so never any extra charges at delivery!
Free return · 500 Points for delay
Cart > Place Order > Pay > Order Complete
Shipping Address
Change >
June Joseph 6307511911
1800 Lubbock St
Houston TEXAS United States 77007-7619
Edit Address
Warehouse1
SHEIN(1) 1 item(s) almost sold out!
-22%
$5.37 $6.90
1
STANDARD SHIPPING
$3.99 (Arrives between Sep 8 - Sep 15;68.97% are ≤ 8 business days)
Total: $9.36
Payment Method
PayPal
Order Summary
Retail Price: 1 Items $6.90
Shipping Fee: $3.99
On-Time Delivery Guarantee: FREE
Promotions -$1.53
Sales Tax: $0.77
Order Total: $10.13
Reward 5 Points
SHEIN CLUB
All benefits stackable
Cost $0.11 per day to join >
Quarterly
Extra 5% OFF
Points Reward
$9.99
By continuing, you agree to SHEIN CLUB Terms & Conditions.
Coupon Code
My Coupons
APPLY
Gift Card
My Gift Card List

Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_logi...
Work
Return if item damaged >
Home > Checkout
Free shipping
Incredible
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Free shipping from Temu (5)
3pcs Golf-Themed Wine Glasses Set - Reusable, Non-Slip, Sturdy Plastic Whiskey Glasses with Fun "Golf Like a Shot...
3pcs/1set
Qty: 5
Anniversary sale | Limited time
ONLY 7 LEFT
$6.26 after applying credit to $7.26 $17.99 -59%
Standard shipping: FREE, delivery: 6-11 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
PayPal
Remember my PayPal
Order summary
Enter coupon code
Apply
Apply coupon code
Credit Max available $5.00 -$5.00
Item(s) total: $89.95
Item(s) discount: -$53.65
Subtotal: $36.30
Shipping: FREE
Sales tax: $2.99
Credit: -$5.00
Order total: $34.29
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our TERMS OF USE, including the mandatory arbitration provision therein, and PRIVACY POLICY.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa



Temu | Checkout
https://www.temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_logi...
Return if item damaged >
Home > Checkout
Free shipping
Incredible
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from Temu (3)
1.69oz golf ball mini wine glasses, durable ABS material creative, golf enthusiast exclusive gift, Christmas gift, party...
3pcs
Qty: 3
Back to School Sale | Limited time
ONLY 8 LEFT
$4.70 $1.57/pc $12.14 -61%
Standard shipping: FREE, delivery: 6-11 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
PayPal
Remember my PayPal
Cash App Pay
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $36.42
Item(s) discount: -$22.32
Subtotal: $14.10
Shipping: FREE
Sales tax: $1.16
Order total: $15.26
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need_addit...
Incognito (2)
Return if item damaged >
Home > Checkout
Free shipping
Incredible
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from Temu (1)
Import charges included
3pcs Golf-Shaped Plastic Shot Glasses - Insulated Reusable Travel-Ready Golf Ball Design, ...
3PC
50ML
GOLF SHOTS
3pcs 3.5K+ sold
Big sale | Limited time
Qty: 1
$3.53 $33.99 -89%
Standard shipping: FREE
Delivery: 6-11 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
PayPal
Remember my PayPal
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $33.99
Item(s) discount: -$30.46
Subtotal: $3.53
Shipping from Temu: FREE
Sales tax: $0.29
Order total: $3.82
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
Submit order (1)
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
TREES FOR THE FUTURE
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices

Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
All data is safeguarded
Home › Checkout
Free shipping
Incredible
Eligible to save an extra $0.44 on this order
Ends in 09 : 58 : 46
Shipping address
Change address
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from Temu (3)
Import charges included
1/2/3pcs Golf Ball-Shaped Shot Glasses - Insulated Reusable Cups, Golf Party Favors, Birthd...
3pcs
Qty: 3
Extra $0.44 off, limit 1 qty | Ends in 09:58:46
ONLY 4 LEFT
$4.30 after applying promos to $4.44
Standard shipping: FREE, delivery: 6-11 business days
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
PayPal
Remember my PayPal
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $13.32
Limited-time discount: -$0.44
Subtotal: $12.88
Shipping: FREE
Sales tax: $1.06
Order total: $13.94
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
Return if item damaged >
Home > Checkout
Free shipping
Incredible
Eligible to save an extra $0.33 on this order
Ends in 11 : 03 : 32
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from Temu (4)
3/1pc Golf Ball Shaped Mini Flask Set - Durable ABS Material, Ideal Gift for Golf Enthusiasts, Unique Liquor Contain...
Brand Official Store: COFIT
Qty: 4
1pc
Extra $0.33 off, limit 1 qty | Ends in 11:03:32
ALMOST SOLD OUT
$3.22 after applying promos to $3.30 $18.99
Standard shipping: FREE, delivery: 6-11 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $75.96
Item(s) discount: -$62.76
$13.20
Limited-time discount: -$0.33
Subtotal: $12.87
Shipping: FREE
Sales tax: $1.06
Order total: $13.93
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee

Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
$5.00 Credit for delay
Home › Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from SL Good (1) Local Warehouse
No import charges 3pcs Golf Theme Wine Glass - Reusable White Golf Drink Cup for Spirits, Tea And Parties - Dura...
Star store
3pcs
Big discounts | Limited time
Qty: 1
$4.85
Standard shipping: $2.99, delivery: 3-7 business days, fastest delivery in 3 business days
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $4.85
Shipping: $2.99
Sales tax: $0.65
Order total: $8.49
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.





Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_logi...
Work
Return if item damaged >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from ceilings (1) Local Warehouse
No import charges 3pcs Golf Ball Shot Glasses - Break-Resistant, Golf Ball Design Cups with Screw-On Caps - Ideal f...
3pcs
Qty: 1
ALMOST SOLD OUT
$7.48 $8.13 -7%
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $8.13
Item(s) discount: -$0.65
Subtotal: $7.48
Shipping from ceilings: $2.99
Sales tax: $0.87
Order total: $11.34
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices



Temu | Checkout
https://www.temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need_addition...
Return if item damaged >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from QKuu (1) Local Warehouse
No import charges 3pcs Polypropylene Golf Shot Glass Set- 2oz Reusable, Insulated, Shatterproof, BPA-Free, Round ...
3pcs
Qty: 1
ALMOST SOLD OUT
$4.93
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $4.93
Shipping: $2.99
Sales tax: $0.66
Order total: $8.58
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.
Delivery guarantee

Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_logi...
Work
20-day no delivery refund
Home › Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from BloomCrafts (1) Local Warehouse
No import charges 1.69oz Golfs-Themed Shot Glasses - Plastic Measuring Cups for Whiskey & Liquor, Fun Golfs Par...
White / 3pcs/pack
Anniversary sale | Limited time
Qty: 1
$6.91
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $6.91
Shipping: $2.99
Sales tax: $0.82
Order total: $10.72
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our TERMS OF USE, including the mandatory arbitration provision therein, and PRIVACY POLICY.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need_additional...
Incognito (2)
Return if item damaged >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from SJ GOOD (1) Local Warehouse
No import charges 3pcs Golf Ball-Shaped Wine Glasses - White Plastic Whiskey & Spirit Glasses with Realistic Golf B...
3pcs
Qty: 1
Big discounts | Last 3 days
$4.85
Standard shipping: $2.99, delivery: 2-7 business days, fastest delivery in 2 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $4.85
Shipping: $2.99
Sales tax: $0.65
Order total: $8.49
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our TERMS OF USE, including the mandatory arbitration provision therein, and PRIVACY POLICY.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
Return if item damaged >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from ZX GOOD (1) Local Warehouse
No import charges 3pcs Golf Theme Wine Glass Set - Durable And High-quality Plastic Material Can Be Reused, The...
Star store
3pcs
Big discounts | Limited time
$4.85
Qty: 1
Standard shipping: $2.99, delivery: 3-7 business days, fastest delivery in 3 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $4.85
Shipping: $2.99
Sales tax: $0.65
Order total: $8.49
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
20-day no delivery refund
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from ZXXXZ (1) Local Warehouse
No import charges 3pcs Golf Ball Design Cups - Realistic Golf Ball Shape Drinkware, Spill-Proof Base for Tabletop - ...
3pcs
Big discounts | Limited time
Qty: 1
$4.88
Standard shipping: $2.99, delivery: 2-7 business days, fastest delivery in 2 business days
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $4.88
Shipping: $2.99
Sales tax: $0.65
Order total: $8.52
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.
Delivery guarantee
$5.00 Credit for delay
Return if item damaged
15-day no update refund
20-day no delivery refund



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
Return if item damaged >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from IFGOOD (1) Local Warehouse
No import charges 3pcs Polypropylene Golf Shooting Glass Cup Set 2oz Reusable Heat-resistant Drop-resistant BPA...
3pcs
Big discounts | Limited time
Qty: 1
$4.85
Standard shipping: $2.99, delivery: 3-7 business days, fastest delivery in 3 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
PayPal
Remember my PayPal
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $4.85
Shipping: $2.99
Sales tax: $0.65
Order total: $8.49
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.
Delivery guarantee
✓ $5.00 Credit for delay
✓ Return if item damaged
✓ 15-day no update refund
✓ 20-day no delivery refund

Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
Return if item damaged >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from IF TT (1) Local Warehouse
No import charges 3pcs Golf Theme Wine Glass Set Durable High-quality Plastic Material Reusable Heat Insulation ...
Star store
Qty: 1
3pcs
Big discounts | Limited time
$0.00 after applying credit to $4.85
Standard shipping: $2.99, delivery: 3-7 business days, fastest delivery in 3 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Credit Max available $5.00 -$5.00
Item(s) total: $4.85
Shipping: $2.99
Sales tax: $0.65
Credit: -$5.00
Order total: $3.49
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices

Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
Return if item damaged >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from UAC MALL (1) Local Warehouse
No import charges 3pcs/ Setgolf Shape Wine Glasses Creative Whiskey Glasses Golf Shape Whiskey Glasses Outdo...
3pcs/Pack
Qty: 1
ALMOST SOLD OUT
$17.90
Standard shipping: $2.99, delivery: 3-7 business days, fastest delivery in 3 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $17.90
Shipping: $2.99
Sales tax: $1.73
Order total: $22.62
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.



Temu | Checkout
https://www.temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_float_layer_type"...
TEMU
Return if item damaged >
Home > Checkout
Free shipping
Incredible
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Free shipping from Temu (2)
Details >
Golf club disassembly vise tool
ALMOST SOLD OUT
$19.41 $154.87
ALMOST SOLD OUT
$4.91 $13.99
Standard shipping: FREE, delivery: 6-11 business days, fastest delivery in 6 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
PayPal
Remember my PayPal
Order summary
Enter coupon code
Apply
Apply coupon code
Credit Max available $5.00
-$5.00
Item(s) total: $168.86
Item(s) discount: -$139.54
Subtotal: $29.32
Shipping: FREE
Sales tax: $2.42
Credit: -$5.00
Order total: $26.74
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our TERMS OF USE, including the mandatory arbitration provision therein, and PRIVACY POLICY.
Donate to Trees for the Future
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_logi...
Work
Return if item damaged >
Home > Checkout
Free shipping
Incredible
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Free shipping from Temu (5)
3pcs Golf Ball Shaped Mini Flask Set - Durable ABS Material, Ideal Gift for Golf Enthusiasts - Unique Liquor Contain...
3pcs
Qty: 5
ONLY 5 LEFT
$7.49 after applying credit to $8.49 $32.29 -73%
Standard shipping: FREE, delivery: 6-11 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
PayPal
Remember my PayPal
Order summary
Enter coupon code
Apply
Apply coupon code
Credit Max available $5.00 -$5.00
Item(s) total: $161.45
Item(s) discount: -$119.00
Subtotal: $42.45
Shipping: FREE
Sales tax: $3.50
Credit: -$5.00
Order total: $40.95
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our TERMS OF USE including the mandatory arbitration provision therein, and PRIVACY POLICY.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need...
Incognito (2)
All data is safeguarded
Home > Checkout
No import charges for all local warehouse items & no extra fees upon delivery for all items
Free returns on all items of this order
Shipping address
Change address
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from JOYPIC (1) Local Warehouse
No import charges 3pcs 1.5oz Golf Ball Shaped Shot Glass Golf Ball Shot Glass Novelty Golf Ball Shot Glasses with Li...
3pcs
Qty: 1
Summer Sale | Limited time
$5.13 $5.84 -12%
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $5.84
Item(s) discount: -$0.71
Subtotal: $5.13
Shipping: $2.99
Sales tax: $0.67
Order total: $8.79
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
$5.00 Credit for delay
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from Super Local Goods (1) Local Warehouse
No import charges 3-Pack Golf-Themed Wine Glasses - Anti-Tip Screw Cap Closure, Golf Ball Pattern Design - Ideal ...
3 Pieces
Qty: 1
Lightning deal | Limited time
GOLF BALL
SHOT GLASS
$5.29 $8.13 -34%
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days
Payment methods
Pay Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $8.13
Item(s) discount: -$2.84
Subtotal: $5.29
Shipping: $2.99
Sales tax: $0.69
Order total: $8.97
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices

Temu | Checkout
https://www.temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need_addition...
20-day no delivery refund >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from MKYOOL (1) Local Warehouse
No import charges 3-Pack Golf Ball Shot Glasses - Break-Resistant, Golf Ball Design Cups with Screw-On Caps - Idea...
3pcs 107 sold
Big sale | Limited time
Qty: 1
GOLF BALL
SHOT GLASS
$6.99
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $6.99
Shipping: $2.99
Sales tax: $0.83
Order total: $10.81
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.
Delivery guarantee

Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_logi...
Work
Return if item damaged >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from JCNYZ (1) Local Warehouse
No import charges 1pc Golf Wine Glasses, Kitchen and Bar Decorations, Golf Decorations, Novel Gifts, Golf-themed ...
1pc
Qty: 1
Big sale | Last 3 days
$0.00 after applying credit to $4.24
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Credit Max available $5.00 -$5.00
Item(s) total: $4.24
Shipping: $2.99
Sales tax: $0.60
Credit: -$5.00
Order total: $2.83
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our TERMS OF USE, including the mandatory arbitration provision therein, and PRIVACY POLICY.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need_addit...
Incognito (2)
15-day no update refund >
Home > Checkout
No import charges for all local warehouse items & no extra fees upon delivery for all items
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from HomeTech s (1) Local Warehouse
No import charges 3pcs Polypropylene Golf Ball Shot Glasses Set - 2oz Reusable, Insulated, Break-Resistant, BPA-Fr...
3pcs 169 sold
Summer Sale | Limited time
Qty: 1
ALMOST SOLD OUT
$5.85 $9.59 -38%
Standard shipping: $2.99, delivery: 3-7 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $9.59
Item(s) discount: -$3.74
Subtotal: $5.85
Shipping from HomeTech s: $2.99
Sales tax: $0.73
Order total: $9.57
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
TREES FOR THE FUTURE
Never overpay with our Price Match Guarantee

Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
30-day no delivery refund >
Home > Checkout
Free shipping
Incredible
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from Temu (3)
Golf Ball Mini Wine Glass Set - 1 Box of 3 50ml Wine Glasses, Durable ABS Material, Ideal Gift for Golf Enthusiasts, ...
white 514 sold
Big discounts | Limited time
ALMOST SOLD OUT
$3.92 $33.99 -88%
Qty: 3
Standard shipping: FREE, delivery: 6-11 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
PayPal
Remember my PayPal
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $101.97
Item(s) discount: -$90.21
Subtotal: $11.76
Shipping: FREE
Sales tax: $0.97
Order total: $12.73
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
Return if item damaged
Home › Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from Origin All (1) Local Warehouse
No import charges Golf-shaped Mini Wine Glass Set - 1 Box Contains 3 50ML Wine Glasses, Made Of Durable ABS ...
Star store
White
Lightning deal | Limited time
ALMOST SOLD OUT
$5.68
Qty: 1
Standard shipping: $2.99, delivery: 2-7 business days, fastest delivery in 2 business days
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $5.68
Shipping: $2.99
Sales tax: $0.72
Order total: $9.39
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
Return if item damaged >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from SLong Good (1) Local Warehouse
No import charges 3pcs Golf Theme Wine Glass Set Durable High-quality Plastic Material Reusable Heat Insulation ...
3pcs
Big discounts | Limited time
Qty: 1
$4.85
Standard shipping: $2.99, delivery: 3-7 business days, fastest delivery in 3 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
PayPal
Remember my PayPal
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $4.85
Shipping: $2.99
Sales tax: $0.65
Order total: $8.49
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.
Delivery guarantee
$5.00 Credit for delay
Return if item damaged
15-day no update refund
20-day no delivery refund



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
Return if item damaged >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from SLong Good (1) Local Warehouse
No import charges 3pcs Golf Theme Wine Glass Set Durable High-quality Plastic Material Reusable Heat Insulation ...
3pcs
Big discounts | Limited time
Qty: 1
GOLF BALL
SHOT GLASS
$4.88
Standard shipping: $2.99, delivery: 3-7 business days, fastest delivery in 3 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $4.88
Shipping: $2.99
Sales tax: $0.65
Order total: $8.52
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.
Delivery guarantee
$5.00 Credit for delay
Return if item damaged



Temu | Checkout
https://www.temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need_additional_...
Return if item damaged >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from PatternCraft (1) Local Warehouse
No import charges 3pcs 1.5oz Golf Ball Shaped Shot Glass Golf Ball Shot Glasses with Lid Outdoor Leisure Golf Glas...
Color: Variant
Qty: 1
ALMOST SOLD OUT
$0.10 after applying credit to $5.10 $8.15 -37%
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Credit Max available $5.00 -$5.00 >
Item(s) total: $8.15
Item(s) discount: -$3.05
Subtotal: $5.10
Shipping: $2.99
Sales tax: $0.67
Credit: -$5.00
Order total: $3.76
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our TERMS OF USE, including the mandatory arbitration provision therein, and PRIVACY POLICY.
Donate to Trees for the Future
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa



Temu | Checkout
https://www.temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_status"%...
$5.00 Credit for delay
Home › Checkout
Free shipping
Incredible
Shipping address
Change address
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Free shipping from Temu (3)
Details
ALMOST SOLD OUT
GOLF SHOTS
ONLY 2 LEFT
$18.96 $58.69
$4.03×2 $5.01
Standard shipping: FREE, delivery: 6-11 business days, fastest delivery in 6 business days
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
PayPal
Remember my PayPal
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $68.71
Item(s) discount: -$41.69
Subtotal: $27.02
Shipping: FREE
Sales tax: $2.22
Order total: $29.24
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our TERMS OF USE, including the mandatory arbitration provision therein, and PRIVACY POLICY.
Donate to Trees for the Future
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
Return if item damaged >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from DIY X (1) Local Warehouse
No import charges Golf Ball Shaped Mini Wine Glasses Set - 1 Box Of 3 50ml Wine Glasses, Durable ABS Material, I...
3pcs
Lightning deal | Last 3 days
Qty: 1
ONLY 4 LEFT
$5.29
Standard shipping: $2.99, delivery: 2-7 business days, fastest delivery in 2 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $5.29
Shipping: $2.99
Sales tax: $0.69
Order total: $8.97
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
TREES FOR THE FUTURE
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.
Delivery guarantee
$5.00 Credit for delay
Return if item damaged
15-day no update refund
20-day no delivery refund



Temu | Checkout
https://www.temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_status"%...
TEMU
Return if item damaged >
Home > Checkout
Free shipping
Incredible
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Free shipping from Temu (2)
Details >
ALMOST SOLD OUT
PRODUCT DETAILS
GOLF SHOTS
ONLY 2 LEFT
$23.57 $110.72
$3.57 $1.19/pc $18.99
Standard shipping: FREE, delivery: 6-11 business days, fastest delivery in 6 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
PayPal
Remember my PayPal
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $129.71
Item(s) discount: -$102.57
Subtotal: $27.14
Shipping: FREE
Sales tax: $2.23
Order total: $29.37
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our TERMS OF USE including the mandatory arbitration provision therein, and PRIVACY POLICY.
Donate to Trees for the Future
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
TREES FOR THE FUTURE
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
15-day no update refund
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from VivaPick (1) Local Warehouse
No import charges 3pcs Golf Styling Wine Glasses - Anti-Drop Design with Screw Caps, Durable & Stylish for Golf O...
3 Pieces
Big discounts | Limited time
Qty: 1
GOLF BALL
SHOT GLASS
$5.91 $8.13 -27%
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $8.13
Item(s) discount: -$2.22
Subtotal: $5.91
Shipping: $2.99
Sales tax: $0.74
Order total: $9.64
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
TREES FOR THE FUTURE
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
Return if item damaged >
Home > Checkout
No import charges for all local warehouse items & no extra fees upon delivery for all items
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from Destinysweet (1) Local Warehouse
No import charges 3pcs Shaped Shot Glasses Plastic Shot Glasses with Lids 1.5 Ounces Party Cups Novelty Shot Gla...
White
Qty: 1
Summer Sale | Last 3 days
ALMOST SOLD OUT
$5.82
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $5.82
Shipping: $2.99
Sales tax: $0.73
Order total: $9.54
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
Return if item damaged
Home › Checkout
Free shipping
Incredible
Shipping address
Change address
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from Temu (2)
3pcs with lid
ALMOST SOLD OUT
Golf Ball Mini Wine Glass Set - 1 Box of 3 50ml Wine Glasses, Durable ABS Material, Ideal Gift for Golf Enthusiasts, ...
white 100 sold
Big discounts | Limited time
Qty: 2
$5.13 $18.99 -72%
Standard shipping: FREE, delivery: 6-11 business days
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
PayPal
Remember my PayPal
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $37.98
Item(s) discount: -$27.72
Subtotal: $10.26
Shipping: FREE
Sales tax: $0.85
Order total: $11.11
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.

Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
$5.00 Credit for delay
Home › Checkout
No import charges for all local warehouse items & no extra fees upon delivery for all items
Free returns on all items of this order
Shipping address
Change address
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from MT GOOD (1) Local Warehouse
No import charges 3pcs Polypropylene Golf Shooting Glass Cup Set - 2oz Reusable, Thermal Insulation, Drop Resist...
3pcs/set
Qty: 1
Big discounts | Limited time
$4.88
Standard shipping: $2.99, delivery: 2-7 business days, fastest delivery in 2 business days
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $4.88
Shipping: $2.99
Sales tax: $0.65
Order total: $8.52
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.
Delivery guarantee
$5.00 Credit for delay
Return if item damaged
15-day no update refund
20-day no delivery refund

Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
Return if item damaged >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from WL OMG (1) Local Warehouse
No import charges White Three-piece Set 50ml Plastic Cup Golf Mug Measuring Cup A Cup Of Plastic Cup Golf Sho...
3pcs/set
Qty: 1
Big discounts | Limited time
$4.87
Standard shipping: $2.99, delivery: 3-7 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $4.87
Shipping: $2.99
Sales tax: $0.65
Order total: $8.51
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
15-day no update refund
Home › Checkout
No import charges for all local warehouse items & no extra fees upon delivery for all items
Free returns on all items of this order
Shipping address
Change address
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from MT TMT (1) Local Warehouse
No import charges 3pcs Polypropylene Golf Shooting Glass Cup Set - 2oz Reusable, Thermal Insulation, Drop Resist...
3pcs/set
Qty: 1
Big sale | Last 2 days
$4.88
Standard shipping: $2.99, delivery: 3-7 business days
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
PayPal
Remember my PayPal
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $4.88
Shipping: $2.99
Sales tax: $0.65
Order total: $8.52
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.
Delivery guarantee



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
15-day no update refund
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from Lunoko (1) Local Warehouse
No import charges 3-Pack Golf-Themed Wine Glasses - Anti-Tip Screw Caps, Spill-Proof Design - Golf Ball Texture C...
3 Pieces
Qty: 1
GOLF BALL
SHOT GLASS
$6.06
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $6.06
Shipping: $2.99
Sales tax: $0.75
Order total: $9.80
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.



Temu | Checkout
https://www.temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need_addition...
20-day no delivery refund >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from MarrakechMornings (1) Local Warehouse
No import charges 1.69oz Golfs-Themed Shot Glasses - Plastic Measuring Cups for Whiskey & Liquor, Fun Golfs Par...
White / 3pcs/pack
Qty: 1
Big sale | Limited time
GOLF SHOTS
ALMOST SOLD OUT
$5.99 $7.23 -17%
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $7.23
Item(s) discount: -$1.24
Subtotal: $5.99
Shipping: $2.99
Sales tax: $0.74
Order total: $9.72
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
TREES FOR THE FUTURE
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices

Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need_addit...
Incognito (2)
Return if item damaged >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from ZentoBox (1) Local Warehouse
No import charges 3-Pack Golf-Themed Wine Glasses - Anti-Tip Screw Cap Closure, Golf Ball Pattern Design - Ideal ...
3 Pieces
Qty: 1
Big discounts | Limited time
GOLF BALL
SHOT GLASS
$5.75 $8.13 -29%
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $8.13
Item(s) discount: -$2.38
Subtotal: $5.75
Shipping: $2.99
Sales tax: $0.72
Order total: $9.46
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.





Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
Return if item damaged >
Home > Checkout
No import charges for all local warehouse items & no extra fees upon delivery for all items
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from Global Premium Collections (1) Local Warehouse
No import charges 3pcs Reusable Insulated Sports Shot Glasses - Drop-Resistant, Round Design for Golf & Outdoor...
3pcs
Qty: 1
ALMOST SOLD OUT
$7.85
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $7.85
Shipping: $2.99
Sales tax: $0.90
Order total: $11.74
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.

Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need_additional...
Incognito (2)
Return if item damaged >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from VibesHQ (1) Local Warehouse
No import charges 3pcs Golf-Themed Reusable Shot Glasses Set, 2oz Capacity, BPA-Free, Circular Sports Drinkware,...
3pcs
Lightning deal | Last day
Qty: 1
ALMOST SOLD OUT
$6.22
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $6.22
Shipping: $2.99
Sales tax: $0.76
Order total: $9.97
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our TERMS OF USE, including the mandatory arbitration provision therein, and PRIVACY POLICY.
Last day for Lightning deal!
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
Return if item damaged
Home › Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from Sand Goods (1) Local Warehouse
No import charges 3pcs Golf Ball Shaped Cups - with Spill-Proof Lids, Realistic Golf Ball Design - Ideal for Golf Parti...
3pcs
Qty: 1
Big discounts | Limited time
$0.00 after applying credit to $4.71
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Credit Max available $5.00 -$5.00
Item(s) total: $4.71
Shipping: $2.99
Sales tax: $0.64
Credit: -$5.00
Order total: $3.34
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
15-day no update refund >
Home > Checkout
No import charges for all local warehouse items & no extra fees upon delivery for all items
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from YCWD Small shop (1) Local Warehouse
No import charges 3pcs Reusable Insulated Sports Shot Glasses - Drop-Resistant, Round Design for Golf & Outdoor...
3pcs
Qty: 1
ALMOST SOLD OUT
$7.85
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $7.85
Shipping: $2.99
Sales tax: $0.90
Order total: $11.74
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_logi...
Work
$5.00 Credit for delay
Home › Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from LuckyEle (1) Local Warehouse
No import charges 3pcs Shooting Glass Set- Reusable, Insulated, Drop Resistant, Round Sports Theme Beverage Set...
3pcs
Qty: 1
ALMOST SOLD OUT
$2.20 after applying credit to $7.20
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Credit Max available $5.00 -$5.00
Item(s) total: $7.20
Shipping: $2.99
Sales tax: $0.84
Credit: -$5.00
Order total: $6.03
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our TERMS OF USE, including the mandatory arbitration provision therein, and PRIVACY POLICY.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee

Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
Return if item damaged >
Home > Checkout
No import charges for all local warehouse items & no extra fees upon delivery for all items
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from MT TT (1) Local Warehouse
No import charges 3pcs Polypropylene Golf Shooting Glass Cup Set - 2oz Reusable, Thermal Insulation, Drop Resist...
Star store
3pcs/set
Big discounts | Limited time
Qty: 1
$4.88
Standard shipping: $2.99, delivery: 3-7 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $4.88
Shipping: $2.99
Sales tax: $0.65
Order total: $8.52
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.
Delivery guarantee
$5.00 Credit for delay
Return if item damaged
15-day no update refund
20-day no delivery refund





Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
15-day no update refund >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from HappyRain (1) Local Warehouse
No import charges Golf Ball-Shaped Shot Glass - White Glass Cup with Green Lid, Perfect for Golf Enthusiasts, Ideal ...
Star store
Variant
Qty: 1
ALMOST SOLD OUT
$11.05 after applying credit to $16.05
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Credit Max available $5.00 -$5.00 >
Item(s) total: $16.05
Shipping: $2.99
Sales tax: $1.57
Credit: -$5.00
Order total: $15.61
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
$5.00 Credit for delay
Home › Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from SL D (1) Local Warehouse
No import charges 3pcs Golf Wine Glasses Set - Reusable, Heat Preservation, Fall-Resistant, BPA-Free, Circular Sport...
3pcs/set
Qty: 1
$5.92
Standard shipping: $2.99, delivery: 2-7 business days, fastest delivery in 2 business days
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $5.92
Shipping: $2.99
Sales tax: $0.74
Order total: $9.65
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
$5.00 Credit for delay
Home › Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from SL E (1) Local Warehouse
No import charges 3pcs White Reusable Plastic Wine Glasses, 1.69oz Each - Durable, Washable, Perfect for Golf & ...
3pcs/set
Big discounts | Limited time
Qty: 1
$4.88
Standard shipping: $2.99, delivery: 3-7 business days, fastest delivery in 3 business days
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $4.88
Shipping: $2.99
Sales tax: $0.65
Order total: $8.52
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
Return if item damaged >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from Awens Selection (1) Local Warehouse
No import charges 3pcs Shooting Glass Set- Reusable, Insulated, Drop Resistant, Round Sports Theme Beverage Set...
3pcs
Qty: 1
ALMOST SOLD OUT
$2.18 after applying credit to $7.18
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Credit Max available $5.00 -$5.00
Item(s) total: $7.18
Shipping: $2.99
Sales tax: $0.84
Credit: -$5.00
Order total: $6.01
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
$5.00 Credit for delay
Home › Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from SL F SL F (1) Local Warehouse
No import charges 3 Golf-Shaped Wine Glasses - Reusable Plastic Sports-Themed Drinking Cups with Unique Desig...
3pcs/set
Qty: 1
Big discounts | Limited time
$0.00 after applying credit to $4.85
Standard shipping: $2.99, delivery: 3-7 business days
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
PayPal
Remember my PayPal
Order summary
Enter coupon code
Apply
Apply coupon code
Credit Max available $5.00 -$5.00
Item(s) total: $4.85
Shipping: $2.99
Sales tax: $0.65
Credit: -$5.00
Order total: $3.49
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
TREES FOR THE FUTURE
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need_additional...
Incognito (2)
Return if item damaged >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from XX F (1) Local Warehouse
No import charges 3pcs Golf Theme Wine Glass - Reusable White Golf Drink Cup for Spirits, Tea And Parties - Dura...
3pcs
Qty: 1
$5.94
Standard shipping: $2.99, delivery: 3-7 business days, fastest delivery in 2 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $5.94
Shipping: $2.99
Sales tax: $0.74
Order total: $9.67
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our TERMS OF USE, including the mandatory arbitration provision therein, and PRIVACY POLICY.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need_...
Work
All data is encrypted
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from Affluentday (1) Local Warehouse
No import charges 3 Pack Golf Ball Shot Glasses, Break Resistant Plastic Cups With Screw On Caps, Fun Golf Gift For...
Star store
3PC (1box)
Qty: 1
ALMOST SOLD OUT
$5.65 $8.13 -30%
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days
Payment methods
Apple Pay
Card
PayPal
Remember my PayPal
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $8.13
Item(s) discount: -$2.48
Subtotal: $5.65
Shipping from Affluentday: $2.99
Sales tax: $0.72
Order total: $9.36
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_...
Work
20-day no delivery refund >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from Affluentday (1) Local Warehouse
No import charges Golf Ball Shot Glasses, Break Resistant Plastic Cups With Screw On Caps, Fun Golf Gift For Men, F...
Star store
3PC (1box)
Qty: 1
Lightning deal | Last 2 days
ALMOST SOLD OUT
$6.04
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days >
Payment methods
Apple Pay
Card
PayPal
Remember my PayPal
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $6.04
Shipping from Affluentday: $2.99
Sales tax: $0.75
Order total: $9.78
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.

Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need_addit...
Incognito (2)

20-day no delivery refund >

Home > Checkout

No import charges for all local warehouse items and no extra charges upon delivery

Free returns on all items of this order

Shipping address

Change address >

June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States

Ships from Obtainachieve (1) Local Warehouse

ALMOST SOLD OUT

No import charges 3pcs Golf Ball Design Shot Glasses with Lids - Disposable-like service, Dishwasher Safe Stackable...

White

Qty: 1

$15.00

Pre-order. Delivery: 11-14 business days

Standard shipping: $2.99, delivery: 11-14 business days >

Payment methods

Pay
Apple Pay
Mastercard ...2762
Edit
Add a new card

Order summary

Enter coupon code | Apply

Apply coupon code >

Item(s) total: $15.00

Shipping: $2.99

Sales tax: $1.49

Order total: $19.48

Submit order now with our Price Match Guarantee.

By submitting your order, you agree to our Terms of Use and Privacy Policy.

Donate with Temu

We invite you to donate $0.35 to fund a tree

PayPal

Temu's Tree Planting Program

Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa

Never overpay with our Price Match Guarantee

With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.

Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_lo...
Incognito (2)
15-day no update refund >
Home > Checkout
No import charges for all local warehouse items & no extra fees upon delivery for all items
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from Urban Basker (1) Local Warehouse
No import charges 3-Pack Golf-Themed Wine Glasses - Anti-Tip Screw Cap Closure, Golf Ball Pattern Design - Ideal ...
3 Pieces
Qty: 1
Clearance deal | Limited time
GOLF BALL
SHOT GLASS
$5.49 $8.13 -32%
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days >
Payment methods
Pay Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $8.13
Item(s) discount: -$2.64
Subtotal: $5.49
Shipping: $2.99
Sales tax: $0.70
Order total: $9.18
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
TREES FOR THE FUTURE
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need_addit...
Incognito (2)
Return if item damaged >
Home > Checkout
No import charges for all local warehouse items & no extra fees upon delivery for all items
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from SLJ SL J (1) Local Warehouse
No import charges 3pcs Golf Ball-Shaped Cups - Realistic Golf Ball Design with Orange Accent - Stackable Drinkwar...
3pcs
Qty: 1
Big sale | Last 3 days
$4.88
Standard shipping: $2.99, delivery: 3-7 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $4.88
Shipping: $2.99
Sales tax: $0.65
Order total: $8.52
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_logi...
Work
Return if item damaged
Home › Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from XX J (1) Local Warehouse
No import charges 3pcs Creative Golf Teacup Set - Reusable, Drop-resistant, Sports-themed Drinkware
3pcs/set
Big sale | Limited time
Qty: 1
$0.00 after applying credit to $4.87
Standard shipping: $2.99, delivery: 2-7 business days, fastest delivery in 2 business days
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
PayPal
Remember my PayPal
Order summary
Enter coupon code
Apply
Apply coupon code
Credit Max available $5.00 -$5.00
Item(s) total: $4.87
Shipping: $2.99
Sales tax: $0.65
Credit: -$5.00
Order total: $3.51
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our TERMS OF USE, including the mandatory arbitration provision therein, and PRIVACY POLICY.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need...
Incognito (2)
$5.00 Credit for delay >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from XX L (1) Local Warehouse
No import charges 3pcs Golf Ball Teacup Set - Dual-Purpose Cup & Practice Target, Drop-Resistant, Elegant Golf Bal...
3pcs
Qty: 1
Big sale | Last day
$4.97
Standard shipping: $2.99, delivery: 3-7 business days, fastest delivery in 3 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
PayPal
Remember my PayPal
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $4.97
Shipping: $2.99
Sales tax: $0.66
Order total: $8.62
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our TERMS OF USE, including the mandatory arbitration provision therein, and PRIVACY POLICY.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.

Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
Return if item damaged >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from Brilliantmind (1) Local Warehouse
No import charges 3pcs Shaped Shot Glasses Plastic Shot Glasses with Lids 1.5 Ounces Party Cups Novelty Shot Gla...
White
Qty: 1
Big discounts | Limited time
ALMOST SOLD OUT
$4.86 $14.88 -67%
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $14.88
Item(s) discount: -$10.02
Subtotal: $4.86
Shipping: $2.99
Sales tax: $0.65
Order total: $8.50
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need_...
Work
All data is encrypted >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from Allrighthere (1) Local Warehouse
No import charges Golf Shots - Golf Ball Shaped Shot Glass, White
Variant
Big sale | Limited time
Qty: 1
ALMOST SOLD OUT
$7.65
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $7.65
Shipping from Allrighthere: $2.99
Sales tax: $0.88
Order total: $11.52
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need...
Incognito (2)
All data is safeguarded
Home › Checkout
No import charges for all local warehouse items & no extra fees upon delivery for all items
Free returns on all items of this order
Shipping address
Change address
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from bantuoxiaoshangpin (1) Local Warehouse
No import charges 3-Pack Ball Shot Glasses- Break-Resistant, Ball Design Cups with Screw-On Caps- Outings, Man ...
3pcs
Qty: 1
Big sale | Limited time
GOLF BALL
SHOT GLASS
$6.94 $8.13 -14%
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days
Payment methods
Apple Pay
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $8.13
Item(s) discount: -$1.19
Subtotal: $6.94
Shipping: $2.99
Sales tax: $0.82
Order total: $10.75
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices

Temu | Checkout
https://www.temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need_a...
No import charges
For local warehouse items
Price adjustment
Within 30 days
Get the Temu App
Start Selling to Millions of Buyers on Temu
Join Now >
All data is encrypted >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from Baywarm (1) Local Warehouse
No import charges 3pcs Golf Shots Set Golf Ball Shaped Shot Glass, Small Funny Juice Drinking Shot Glass with Lid, ...
white
Qty: 1
Lightning deal | Limited time
ALMOST SOLD OUT
$6.69
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $6.69
Shipping from Baywarm: $2.99
Sales tax: $0.80
Order total: $10.48
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and

Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need_additional...
Incognito (2)
Return if item damaged >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from Gracecharm (1) Local Warehouse
No import charges 3pcs Shaped Shot Glasses Plastic Shot Glasses with Lids 1.5 Ounces Party Cups Novelty Shot Gla...
White
Qty: 1
ALMOST SOLD OUT
$6.27
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $6.27
Shipping: $2.99
Sales tax: $0.77
Order total: $10.03
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our TERMS OF USE including the mandatory arbitration provision therein, and PRIVACY POLICY.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
$5.00 Credit for delay
Home › Checkout
No import charges for all local warehouse items & no extra fees upon delivery for all items
Free returns on all items of this order
Shipping address
Change address
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from Thrivehope (1) Local Warehouse
No import charges 3pcs White Ceramic Shot Glasses with Lids - 1.5oz, Perfect for Parties & Novelty Gifts, 50ml Cap...
White,One Size
Qty: 1
ALMOST SOLD OUT
$6.00 $14.88 -59%
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $14.88
Item(s) discount: -$8.88
Subtotal: $6.00
Shipping: $2.99
Sales tax: $0.75
Order total: $9.74
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need_addit...
Incognito (2)
TEMU
Return if item damaged
Home › Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from QB Wdiedian (1) Local Warehouse
No import charges 3pcs Shooting Glass Set- Reusable, Insulated, Drop Resistant, Round Sports Theme Beverage Set...
3pcs
Qty: 1
ALMOST SOLD OUT
$7.85
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $7.85
Shipping: $2.99
Sales tax: $0.90
Order total: $11.74
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.
Delivery guarantee
$5.00 Credit for delay
Return if item damaged
15-day no update refund
20-day no delivery refund



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
Return if item damaged
Home > Checkout
No import charges for all local warehouse items & no extra fees upon delivery for all items
Free returns on all items of this order
Shipping address
Change address
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from QBWD Small shop (1) Local Warehouse
No import charges 3pcs Shooting Glass Set- Reusable, Insulated, Drop Resistant, Round Sports Theme Beverage Set...
3pcs
Qty: 1
ALMOST SOLD OUT
$7.85
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $7.85
Shipping: $2.99
Sales tax: $0.90
Order total: $11.74
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.
Delivery guarantee
$5.00 Credit for delay
Return if item damaged
15-day no update refund
20-day no delivery refund



Temu | Checkout
https://www.temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need_addition...
Return if item damaged >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from Monitorr (1) Local Warehouse
No import charges 3pcs Golf Ball-Shaped Shot Glasses with Lids - Disposable, Spill-Proof Party Cups for Golf Theme...
White
Qty: 1
Summer Sale | Limited time
ALMOST SOLD OUT
$14.75
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $14.75
Shipping: $2.99
Sales tax: $1.47
Order total: $19.21
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.
Delivery guarantee



Temu | Checkout
https://www.temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need_additional_...
20-day no delivery refund >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from A shop worth shopping (1) Local Warehouse
No import charges 3pcs Golf Ball-Shaped Shot Glasses - 2oz Reusable, Insulated, Shatterproof, BPA-Free, Round Sp...
Quantity: 3pcs
Qty: 1
$7.25 $10.42 -30%
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $10.42
Item(s) discount: -$3.17
Subtotal: $7.25
Shipping: $2.99
Sales tax: $0.85
Order total: $11.09
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our TERMS OF USE including the mandatory arbitration provision therein, and PRIVACY POLICY.
Donate to Trees for the Future
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices

Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
Return if item damaged >
Home > Checkout
No import charges for all local warehouse items & no extra fees upon delivery for all items
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from V R Good shop (1) Local Warehouse
No import charges 3pcs Golf Ball-Shaped Cups - Realistic Golf Design with Spiral Cap - Drop-Resistant, Spill-Proof T...
3 Pieces
Qty: 1
Lightning deal | Last 2 days
GOLF BALL
SHOT GLASS
ALMOST SOLD OUT
$6.88 $8.13 -15%
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $8.13
Item(s) discount: -$1.25
Subtotal: $6.88
Shipping: $2.99
Sales tax: $0.82
Order total: $10.69
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_logi...
Work
Return if item damaged >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from Createchance (1) Local Warehouse
No import charges 3pcs Golf-Shaped Shot Glasses with Lids - 1, 5oz (50ml) Durable Plastic Party Cups, Novelty Golf...
White
Qty: 1
ALMOST SOLD OUT
$6.27
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $6.27
Shipping: $2.99
Sales tax: $0.77
Order total: $10.03
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our TERMS OF USE, including the mandatory arbitration provision therein, and PRIVACY POLICY.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_logi...
Work
Return if item damaged >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from Createchance (1) Local Warehouse
No import charges Golf Ball-Shaped Shot Glasses - White Plastic Novelty Drinkware for Golf Enthusiasts, Fun Party F...
White
Qty: 1
ALMOST SOLD OUT
$6.66
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $6.66
Shipping: $2.99
Sales tax: $0.80
Order total: $10.45
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our TERMS OF USE including the mandatory arbitration provision therein, and PRIVACY POLICY.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
Return if item damaged >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from yinuoshop February (1) Local Warehouse
No import charges Golf Ball Shaped Shot Glass - White Plastic Golf Ball Design with Green Accents, Durable & Stylis...
Default,
Qty: 1
ALMOST SOLD OUT
$19.28 after applying credit to $24.28
Standard shipping: $2.99, delivery: 2-7 business days, fastest delivery in 2 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
PayPal
Remember my PayPal
Order summary
Enter coupon code
Apply
Apply coupon code
Credit Max available $5.00
-$5.00
Item(s) total:
$24.28
Shipping:
$2.99
Sales tax:
$2.25
Credit:
-$5.00
Order total:
$24.52
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
$5.00 Credit for delay >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from Hapzio (1) Local Warehouse
No import charges 3pcs Golf Styling Wine Glasses - Anti-Drop Design with Screw Caps, Durable & Stylish for Golf O...
3 Pieces
Qty: 1
Big discounts | Limited time
GOLF BALL
SHOT GLASS
$5.34 $8.13 -34%
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $8.13
Item(s) discount: -$2.79
Subtotal: $5.34
Shipping: $2.99
Sales tax: $0.69
Order total: $9.02
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices

Temu | Checkout

temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...

Incognito (2)

$5.00 Credit for delay >

Home > Checkout

No import charges for all local warehouse items and no extra charges upon delivery

Free returns on all items of this order

**Shipping address** Change address >

**June Joseph** +1 (630)751-9300
1800 LUBBOCK STREET
**HOUSTON, TX 77007, United States**

Ships from TwinkleBuy (1) Local Warehouse

No import charges 3pcs Golf Styling Wine Glasses - Anti-Drop Design with Screw Caps, Durable & Stylish for Golf O...

3 Pieces

Qty: 1

Big discounts | Limited time

$5.96 ~~$8.13~~ -26%

Pre-order. Delivery: 11-14 business days

Standard shipping: $2.99, delivery: 11-14 business days >

**Payment methods**

 Apple Pay

 Mastercard ...2762 Edit

 Add a new card

**Order summary**

Enter coupon code Apply

Apply coupon code >

| | |
|---|---|
| Item(s) total: | ~~$8.13~~ |
| Item(s) discount: | -$2.17 |
| Subtotal: | $5.96 |
| Shipping: | $2.99 |
| Sales tax: | $0.74 |
| Order total: | $9.69 |

Submit order now with our Price Match Guarantee.

By submitting your order, you agree to our Terms of Use and Privacy Policy.

**Donate with Temu**

We invite you to donate $0.35 to fund a tree

PayPal

Temu's Tree Planting Program

Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa

Never overpay with our Price Match Guarantee

With our Price Match policy, we'll match any lower prices



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
Return if item damaged >
Home > Checkout
No import charges for all local warehouse items & no extra fees upon delivery for all items
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from Kineticforce (1) Local Warehouse
No import charges Funny Shaped Wine Glass 1, 5 Oz Plastic Airtight Screw Cap, Great For Lovers Outdoor Activities...
White
Qty: 1
Clearance deal | Limited time
ALMOST SOLD OUT
$5.84
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $5.84
Shipping: $2.99
Sales tax: $0.73
Order total: $9.56
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
Return if item damaged
Home › Checkout
No import charges for all local warehouse items & no extra fees upon delivery for all items
Free returns on all items of this order
Shipping address
Change address
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from Kineticforce (1) Local Warehouse
No import charges 3pcs Shaped Shot Glasses with Lids - 1, 5oz Reusable Metal Shot Glasses, 50ml, Novelty Party C...
White
Qty: 1
Big sale | Limited time
ALMOST SOLD OUT
$5.27 $9.84 -46%
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $9.84
Item(s) discount: -$4.57
Subtotal: $5.27
Shipping: $2.99
Sales tax: $0.68
Order total: $8.94
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices



Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"ck_cart_login_st...
Incognito (2)
15-day no update refund
Home > Checkout
No import charges for all local warehouse items & no extra fees upon delivery for all items
Free returns on all items of this order
Shipping address
Change address
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from HDJLKADD (1) Local Warehouse
No import charges 3pcs Golf Ball-Shaped Shot Glasses with Lids - Spill-Proof Party Cups, Elegant Table Decor for G...
White
Qty: 1
Big sale | Last 3 days
ALMOST SOLD OUT
$5.53
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $5.53
Shipping: $2.99
Sales tax: $0.71
Order total: $9.23
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our Terms of Use and Privacy Policy.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.

Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need...
Incognito (2)
TEMU
Return if item damaged >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from Huge discount A (1) Local Warehouse
No import charges 3pcs Golf Shot Glass Set - 2oz Reusable Shatterproof BPA-Free Polypropylene Cups with Golf Bal...
3pcs
Qty: 1
$7.85
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $7.85
Shipping: $2.99
Sales tax: $0.90
Order total: $11.74
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our TERMS OF USE, including the mandatory arbitration provision therein, and PRIVACY POLICY.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
TREES FOR THE FUTURE
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.





Temu | Checkout
https://www.temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need_additional_...
$5.00 Credit for delay >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from A Happy Shopping A (1) Local Warehouse
No import charges 3pcs Polypropylene Golf Shot Glass Set- 2oz Reusable, Insulated, Shatterproof, BPA-Free, Round ...
Quantity: 3pcs
Qty: 1
$7.25 $8.62 -15%
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $8.62
Item(s) discount: -$1.37
Subtotal: $7.25
Shipping: $2.99
Sales tax: $0.85
Order total: $11.09
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our TERMS OF USE including the mandatory arbitration provision therein, and PRIVACY POLICY.
Donate to Trees for the Future
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee

Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need_addit...
Incognito (2)

TEMU US

20-day no delivery refund >

Home > Checkout

No import charges for all local warehouse items and no extra charges upon delivery

Free returns on all items of this order

**Shipping address**

Change address >

**June Joseph** +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States

Ships from zxjSkm (1) Local Warehouse

No import charges KOLUTI 4 Pack Silicone 1.5oz Golf Ball Shot Glasses Small Funny Juice Drin Golf Ball Shaped Shot...

White

Qty: 1

ALMOST SOLD OUT

$24.20

Standard shipping: $2.99, delivery: 3-7 business days, fastest delivery in 2 business days >

**Payment methods**

Apple Pay

Mastercard ...2762 Edit

Add a new card

**Order summary**

Enter coupon code Apply

Apply coupon code >

| | |
|---|---|
| Item(s) total: | $24.20 |
| Shipping: | $2.99 |
| Sales tax: | $2.25 |
| Order total: | $29.44 |

Submit order now with our Price Match Guarantee.

By submitting your order, you agree to our Terms of Use and Privacy Policy.

**Donate with Temu**

We invite you to donate $0.35 to fund a tree

PayPal

**Temu's Tree Planting Program**

Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa

**Never overpay with our Price Match Guarantee**

With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.



Temu | Checkout
https://www.temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need_additional_...
TEMU
Return if item damaged >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from SUZONGSIXSHOP (1) Local Warehouse
No import charges Golf Ball Shaped Shot Glass Set of 4 2ounce Golf Ball Shot Glass White, Party Drinkware, Golf Par...
Color: White
Qty: 1
ALMOST SOLD OUT
$21.40
Standard shipping: $2.99, delivery: 1-7 business days, fastest delivery in 1 business day >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
PayPal
Remember my PayPal
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $21.40
Shipping: $2.99
Sales tax: $2.02
Order total: $26.41
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our TERMS OF USE including the mandatory arbitration provision therein, and PRIVACY POLICY.
Donate to Trees for the Future
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
TREES FOR THE FUTURE
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.



Temu | Checkout
https://www.temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need_additional_...
15-day no update refund
Home › Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from SUZONGSEVENSHOP (1) Local Warehouse
No import charges Golf Ball Shaped Shot Glass Set of 4 2ounce Golf Ball Shot Glass White, Themed Glassware, Part...
Star store
Color: White
Qty: 1
ALMOST SOLD OUT
$21.40
Standard shipping: $2.99, delivery: 1-7 business days, fastest delivery in 1 business day
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
PayPal
Remember my PayPal
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $21.40
Shipping: $2.99
Sales tax: $2.02
Order total: $26.41
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our TERMS OF USE including the mandatory arbitration provision therein, and PRIVACY POLICY.
Donate to Trees for the Future
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.



Temu | Checkout
https://www.temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need_additional_...
15-day no update refund >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from AXYYA (1) Local Warehouse
No import charges 3pcs Silicone Golf Ball-Shaped Shot Glasses Set - 2oz Reusable, Insulated, Shatterproof, BPA-Fre...
Quantity: 3pcs
Qty: 1
$7.84 $8.62 -9%
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $8.62
Item(s) discount: -$0.78
Subtotal: $7.84
Shipping: $2.99
Sales tax: $0.90
Order total: $11.73
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our TERMS OF USE including the mandatory arbitration provision therein, and PRIVACY POLICY.
Donate to Trees for the Future
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices



Temu | Checkout
https://www.temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need_additional_...
Return if item damaged >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from lizongtendian (1) Local Warehouse
No import charges Golf Ball Shaped Shot Glass Set of 4 2ounce Golf Ball Shot Glass White, Bar Accessories, Golf Par...
Color: White
Qty: 1
ALMOST SOLD OUT
$21.62
Standard shipping: $2.99, delivery: 1-7 business days, fastest delivery in 1 business day >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
PayPal
Remember my PayPal
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $21.62
Shipping: $2.99
Sales tax: $2.03
Order total: $26.64
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our TERMS OF USE including the mandatory arbitration provision therein, and PRIVACY POLICY.
Donate to Trees for the Future
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.

Temu | Checkout
https://www.temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need_additional_...
15-day no update refund
Home › Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from Forestguard (1) Local Warehouse
No import charges 3pcs Golf Ball-Shaped Shot Glasses with Lids - 1, 5oz Durable Plastic Party Cups, Novelty Golf-T...
Color: White
Qty: 1
ALMOST SOLD OUT
$6.00 $14.88 -59%
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $14.88
Item(s) discount: -$8.88
Subtotal: $6.00
Shipping: $2.99
Sales tax: $0.75
Order total: $9.74
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our TERMS OF USE including the mandatory arbitration provision therein, and PRIVACY POLICY.
Donate to Trees for the Future
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices

Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need_addi...
Incognito (2)
Return if item damaged >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from chenDDDDD (1) Local Warehouse
No import charges 6pcs Golf Ball-Shaped Glasses with Lids - 1.7oz Reusable Insulated Shot Glasses, White & Orang...
White
Qty: 1
ALMOST SOLD OUT
$7.38
Standard shipping: $2.99, delivery: 3-7 business days, fastest delivery in 2 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
PayPal
Remember my PayPal
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $7.38
Shipping: $2.99
Sales tax: $0.86
Order total: $11.23
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our TERMS OF USE, including the mandatory arbitration provision therein, and PRIVACY POLICY.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.

Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need_additional...
Incognito (2)
TEMU
$5.00 Credit for delay >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from Aht happy (1) Local Warehouse
No import charges 3pcs Golf Shot Glass Set - 2oz Reusable Shatterproof BPA-Free Polypropylene Cups with Golf Bal...
3pcs
Qty: 1
Big discounts | Limited time
$6.64
Pre-order. Delivery: 11-14 business days
Standard shipping: $2.99, delivery: 11-14 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $6.64
Shipping: $2.99
Sales tax: $0.80
Order total: $10.43
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our TERMS OF USE including the mandatory arbitration provision therein, and PRIVACY POLICY.
Donate with Temu
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
TREES FOR THE FUTURE
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.

Temu | Checkout
https://www.temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need_additional_...
Return if item damaged >
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address >
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from SUZONGTHREESHOP (1) Local Warehouse
No import charges Golf Ball Shaped Shot Glass Set of 4 2ounce Golf Ball Shot Glass White, Party Drinkware, Theme...
Color: White
Autumn Offers | Limited time
Qty: 1
ALMOST SOLD OUT
$19.08
Standard shipping: $2.99, delivery: 3-7 business days, fastest delivery in 2 business days >
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
PayPal
Remember my PayPal
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $19.08
Shipping: $2.99
Sales tax: $1.82
Order total: $23.89
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our TERMS OF USE including the mandatory arbitration provision therein, and PRIVACY POLICY.
Donate to Trees for the Future
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.





Temu | Checkout
https://www.temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need_additional_...
$5.00 Credit for delay
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from SUZONGTWOSHOP (1) Local Warehouse
No import charges Golf Ball Shaped Shot Glass Set of 4 2ounce Golf Ball Shot Glass White, Themed Glassware, Bar ...
Color: White
Qty: 1
ALMOST SOLD OUT
$18.42
Standard shipping: $2.99, delivery: 3-7 business days, fastest delivery in 2 business days
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
PayPal
Remember my PayPal
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $18.42
Shipping: $2.99
Sales tax: $1.77
Order total: $23.18
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our TERMS OF USE, including the mandatory arbitration provision therein, and PRIVACY POLICY.
Donate to Trees for the Future
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.

Temu | Checkout
https://www.temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need_additional_...
15-day no update refund
Home > Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address
June Joseph +1 (630)751-9300
1800 LUBBOCK STREET
HOUSTON, TX 77007, United States
Ships from GXbBb (1) Local Warehouse
No import charges Ball Shaped Shot Glass Set of 4, 2 - ounce Ball Shot Glass, White, Home Entertaining, Party Supp...
Color: White
Qty: 1
Lightning deal | Last day
ALMOST SOLD OUT
$18.42
Standard shipping: $2.99, delivery: 3-7 business days, fastest delivery in 3 business days
Payment methods
Apple Pay
Mastercard ...2762
Edit
Add a new card
PayPal
Remember my PayPal
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $18.42
Shipping: $2.99
Sales tax: $1.77
Order total: $23.18
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our TERMS OF USE, including the mandatory arbitration provision therein, and PRIVACY POLICY.
Donate to Trees for the Future
We invite you to donate $0.35 to fund a tree
PayPal
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
With our Price Match policy, we'll match any lower prices found elsewhere, ensuring you can shop with confidence and never overpay.

3PCS Golf Ball Shaped Shot Gla
walmart.com/ip/3PCS-Golf-Ball-Shaped-Shot-Glass-Golf-Ball-Shot-Glass-Cool-Golf-Ball-Sh...
Work
Relaunch to update
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Deals
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Back to School
My Items
Auto Service
Unbranded
3PCS Golf Ball Shaped Shot Glass Golf Ball Shot Glass Cool Golf Ball Shot Glass Perfec y19779
(No ratings yet)
About this item
3PCS Golf Ball Shaped Shot Glass Golf Ball Shot Glass Cool Golf Ball Shot Glass Perfect Present for Golf Enthusiasts
3PCS Golf Ball Shaped Shot Glass Golf Ball Shot Glass
FUNCTIONAL AND FUN ----- This golf ball shaped wine glass combines two beloved pastimes - playing golf and enjoying a drink - into one fun and functional item. Its unique golf ball shape is sure to be a hit at any or get-together HIGH QUALITY CONSTRUCTION ----- Made from and high-quality materials, this wine glass is built to last. Its design mimics a real golf ball with a textured that adds an extra touch of...
View more
At a glance
Brand
Unbranded
Weight
0.55 lb
Condition
New
Dimensions
8.67 x 3.94 x 3.94 Inches
Material
Plastic
Buy now
3PCS Golf Ball Shaped Shot Glass Golf Ball Shot Glass Cool Golf Ball Shot Glass Perfe...
1
Arriving
Tue, Aug 5
Sold and shipped by pobbo
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$11.52 Includes taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

3PCS Golf Shaped Shot Glass G
walmart.com/ip/3PCS-Golf-Shaped-Shot-Glass-Golf-Shot-Glass-Cool-Golf-Shot-Glass-Perf...
Work
Relaunch to update
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Deals
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
Unbranded
3PCS Golf Shaped Shot Glass Golf Shot Glass Cool Golf Shot Glass Perfect Present for Golf Enthusiasts
(No ratings yet)
About this item
SUITABLE CAPACITY ----- Each ball holds a standard 1.5 ounce wine glass and comes with a sealable screw cap
FUNCTIONAL AND FUN ----- This golf ball shaped wine glass combines two beloved pastimes - playing golf and enjoying a drink - into one fun and functional item. Its golf ball shape is sure to be a hit at any or get-together
HIGH QUALITY CONSTRUCTION ----- Made from and high-quality materials, this wine glass is built to last. Its design mimics a real golf ball with a textured that adds an extra touch of authenticity...
View more
At a glance
Material
Plastic
Brand
Unbranded
View all specifications
Buy now
3PCS Golf Shaped Shot Glass Golf Shot Glass Cool Golf Shot Glass Perfect Presen...
1
Arriving
Wed, Aug 6
Sold and shipped by CQ Digital Co., Ltd.
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$13.21
Includes $1.65 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

3PCS Golf Shaped Shot Glass G
walmart.com/ip/3PCS-Golf-Shaped-Shot-Glass-Golf-Shot-Glass-Cool-Golf-Shot-Glass-Perf...
Work
Relaunch to update
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Deals
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
Unbranded
3PCS Golf Shaped Shot Glass Golf Shot Glass Cool Golf Shot Glass Perfect Present for Golf Enthusiasts
(No ratings yet)
About this item
• ----- Perfect for golf enthusiasts and anyone who loves to have a laugh while drinking. This wine glass makes for a memorable or a great addition to any holiday gift
• FUNCTIONAL AND FUN ----- This golf ball shaped wine glass combines two beloved pastimes - playing golf and enjoying a drink - into one fun and functional item. Its golf ball shape is sure to be a hit at any party or get-together
• HIGH QUALITY CONSTRUCTION ----- Made from and high-quality materials, this wine glass is built to last. Its design mimics a real golf ball with a textured that adds an extra touch of authenticity...
View more
At a glance
Material
Plastic
Brand
Unbranded
View all specifications
Buy now
3PCS Golf Shaped Shot Glass Golf Shot Glass Cool Golf Shot Glass Perfect Presen...
1
Arriving
Wed, Aug 6
Sold and shipped by Shengbai Tong Co.Ltd
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$10.78 Includes taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

XDDST Set of 3 Cup 1.5oz Golf-
walmart.com/ip/XDDST-Set-3-Whiskey-Cup-1-5oz-Golf-Ball-Shaped-Unique-Fun-Drinking-Accessories-Home-Bar-Party-Birth...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
XDDST
XDDST Set of 3 Cup 1.5oz Golf-Ball Shaped Unique Fun Drinking Accessories for Home Bar Party Birthday Gifts Golf Ball Shaped Shot Glass for Golf Enthusiasts
(No ratings yet)
Actual Color: White
White
$8.84
About this item
• Extreme Drinking Experience: Set of 3 Whiskey Cup 1.5oz Golf-Ball Shaped Unique Fun Drinking Accessories For Home Bar Party Birthday Gifts Golf Ball Shaped Shot Glass for Golf Enthusiasts.The Shaped Shot Glass combines your love for and drinking in one unique piece. This fun, functional shot glass is perfect for enthusiasts who enjoy shots sport at their next party or gathering. At a party or social gathering, these unique and eye-catching glasses will impress your guests. The novelty design is sure to spark interesting conversation and lasting memories.
• Durable & High-Grade Construction: Crafted from premium materials, this shot glass...
View more
Buy now
XDDST Set of 3 Cup 1.5oz Golf-Ball Shaped Unique Fun Drinking Accessories for Ho...
1
Arriving
Fri, Aug 1
Sold and shipped by XDDST Clothing
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$14.97
Includes $4.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

1.5oz Golf Ball Shot Glasses No
walmart.com/ip/1-5oz-Golf-Ball-Shot-Glasses-Novelty-Golf-Ball-Shot-Glasses-with-Lid-Golf-Ball-Shaped-Shot-Glass-for-Golf-...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
+3
View all
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
DanGing
1.5oz Golf Ball Shot Glasses Novelty Golf Ball Shot Glasses with Lid Golf Ball Shaped Shot Glass for Golf Enthusiasts (White, 3Pcs)
(No ratings yet)
About this item
• Interesting work: This golf ball shaped glass is a fun and practical item. The unique shape of a golf ball will catch your eye at various gatherings.
• High quality structure: The golf glass is made of durable and lightweight plastic, with no risk of breakage. The wine glass adopts a golf ball appearance design, adding fun to the party.
• Easy to clean: The interior of the glass is smooth and easy to clean after use. Easy maintenance with just hand washing or placing in dishwasher.
• Suitable capacity: Each golf ball shaped shot glass has a capacity of 1.5oz, and the...
View more
At a glance
Condition
New
Brand
DanGing
Dimensions
2.24 x 2.24 x 6.61 Inches
Weight
0.21 lb
Occasion
Birthday, Home, Kitchen
Has written warranty
No
Buy now
1.5oz Golf Ball Shot Glasses Novelty Golf Ball Shot Glasses with Lid Golf Ball Shape...
1
Arriving
Fri, Jul 25
Sold and shipped by Miapomen
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$21.23 Includes taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

1.5oz Golf Ball Shot Glasses No
walmart.com/ip/1-5oz-Golf-Ball-Shot-Glasses-Novelty-Golf-Ball-Shot-Glasses-with-Lid-Golf-Ball-Shaped-Shot-Glas...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
+3
View all
DanGing
1.5oz Golf Ball Shot Glasses Novelty Golf Ball Shot Glasses with Lid Golf Ball Shaped Shot Glass for Golf Enthusiasts (White, 3Pcs)
(No ratings yet)
About this item
• Interesting work: This golf ball shaped glass is a fun and practical item. The unique shape of a golf ball will catch your eye at various gatherings.
• High quality structure: The golf glass is made of durable and lightweight plastic, with no risk of breakage. The wine glass adopts a golf ball appearance design, adding fun to the party.
• Easy to clean: The interior of the glass is smooth and easy to clean after use. Easy maintenance with just hand washing or placing in dishwasher.
• Suitable capacity: Each golf ball shaped shot glass has a capacity of 1.5oz, and the...
View more
At a glance
Condition
New
Brand
DanGing
Dimensions
2.24 x 2.24 x 6.61 Inches
Weight
0.21 lb
Occasion
Birthday, Home, Kitchen
Has written warranty
No
Buy now
1.5oz Golf Ball Shot Glasses Novelty Golf Ball Shot Glasses with Lid Golf Ball Shape...
1
Arriving
Wed, Jul 30
Sold and shipped by Miapomen
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$21.23 Includes taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order



Golf Shots - Golf Ball Shaped Sl
walmart.com/ip/Golf-Shots-Golf-Ball-Shaped-Shot-Glass-White/16577159028?classType=REGULAR&from=/search
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
SportShots
MAKE EVERY SHOT COUNT
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
INCLUDES
3 GOLF SHOTS
WORKS LIKE A SHOT GLASS
LOOKS LIKE A GOLF BALL
+3
View all
WEANTJ
Golf Shots - Golf Ball Shaped Shot Glass, White
(No ratings yet)
About this item
Set includes 3 golf ball-shaped shot glasses.
Each ball holds 1.5oz with a sealable screw on cap.
Fun way to liven up golf outings, bachelor parties, and home bars.
Makes a great gift Father's Day or Birthday's, or fun Stocking Stuffers for Golfers!
View full item details
At a glance
Brand
WEANTJ
View all specifications
Buy now
Golf Shots - Golf Ball Shaped Shot Glass, White
1
Arriving
Wed, Jul 30
Sold and shipped by IITEEN Co. Ltd
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$13.52
Includes taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order



Golf Shot Glasses - Golf Ball Sh
walmart.com/ip/Golf-Shot-Glasses-Ball-Set-3-Lid-Shots-Shaped-Glass-Perfect-Present-Ent...
Work
Relaunch to update
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Rollbacks & more
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
+2
View all
WORKS LIKE A
SHOT GLASS
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
LOOKS LIKE A
GOLF BALL
INCLUDES
3 GOLF SHOTS
15cm
MJTYUTMO
Golf Shot Glasses - Golf Ball Shot Glasses Set of 3 - Golf Ball Shot Glasses with Lid, Golf Shots, Golf Ball Shaped Shot Glass, Present for Golf Enthusiasts-Novelty Shot Glasses, White, 1.5oz
(No ratings yet)
About this item
• Functionality and Fun Combined: Golf ball-shaped glass combines the two beloved pastime elements of golf balls and beverages creatively. It is full of fun and extremely practical. Its unique shape is destined to stand out at all kinds of parties or gatherings, becoming the focus of everyone's attention and highly sought after.
• High-Quality Construction: Golf ball-shaped glass Made from durable and high-quality materials, this shot glass is built to last. The design mimics a real golf ball with its textured surface, adding an extra touch of realism.
• Suitable Capacity: Each exquisite spherical cup has a standard capacity of 1.5 ounces ...
View more
At a glance
Material
Plastic
Condition
New
Piece count
1
Features
Glow in the Dark
Brand
MJTYUTMO
Color
3 Boxes
Buy now
Golf Shot Glasses - Golf Ball Shot Glasses Set of 3 - Golf Ball Shot Glasses with Lid,...
1
Arriving
Tue, Jul 22
Sold and shipped by BOZHOU Co . Ltd
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$25.95
Includes $7.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

Golf Ball Shot Glasses, Golf Ball
walmart.com/ip/Golf-Ball-Shot-Glasses-Golf-Ball-Shot-Glasses-Lid-Golf-Shots-Golf-Ball-Shaped-Shot-Glass-P...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
Skip Th
Clubhouse B
Each ball holds 1.5 oz of wine in a
standard wine glass with a screw cap
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
JIANGSS
Golf Ball Shot Glasses, Golf Ball Shot Glasses with Lid, Golf Shots - Golf Ball Shaped Shot Glass, Present for Golf Enthusiasts-Novelty Shot Glasses, White, 1.5oz (9 PCS)
(No ratings yet)
About this item
Functionality and Fun Combined: This unique golf ball-shaped glass combines the two beloved pastime elements of golf balls and beverages creatively. It is full of fun and extremely practical. Its unique shape is destined to stand out at all kinds of parties or gatherings, becoming the focus of everyone's attention and highly sought after.
High-Quality Construction: Made from durable and high-quality materials, this shot glass is built to last. The design mimics a real golf ball with its textured surface, adding an extra touch of realism.
Suitable Capacity: Each exquisite spherical cup has a standard capacity of 1.5 ounces ...
View more
At a glance
Material
Plastic
Condition
New
Volume capacity
1.5 oz
Piece count
Brand
Color
Buy now
Golf Ball Shot Glasses, Golf Ball Shot Glasses with Lid, Golf Shots - Golf Ball...
1
Arriving
Tue, Aug 5
Sold and shipped by Jingweua
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$27.04
Includes $4.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order



Golf Ball Shot Glasses, Golf Sho
walmart.com/ip/Golf-Ball-Shot-Glasses-Golf-Shots-Golf-Ball-Shaped-Shot-Glass-with-Lid-P...
Work
Relaunch to update
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Deals
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
WORKS LIKE A SHOT GLASS
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
LOOKS LIKE A GOLF BALL
INCLUDES 3 GOLF SHOTS
15cm
4.5cm
Asever
Golf Ball Shot Glasses, Golf Shots - Golf Ball Shaped Shot Glass with Lid, Present for Golf Enthusiasts-Novelty Shot Glasses, White, 1.5oz (3PCS)
(No ratings yet)
About this item
• Functionality and Fun Combined: This unique golf ball-shaped glass combines the two beloved pastime elements of golf balls and beverages creatively. It is full of fun and extremely practical. Its unique shape is destined to stand out at all kinds of parties or gatherings, becoming the focus of everyone's attention and highly sought after.
• High-Quality Construction: Made from durable and high-quality materials, this shot glass is built to last. The design mimics a real golf ball with its textured surface, adding an extra touch of realism.
• Suitable Capacity: Each exquisite spherical cup has a standard capacity of 1.5 ounces ...
View more
At a glance
Brand
Asever
Condition
New
Dimensions
5.91 x 5.92 x 2.11 Inches
Pieces
3
Material
Plastic
Features
Glow in the Dark
Buy now
Golf Ball Shot Glasses, Golf Shots - Golf Ball Shaped Shot Glass with Lid, Present...
1
Arriving
Sat, Aug 9
Sold and shipped by Hopeful Homely
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$12.97
Includes $1.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order



Christmas Gifts, Golf Ball Shape
walmart.com/ip/Christmas-Gifts-Golf-Ball-Shaped-Shot-Glass-Golf-Shots-1-5-oz-Perfect-Present-fo...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Halloween
Rollbacks & More
LocalFinds
Dinner Made Easy
Tailgating
Baby Event
Walmart
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
INCLUDES
3 GOLF SHOTS
WORKS LIKE A SHOT GLASS
LOOKS LIKE A GOLF BALL
15cm
4.5cm
WOMUBEU
Christmas Gifts, Golf Ball Shaped Shot Glass, Golf Shots, 1.5 oz, Present for Golf Enthusiasts-Novelty Shot Glasses, White
(No ratings yet)
About this item
1 Set includes 3 golf ball shaped shot glasses.
Each holds 1.5oz with a sealable screw on cap, making it easy to seal and prevent spills.
Way to liven up outings, bachelor parties, and home bars.
Makes a great Father's Day or Birthday's, or Stocking Stuffers for Golfers!
View full item details
At a glance
Material
High-quality plastic
Condition
New
Volume capacity
1 oz
Piece count
3
Brand
WOMUBEU
Color
white
View all specifications
Buy now
Christmas Gifts, Golf Ball Shaped Shot Glass, Golf Shots, 1.5 oz, Present for Golf...
1
Arriving
Wed, Oct 8
Sold and shipped by Hopeful Homely
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$15.25
Includes $1.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order



6Pcs X-mas Gift| Golf Ball Shot
walmart.com/ip/6Pcs-Best-X-mas-Gift-Golf-Ball-Shot-Glasses-with-Lid-Perfect-Present-for-Golf-Enthusias...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Halloween
Rollbacks & More
LocalFinds
Dinner Made Easy
Tailgating
Baby Event
Asever
6Pcs X-mas Gift| Golf Ball Shot Glasses with Lid, Present for Golf Enthusiasts-Novelty Shot Glasses, 1.5oz White
(No ratings yet)
About this item
• Functionality and Fun Combined: This unique golf ball-shaped glass combines the two beloved pastime elements of golf balls and beverages creatively. It is full of fun and extremely practical. Its unique shape is destined to stand out at all kinds of parties or gatherings, becoming the focus of everyone's attention and highly sought after.
• High-Quality Construction: Made from durable and high-quality materials, this shot glass is built to last. The design mimics a real golf ball with its textured surface, adding an extra touch of realism.
• Suitable Capacity: Each exquisite spherical cup has a standard capacity of 1.5 ounces ...
View more
At a glance
Brand
Asever
Weight
0.14 lb
Condition
New
Dimensions
5.91 x 5.92 x 2.11 Inches
Pieces
2
Material
Plastic
Buy now
6Pcs X-mas Gift| Golf Ball Shot Glasses with Lid, Present for Golf Enthusiasts-...
1
Arriving
Wed, Oct 8
Sold and shipped by Hopeful Homely
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$19.46
Includes $1.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order



X-mas Gift| Golf Ball Shot Glass
walmart.com/ip/X-mas-Gift-Golf-Ball-Shot-Glasses-with-Lid-Present-for-Golf-Enthusiasts-...
Work
Relaunch to update
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Deals
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
WORKS LIKE A SHOT GLASS
LOOKS LIKE A GOLF BALL
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
INCLUDES 3 GOLF SHOTS
15cm
4.5cm
Asever
X-mas Gift| Golf Ball Shot Glasses with Lid, Present for Golf Enthusiasts-Novelty Shot Glasses, 1.5oz White
(No ratings yet)
Actual Color: 3pcs
$10.99
About this item
• Functionality and Fun Combined: This unique golf ball-shaped glass combines the two beloved pastime elements of golf balls and beverages creatively. It is full of fun and extremely practical. Its unique shape is destined to stand out at all kinds of parties or gatherings, becoming the focus of everyone's attention and highly sought after.
• High-Quality Construction: Made from durable and high-quality materials, this shot glass is built to last. The design mimics a real golf ball with its textured surface, adding an extra touch of realism.
• Suitable Capacity: Each exquisite spherical cup has a standard capacity of 1.5 ounces ...
View more
At a glance
Buy now
X-mas Gift| Golf Ball Shot Glasses with Lid, Present for Golf Enthusiasts-Novelty Sho...
1
Arriving
Sat, Aug 9
Sold and shipped by Hopeful Homely
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$14.05 Includes $1.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order



Golf Ball Shaped Shot Glass Set
walmart.com/ip/Golf-Ball-Shaped-Shot-Glass-Set-of-4-2-ounce-Golf-Ball-Shot-Glass-White/1748801970...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Halloween
Rollbacks & More
LocalFinds
Dinner Made Easy
Tailgating
Walmart+
Skip The Clubhouse Bar
Each golf shot glass holds 2 ounces of alcoholic beverage and comes with a straw.
NOBRAND
Golf Ball Shaped Shot Glass Set of 4, 2-ounce Golf Ball Shot Glass, White
(No ratings yet)
About this item
Elevate your golf-themed gatherings with our Dealsgogo Golf Ball Shot Glasses!Each glass, designed in the shape of a golf ball, Perfect for golf enthusiasts, this set of 4 glasses can hold up to 2 ounces of liquid, adding a touch of sporting elegance to your events.
Ideal for serving up fun and style at golf-themed parties, these golf ball shot glasses from Dealsgogo are a hole-in-one choice for any golf lover's collection.Add a unique flair to your events with these white plastic glasses that embody the spirit of the game.Perfect for enjoying shots or mixed drinks, these golf ball shot glasses with lid...
View more
At a glance
Brand
NOBRAND
Occasion
1
View all specifications
Buy now
Golf Ball Shaped Shot Glass Set of 4, 2-ounce Golf Ball Shot Glass, White
1
Arriving
Sat, Oct 4
Sold and shipped by Lagore
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$14.05
Includes $2.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

Lolynie Golf Ball Shaped Shot G
walmart.com/ip/Lolynie-Golf-Ball-Shaped-Shot-Glass-Golf-Ball-Shot-Glass-Novelty-Golf-Ball-Shot-Glasses-With-Li...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
Lolynie
Lolynie Golf Ball Shaped Shot Glass Golf Ball Shot Glass Novelty Golf Ball Shot Glasses With Lid Outdoor Leisure Golf Glass
(No ratings yet)
Size: 15X4.5X4.5
15X4.5X4.5
$7.99
Actual Color: White
About this item
Set includes 3 -shaped shot glasses.
Each holds 1.5oz with a sealable screw on cap.
way to liven up outings, bachelor parties, and home bars.
Makes a great Father's Day or Birthday's, or Stocking Stuffers for Golfers!
a good for friend
View full item details
At a glance
Buy now
Lolynie Golf Ball Shaped Shot Glass Golf Ball Shot Glass Novelty Golf Ball Shot...
1
Arriving
Wed, Jul 30
Sold and shipped by Ekoaild
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$15.13
Includes $5.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

Golf Ball Shot Glasses, Golf Ball
walmart.com/ip/Golf-Ball-Shot-Glasses-Golf-Ball-Shaped-White-1pcs-with-Sealable-Cap/16648019296
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
Reduced price
Panora
Golf Ball Shot Glasses, Golf Ball Shaped, White 2 Set of 6 , with Sealable Cap
(No ratings yet)
Actual Color: 2Set/6PCS
1PCS $3.23
1Set/3PCS $8.59
2Set/6PCS $14.03
3Set/9PCS $17.63
About this item
Set of 3 uniquely shaped shot glasses with leak-proof screw caps for mess-free enjoyment.
Compact 1.5oz capacity fits perfectly in home bars, travel kits, or golf-themed gift bundles.
Durable design enhances celebrations like bachelor parties, birthdays, and casual gatherings.
Lightweight and easy to clean, ideal for quick refreshment setups or creative drink presentations....
View more
At a glance
Material Plastic
Condition New
Brand Panora
Buy now
Golf Ball Shot Glasses, Golf Ball Shaped, White 2 Set of 6 , with Sealable Cap
1
Arriving
Thu, Jul 17
Sold and shipped by PanoraShop
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$20.58
Includes $4.98 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order
GOLF SHOTS
SHOT GLASS

Golf Ball Shot Glasses, Golf Ball
walmart.com/ip/Golf-Ball-Shot-Glasses-Golf-Ball-Shaped-White-1pcs-with-Sealable-Cap/16680808066
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
Reduced price
Panora
Golf Ball Shot Glasses, Golf Ball Shaped, White 2 Set of 6 , with Sealable Cap
(No ratings yet)
Actual Color: 3Set/9PCS
1PCS $3.23
1Set/3PCS $8.59
2Set/6PCS $14.03
3Set/9PCS $17.63
About this item
• Set of 3 uniquely shaped shot glasses with leak-proof screw caps for mess-free enjoyment.
• Compact 1.5oz capacity fits perfectly in home bars, travel kits, or golf-themed gift bundles.
• Durable design enhances celebrations like bachelor parties, birthdays, and casual gatherings.
• Lightweight and easy to clean, ideal for quick refreshment setups or creative drink presentations....
View more
At a glance
Material Plastic
Condition New
Brand Panora
Buy now
Golf Ball Shot Glasses, Golf Ball Shaped, White 2 Set of 6 , with Sealable Cap
1
Arriving
Thu, Jul 17
Sold and shipped by PanoraShop
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$25.56 Includes $5.98 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

Golf Ball Shot Glasses, Golf Ball
walmart.com/ip/Golf-Ball-Shot-Glasses-Golf-Ball-Shaped-White-1pcs-with-Sealable-Cap/16700256391
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
WORKS LIKE A SHOT GLASS
LOOKS LIKE A GOLF
+2
View all
Panora
Golf Ball Shot Glasses, Golf Ball Shaped, White A Set of 3 , with Sealable Cap
(No ratings yet)
Actual Color: 1Set/3PCS
1PCS $3.23
1Set/3PCS $8.59
2Set/6PCS $14.03
3Set/9PCS $17.63
About this item
Set of 3 uniquely shaped shot glasses with leak-proof screw caps for mess-free enjoyment.
Compact 1.5oz capacity fits perfectly in home bars, travel kits, or golf-themed gift bundles.
Durable design enhances celebrations like bachelor parties, birthdays, and casual gatherings.
Lightweight and easy to clean, ideal for quick refreshment setups or creative drink presentations....
View more
At a glance
Material Plastic
Condition New
Brand Panora
Buy now
Golf Ball Shot Glasses, Golf Ball Shaped, White A Set of 3 , with Sealable Cap
1
Arriving
Thu, Jul 17
Sold and shipped by PanoraShop
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$14.69 Includes $4.98 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

Golf Ball Shot Glasses, Golf Ball
walmart.com/ip/Golf-Ball-Shot-Glasses-Golf-Ball-Shaped-White-1pcs-with-Sealable-Cap/16700256393
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
Reduced price
Panora
Golf Ball Shot Glasses, Golf Ball Shaped, White 1pcs , with Sealable Cap
(No ratings yet)
Actual Color: 1PCS
1PCS $3.23
1Set/3PCS $8.59
2Set/6PCS $14.03
3Set/9PCS $17.63
About this item
Set of 3 uniquely shaped shot glasses with leak-proof screw caps for mess-free enjoyment.
Compact 1.5oz capacity fits perfectly in home bars, travel kits, or golf-themed gift bundles.
Durable design enhances celebrations like bachelor parties, birthdays, and casual gatherings.
Lightweight and easy to clean, ideal for quick refreshment setups or creative drink presentations....
View more
At a glance
Material
Plastic
Condition
New
Brand
Panora
Buy now
Golf Ball Shot Glasses, Golf Ball Shaped, White 1pcs , with Sealable Cap
1
Arriving
Tue, Jul 22
Sold and shipped by PanoraShop
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$9.97
Includes $5.98 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order



Golf Ball Shot Glasses Creative
walmart.com/ip/Golf-Ball-Shot-Glasses-Creative-Shot-Glasses-Gift-For-Golf-Enthusiasts-Golf-Party-Decorations-3P...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
WORKS LIKE A SHOT GLASS
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
LOOKS LIKE A GOLF BALL
INCLUDES 3 GOLF SHOTS
15cm
4.5cm
RongC
Golf Ball Shot Glasses Creative Shot Glasses, Gift For Golf Enthusiasts, Golf Party Decorations, 6PCS
(No ratings yet)
Count: 2
$12.99
$21.99
$30.99
About this item
Set includes 3 -shaped shot glasses.
Each holds 1.5oz with a sealable screw on cap.
way to liven up outings, bachelor parties, and home bars.
Makes a great Father's Day or Birthday's, or Stocking Stuffers for Golfers!
a good for friend
View full item details
At a glance
Material
Plastic
Condition
New
Piece count
2
Buy now
Golf Ball Shot Glasses Creative Shot Glasses, Gift For Golf Enthusiasts, Golf...
1
Arriving
Tue, Aug 5
Sold and shipped by RongC
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$27.04
Includes $2.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order



Golf Ball Shot Glasses Creative
walmart.com/ip/Golf-Ball-Shot-Glasses-Creative-Shot-Glasses-Gift-For-Golf-Enthusiasts-Golf-Party-Decorations-3P...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
WORKS LIKE A SHOT GLASS
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
INCLUDES 3 GOLF SHOTS
LOOKS LIKE A GOLF BALL
15cm
4.5cm
RongC
Golf Ball Shot Glasses Creative Shot Glasses, Gift For Golf Enthusiasts, Golf Party Decorations, 3PCS
(No ratings yet)
Count: 1
$12.99
$21.99
$30.99
About this item
Set includes 3 -shaped shot glasses.
Each holds 1.5oz with a sealable screw on cap.
way to liven up outings, bachelor parties, and home bars.
Makes a great Father's Day or Birthday's, or Stocking Stuffers for Golfers!
a good for friend
View full item details
At a glance
Material
Plastic
Condition
New
Piece count
1
Buy now
Golf Ball Shot Glasses Creative Shot Glasses, Gift For Golf Enthusiasts, Golf...
1
Arriving
Tue, Aug 5
Sold and shipped by RongC
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$16.22
Includes $1.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

Golf Ball Shot Glasses Creative
walmart.com/ip/Golf-Ball-Shot-Glasses-Creative-Shot-Glasses-Gift-For-Golf-Enthusiasts-Golf-Party-Decorations-3P...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
WORKS LIKE A SHOT GLASS
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
LOOKS LIKE A GOLF BALL
INCLUDES
3 GOLF SHOTS
15cm
4.5cm
RongC
Golf Ball Shot Glasses Creative Shot Glasses, Gift For Golf Enthusiasts, Golf Party Decorations, 9PCS
(No ratings yet)
Count: 3
$12.99
$21.99
$30.99
About this item
Set includes 3 -shaped shot glasses.
Each holds 1.5oz with a sealable screw on cap.
way to liven up outings, bachelor parties, and home bars.
Makes a great Father's Day or Birthday's, or Stocking Stuffers for Golfers!
a good for friend
View full item details
At a glance
Material
Plastic
Condition
New
Piece count
3
Buy now
Golf Ball Shot Glasses Creative Shot Glasses, Gift For Golf Enthusiasts, Golf...
1
Arriving
Tue, Aug 5
Sold and shipped by RongC
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$37.87
Includes $3.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

BAI HUO Golf Gift - Golf Ball Sh
walmart.com/ip/BAI-HUO-Golf-Gift-Golf-Ball-Shot-Glasses-White-1-5oz-3-PCS/16452852108?classType=REGULAR...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
+2
View all
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
WORKS LIKE A SHOT GLASS
LOOKS LIKE A GOLF
BAI HUO
BAI HUO Golf Gift - Golf Ball Shot Glasses, White, 1.5oz (3 PCS)
(No ratings yet)
About this item
Functionality and Fun Combined: This unique golf ball-shaped glass combines the two beloved pastime elements of golf balls and beverages creatively. It is full of fun and extremely practical.
High-Quality Construction: Made from durable and high-quality materials, this shot glass is built to last. The design mimics a real golf ball with its textured surface, adding an extra touch of realism.
Suitable Capacity: Each exquisite spherical cup has a standard capacity of 1.5 ounces of wine, which is just right. At the same time, it is also equipped with a screw...
View more
At a glance
Brand
BAI HUO
Condition
New
Pieces
3
Pattern
golf gifts
Sports & outdoors certifications
golf gifts for women
Color
White
Buy now
BAI HUO Golf Gift - Golf Ball Shot Glasses, White, 1.5oz (3 PCS)
1
Arriving
Tue, Jul 29
Sold and shipped by FestivityCo Co.Ltd
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$12.15
Includes $0.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order



Golf Shots - Golf Ball Shaped Sl
walmart.com/ip/Golf-Shots-Golf-Ball-Shaped-Shot-Glass-White-1-5oz-3-PCS/16453011076
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
+2
View all
Sportshots.
Golf Shots - Golf Ball Shaped Shot Glass, White, 1.5oz (3 PCS)
(No ratings yet)
About this item
• Functionality and Fun Combined: This unique golf ball-shaped glass combines the two beloved pastime elements of golf balls and beverages creatively. It is full of fun and extremely practical.
• High-Quality Construction: Made from durable and high-quality materials, this shot glass is built to last. The design mimics a real golf ball with its textured surface, adding an extra touch of realism.
• Suitable Capacity: Each exquisite spherical cup has a standard capacity of 1.5 ounces of wine, which is just right. At the same time, it is also equipped with a screw cap seal, which effectively prevents the wine from spilling and is convenient to carry.
• Easy to Clean: The shot glass is designed for convenience, with a smooth interior that's easy to clean after use. Simply wash it by hand or place it in the dishwasher for hassle-free maintenance.
• Perfect Gift: Ideal for golf enthusiasts and anyone who enjoys a good laugh with their drinks. This shot glass makes a memorable Christmas gift or a great addition to any holiday stocking.
View full item details
At a glance
Brand
Sportshots.
Condition
New
Pieces
3
Buy now
Golf Shots - Golf Ball Shaped Shot Glass, White, 1.5oz (3 PCS)
1
Arriving
Fri, Jul 25
Sold and shipped by FestivityCo Co.Ltd
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$12.50
Includes $0.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

Golf Ball Shot Glasses, Perfect G
walmart.com/ip/Golf-Ball-Shot-Glasses-Perfect-Gifts-for-Golf-Enthusiasts-Novelty-Shot-Glasses-White-1-5oz...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
+3
View all
NOBRAND
Golf Ball Shot Glasses, Perfect Gifts for Golf Enthusiasts-Novelty Shot Glasses, White, 1.5oz (3 PCS)
(No ratings yet)
Actual Color: 6 PC
$8.99
$14.99
About this item
• Functionality and Fun Combined: This unique golf ball-shaped glass combines the two beloved pastime elements of golf balls and beverages creatively. It is full of fun and extremely practical. Its unique shape is destined to stand out at all kinds of parties or gatherings, becoming the focus of everyone's attention and highly sought after.
• High-Quality Construction: Made from durable and high-quality materials, this shot glass is built to last. The design mimics a real golf ball with its textured surface, adding an extra touch of realism.
• Suitable Capacity: Each exquisite spherical cup has a standard capacity of 1.5 ounces ...
View more
At a glance
Buy now
Golf Ball Shot Glasses, Perfect Gifts for Golf Enthusiasts-Novelty Shot Glasses,...
1
Arriving
Thu, Jul 31
Sold and shipped by phdcasid
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$18.38
Includes $1.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

Golf Ball Shot Glasses, Perfect G
walmart.com/ip/Golf-Ball-Shot-Glasses-Perfect-Gifts-for-Golf-Enthusiasts-Novelty-Shot-Glasses-White-1-5oz...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
WORKS LIKE A SHOT GLASS
LOOKS LIKE A GOLF
+4 View all
NOBRAND
Golf Ball Shot Glasses, Perfect Gifts for Golf Enthusiasts-Novelty Shot Glasses, White, 1.5oz (3 PCS)
(No ratings yet)
Actual Color: 3 PC
$8.99
$14.99
About this item
• Functionality and Fun Combined: This unique golf ball-shaped glass combines the two beloved pastime elements of golf balls and beverages creatively. It is full of fun and extremely practical. Its unique shape is destined to stand out at all kinds of parties or gatherings, becoming the focus of everyone's attention and highly sought after.
• High-Quality Construction: Made from durable and high-quality materials, this shot glass is built to last. The design mimics a real golf ball with its textured surface, adding an extra touch of realism.
• Suitable Capacity: Each exquisite spherical cup has a standard capacity of 1.5 ounces ...
View more
At a glance
Buy now
Golf Ball Shot Glasses, Perfect Gifts for Golf Enthusiasts-Novelty Shot Glasses,...
1
Arriving
Thu, Jul 31
Sold and shipped by phdcasid
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$11.89
Includes $1.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

Golf Shots - Golf Ball Shaped S
walmart.com/ip/Golf-Shots-Golf-Ball-Shaped-Shot-Glass-White/16509061711
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
WORKS LIKE A SHOT GLASS
LOOKS LIKE A GOLF BALL
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
INCLUDES 3 GOLF SHOTS
15cm
4.5cm
Uhnauch
Golf Shots - Golf Ball Shaped Shot Glass, White
(No ratings yet)
Size: 15X4.5X4.5
15X4.5X4.5
$11.49
Actual Color: White
About this item
Set includes 3 golf ball-shaped shot glasses.
Each ball holds 1.5oz with a sealable screw on cap.
Fun way to liven up golf outings, bachelor parties, and home bars.
Makes a great gift Father's Day or Birthday's, or fun Stocking Stuffers for Golfers!
View full item details
At a glance
Material
Plastic
Condition
New
Brand
Uhnauch
Buy now
Golf Shots - Golf Ball Shaped Shot Glass, White
1
Arriving
Thu, Jul 31
Sold and shipped by YYSHOPHHZ
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$12.44
Includes taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

3Pcs 1.5oz Golf Ball Shaped Sho
walmart.com/ip/3Pcs-1-5oz-Golf-Ball-Shaped-Shot-Glass-Golf-Ball-Shot-Glass-Novelty-Golf-Ball-Shot-Glasses-with-Lid-Outd...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
INCLUDES
3 GOLF SHOTS
WORKS LIKE A SHOT GLASS
LOOKS LIKE A GOLF BALL
15cm
4.5cm
Generic 7-10 Fast Dealivery
3Pcs 1.5oz Golf Ball Shaped Shot Glass Golf Ball Shot Glass Novelty Golf Ball Shot Glasses with Lid Outdoor Leisure Golf Glass
(No ratings yet)
About this item
Unique design: This golf ball shaped cup is very interesting and practical. The golf cup features a golf ball exterior design, adding fun to gatherings
High quality materials: Golf glasses are made of durable plastic, lightweight, and pose no risk of damage. The unique shape will make you eye-catching at various gatherings
Easy to clean: The interior of the cup is smooth and easy to clean after use. Make daily maintenance easier
Suitable capacity: Each golf ball shaped glass has a capacity of 1.5 ounces, and the sealed lid makes it safer and more hygienic...
View more
At a glance
Material
Plastic
Condition
New
Piece count
1
Features
Airtight
Color
White
Dimensions
5.91 x 1.77 x 1.77 Inches
Buy now
3Pcs 1.5oz Golf Ball Shaped Shot Glass Golf Ball Shot Glass Novelty Golf Ball Shot...
1
Arriving
Wed, Jul 23
Sold and shipped by Generic 7-10 Fast Dealivery
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$15.14 Includes taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order



Golf Ball Shot Glasses, Golf Ball
walmart.com/ip/Golf-Ball-Shot-Glasses-Golf-Ball-Shot-Glasses-Lid-Golf-Shots-Golf-Ball-Shaped-Shot-Glass-Perfect...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
Clearance
MFJESEAA
Golf Ball Shot Glasses, Golf Ball Shot Glasses with Lid, Golf Shots - Golf Ball Shaped Shot Glass, Present for Golf Enthusiasts-Novelty Shot Glasses, White
(No ratings yet)
About this item
• Functionality and Fun Combined: This unique golf ball-shaped glass combines the two beloved pastime elements of golf balls and beverages creatively. It is full of fun and extremely practical. Its unique shape is destined to stand out at all kinds of parties or gatherings, becoming the focus of everyone's attention and highly sought after.
• High-Quality Construction: Made from durable and high-quality materials, this shot glass is built to last. The design mimics a real golf ball with its textured surface, adding an extra touch of realism.
• Suitable Capacity: Each exquisite spherical cup has a standard capacity of 1.5 ounces ...
View more
At a glance
Brand
MFJESEAA
Condition
New
Pieces
1
Material
Plastic
Features
Non-Stick
Color
White
Buy now
Golf Ball Shot Glasses, Golf Ball Shot Glasses with Lid, Golf Shots - Golf Ball...
1
Arriving
Wed, Jul 30
Sold and shipped by zhangping
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$17.38
Includes $1.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order



GOAWTFAFS 1.5oz 3 PCS Golf B
walmart.com/ip/GOAWTFAFS-1-5oz-3-PCS-Golf-Ball-Shot-Glasses-Glasses-Lid-Shots-Shaped-Glass-Present-Enthusiasts-Nove...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
WORKS LIKE A
SHOT GLASS
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
LOOKS LIKE A
GOLF BALL
INCLUDES
3 GOLF SHOTS
15cm
4.5cm
Reduced price
GOAWTFAFS
GOAWTFAFS 1.5oz 3 PCS Golf Ball Shot Glasses, Golf Ball Shot Glasses with Lid, Golf Shots - Golf Ball Shaped Shot Glass, Present for Golf Enthusiasts-Novelty Shot Glasses
(No ratings yet)
About this item
Functional and Fun: This Golf Ball Shaped Shot Glass combines two beloved pastimes—golf and enjoying a drink—into one fun and functional piece. Its distinctive golf ball shape is sure to be a hit at any party or gathering
High-Quality Construction: Made from durable and high-quality materials, this shot glass is built to last. The design mimics a real golf ball with its textured surface, adding an extra touch of realism
Easy to Clean: The shot glass is designed for convenience, with a smooth interior that's easy to clean after use. Simply wash it by hand or place it in the dishwasher for hassle...
View more
At a glance
Brand
GOAWTFAFS
Condition
New
Dimensions
3.00 x 2.00 x 2.00
Buy now
GOAWTFAFS 1.5oz 3 PCS Golf Ball Shot Glasses, Golf Ball Shot Glasses with Lid,...
1
Arriving
Fri, Jul 25
Sold and shipped by pangyashi
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$13.33 Includes taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order



yesxue 3PC Golf Shots - Golf Ba
walmart.com/ip/yesxue-3PC-Golf-Shots-Golf-Ball-Shaped-Shot-Glass-White/14796805467...
Work
Relaunch to update
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Deals
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
WORKS LIKE A SHOT GLASS
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
LOOKS LIKE A GOLF BALL
INCLUDES 3 GOLF SHOTS
15cm
4.5cm
yesxue
yesxue 3PC Golf Shots - Golf Ball Shaped Shot Glass - White
(No ratings yet)
Actual Color: White
$4.99
About this item
Set includes 3 shaped cups.
Each holds 1.5 oz. with a sealable screw-on lid.
Can liven up outings, bachelor parties and home bars.
Makes a great Father's Day, birthday or golfer's gift!
Perfect for a friend!
View full item details
At a glance
Material
Plastic
Condition
New
Volume capacity
1.5 oz
Buy now
yesxue 3PC Golf Shots - Golf Ball Shaped Shot Glass - White
1
Arriving
Fri, Aug 1
Sold and shipped by Yesxue
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$9.72
Includes $3.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

2025 New Golf Ball Shaped Win
walmart.com/ip/2025-New-Golf-Ball-Shaped-Wine-Glass-1-5Oz-Golf-Ball-Wine-Glass-Nov...
Work
Relaunch to update
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Deals
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
3 GOLF-SHOTS
WORKS LIKE A SHOT GLASS
LOOKS LIKE A GOLF
SportShots
+4
View all
Lunuaoe
2025 New Golf Ball Shaped Wine Glass - 1.5Oz Golf Ball Wine Glass Novelty Golf Ball Wine Glasses with Lid Golf Whiskey Glass Home Bar Decoration for Whiskey Lovers- 3Pcs
(No ratings yet)
About this item
Unique design: This golf ball shaped cup is very interesting and practical. The golf cup features a golf ball exterior design, adding fun to gatherings
High quality materials: Golf glasses are made of durable plastic, lightweight, and pose no risk of damage. The unique shape will make you eye-catching at various gatherings
Easy to clean: The interior of the cup is smooth and easy to clean after use. Make daily maintenance easier
Suitable capacity: Each golf ball shaped glass has a capacity of 1.5 ounces, and the sealed lid makes it safer and more hygienic...
View more
At a glance
Brand
Lunuaoe
View all specifications
Buy now
2025 New Golf Ball Shaped Wine Glass - 1.5Oz Golf Ball Wine Glass Novelty Golf Ba...
1
Arriving
Fri, Aug 1
Sold and shipped by buyiko
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$16.58
Includes $6.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

3Pcs Golf Ball Shaped Wine Gla
walmart.com/ip/3Pcs-1-5oz-Golf-Ball-Shaped-Wine-Glass-Whiskey-Glass-Golf-Ball-Wine-G...
Work
Relaunch to update
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Deals
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
+6
View all
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
WORKS LIKE A SHOT GLASS
LOOKS LIKE A GOLF
Lunuaoe
3Pcs Golf Ball Shaped Wine Glass Whiskey Glass - 1.5Oz Golf Ball Wine Glass Novelty Golf Ball Wine Glasses with Lid Golf Whiskey Glass for Whiskey Lovers
(No ratings yet)
About this item
• Unique design: This golf ball shaped cup is very interesting and practical. The golf cup features a golf ball exterior design, adding fun to gatherings
• High quality materials: Golf glasses are made of durable plastic, lightweight, and pose no risk of damage. The unique shape will make you eye-catching at various gatherings
• Easy to clean: The interior of the cup is smooth and easy to clean after use. Make daily maintenance easier
• Suitable capacity: Each golf ball shaped glass has a capacity of 1.5 ounces, and the sealed lid makes it safer and more hygienic...
View more
At a glance
Brand
Lunuaoe
View all specifications
Buy now
3Pcs Golf Ball Shaped Wine Glass Whiskey Glass - 1.5Oz Golf Ball Wine Glass Novelty...
1
Arriving
Fri, Aug 1
Sold and shipped by buyiko
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$16.58 Includes $6.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

BGFIIPAJG 1.5oz Golf Ball Shot
walmart.com/ip/BGFIIPAJG-1-5oz-Golf-Ball-Shot-Glasses-Glasses-Lid-Shots-Shaped-Glass-Perfect-Present-Enthusiasts-Novelt...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
3 GOLF BALL SHAPED SHOT GLASSES
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
BGFIIPAJG
BGFIIPAJG 1.5oz Golf Ball Shot Glasses, Golf Ball Shot Glasses with Lid, Golf Shots - Golf Ball Shaped Shot Glass, Present for Golf Enthusiasts-Novelty Shot Glasses, White 3 PCS
(No ratings yet)
About this item
• Functionality and Fun Combined: This unique golf ball-shaped glass combines the two beloved pastime elements of golf balls and beverages creatively. It is full of fun and extremely practical. Its unique shape is destined to stand out at all kinds of parties or gatherings, becoming the focus of everyone's attention and highly sought after.
• High-Quality Construction: Made from durable and high-quality materials, this shot glass is built to last. The design mimics a real golf ball with its textured surface, adding an extra touch of realism.
• Suitable Capacity: Each exquisite spherical cup has a standard capacity of 1.5 ounces ...
View more
At a glance
Material
Plastic
Condition
New
Volume capacity
1.5 oz
Piece count
3
Sports league
1
Features
Airtight, Double-Walled, Handmade
Buy now
BGFIIPAJG 1.5oz Golf Ball Shot Glasses, Golf Ball Shot Glasses with Lid, Golf Shot...
1
Arriving
Fri, Jul 25
Sold and shipped by BGFIIPAJG
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$15.03
Includes $1.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order



DBYLXMN Golf Ball Glasses, No
walmart.com/ip/DBYLXMN-Golf-Ball-Wine-Glasses-Novelty-Glasses-Small-White-Glass-Suitable-For-Parties-...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
WORKS LIKE A SHOT GLASS
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
INCLUDES 3 GOLF SHOTS
LOOKS LIKE A GOLF BALL
15cm
4.5cm
DBYLXMN
DBYLXMN Golf Ball Glasses, Novelty Glasses, Small White Glass, Suitable For Parties As Well As Family Gatherings, Also As Holiday Gifts
(No ratings yet)
About this item
Golf is not just for playing, it's also for wine tasting
Each holds 1.5oz with a sealable screw on cap
Great for energizing outings, bachelorette parties, and home bars
Makes a great Father's Day or Birthday's, or Stocking Stuffers for Golfers
Each box contains three cups
View full item details
At a glance
Brand
DBYLXMN
Condition
New
Material
Plastic
View all specifications
Buy now
DBYLXMN Golf Ball Glasses, Novelty Glasses, Small White Glass, Suitable For...
1
Arriving
Fri, Aug 1
Sold and shipped by chenjiaxiang13
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$15.14
Includes taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order



Golf Ball Shaped Shot Glass, Co
walmart.com/ip/Golf-Ball-Shaped-Shot-Glass-Cool-Golf-Ball-Shot-Glass-Novelty-Best-X-mas-Gift...
Work
Relaunch to update
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Rollbacks & more
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
MYRIAD
Golf Ball Shaped Shot Glass, Cool Golf Ball Shot Glass Novelty Best X-mas Gift
(No ratings yet)
About this item
--- Welcome to Store ---
USER REVIEWS: We value your feedback and welcome you to leave your valuable comments and suggestions.
Our store focuses on the sale of various small practical items, including daily necessities, office supplies, creative stationery, small appliance accessories, portable tools, etc. Although the items are small, they are very useful, and each one is a caring little helper in life. High quality and low price, welcome to buy!
View full item details
At a glance
Brand
MYRIAD
View all specifications
Buy now
Golf Ball Shaped Shot Glass, Cool Golf Ball Shot Glass Novelty Best X-mas Gift
1
Arriving
Sun, Jul 27
Sold and shipped by Myriad365
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$16.59
Includes taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order



Golf Ball Shots, Golf Ball-Shape
walmart.com/ip/Golf-Ball-Shots-Golf-Ball-Shaped-Shot-Glasses-Funny-Golf-Gifts-for-Men/15491572315
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
unbranded
Golf Ball Shots, Golf Ball-Shaped Shot Glasses, Funny Golf Gifts for Men
(No ratings yet)
About this item
HIGH QUALITY CONSTRUCTION: Crafted from durable, high-quality materials for long-lasting use. The textured surface mimics a real golf ball, adding a touch of authenticity and charm.
FUNCTIONAL & FUNNY: This golf ball-shaped shot glass combines two favorite activities—golfing and drinking—into one fun and practical accessory.
MULTIPURPOSE: Perfect as a small wine glass, it also doubles as a unique decoration for tables, bars, or display cases, adding a fun touch to any setting.
View full item details
At a glance
Brand unbranded
Condition New
Pieces 9
Material Plastic
Color White
View all specifications
Buy now
Golf Ball Shots, Golf Ball-Shaped Shot Glasses, Funny Golf Gifts for Men
1
Arriving Sat, Jul 26
Sold and shipped by LALACE
Ship to June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with Add a payment method
Est. total $10.81 Includes taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

Golf Shots - Golf Ball Shaped Sl
walmart.com/ip/Golf-Shots-Golf-Ball-Shaped-Shot-Glass-White/16528260714?classType=V...
Work
Relaunch to update
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Deals
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
WORKS LIKE A SHOT GLASS
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
LOOKS LIKE A GOLF BALL
INCLUDES 3 GOLF SHOTS
15cm
4.5cm
Clearance
WXLCISI
Golf Shots - Golf Ball Shaped Shot Glass, White
(No ratings yet)
Character: 15X4.5X4.5
15X4.5X4.5
Now $7.99
Actual Color: White
About this item
Set includes 3 -shaped shot glasses.
Each holds 1.5oz with a sealable screw on cap.
Way to liven up outings, bachelor parties, and home bars.
Makes a great Father's Day or Birthday's, or Stocking Stuffers for Golfers!
A good for friend
View full item details
At a glance
Buy now
Golf Shots - Golf Ball Shaped Shot Glass, White
1
Arriving
Wed, Jul 30
Sold and shipped by Rmncdg
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$14.05
Includes $4.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

Golf Shots - Golf Ball Shaped Sl
walmart.com/ip/Golf-Shots-Golf-Ball-Shaped-Shot-Glass-White-White/16888910017?class...
Work
Relaunch to update
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Deals
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
WORKS LIKE A
SHOT GLASS
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
LOOKS LIKE A
GOLF BALL
INCLUDES
3 GOLF SHOTS
15cm
4.5cm
WXLCISI
Golf Shots - Golf Ball Shaped Shot Glass, White - White
(No ratings yet)
Actual Color: White
$7.99
About this item
Set includes 3 -shaped shot glasses.
Each holds 1.5oz with a sealable screw on cap.
Way to liven up outings, bachelor parties, and home bars.
Makes a great Father's Day or Birthday's, or Stocking Stuffers for Golfers!
A good for friend
View full item details
At a glance
Material
Plastic
Brand
WXLCISI
Color
White
Buy now
Golf Shots - Golf Ball Shaped Shot Glass, White - White
1
Arriving
Wed, Jul 30
Sold and shipped by Rmncdg
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$14.05
Includes $4.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

Golf Shots - Golf Ball Shaped Sl
walmart.com/ip/Golf-Shots-Golf-Ball-Shaped-Shot-Glass-White/16927373197?classType=VARIANT&athbdg=L140...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
WORKS LIKE A SHOT GLASS
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
INCLUDES 3 GOLF SHOTS
LOOKS LIKE A GOLF BALL
15cm
Clearance
WXLCISI
Golf Shots - Golf Ball Shaped Shot Glass, White
(No ratings yet)
Size: 15X4.5X4.5
15X4.5X4.5
Now $7.99
Actual Color: White
About this item
Set includes 3 -shaped shot glasses.
A good for friend
Makes a great Father's Day or Birthday's, or Stocking Stuffers for Golfers!
Way to liven up outings, bachelor parties, and home bars.
Each holds 1.5oz with a sealable screw on cap.
View full item details
Buy now
Golf Shots - Golf Ball Shaped Shot Glass, White
1
Arriving
Sat, Jul 26
Sold and shipped by Rmncdg
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$14.05
Includes $4.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

Golf Ball Shaped Shot Glasses w
walmart.com/ip/Golf-Ball-Shaped-Shot-Glasses-with-Lid-Set-of-3-Fun-Plastic-Shot-G...
Work
Relaunch to update
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Deals
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Back to School
My Items
Auto Service
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
+2
View all
WXLCISI
Golf Ball Shaped Shot Glasses with Lid Set of 3 Fun Plastic Shot Glasses 1.5 oz Ideal for Parties and Gatherings for Juice and Drinks
(No ratings yet)
Size: One Size
One Size
$4.99
Actual Color: White
About this item
Shaped Design: is designed in the shape of a . This novelty shot glass allows you to enjoy your drink while attracting the attention of others. The interesting design will surely make you the focus at the party.
Material: The shot cup with lid is made of trustworthy Great Quality material, which is lightweight and sturdy and not easy to damage. The texture of the shaped party cup is more realistic, bringing you a better use experience.
Mini Size, Easy to Carry: The plastic party cup has a capacity of 1.5 ounces and can hold any drink or wine you like. The novelty shot glass is sealed with a lid to spills, which is...
View more
Buy now
Golf Ball Shaped Shot Glasses with Lid Set of 3 Fun Plastic Shot Glasses 1.5 oz Ideal...
1
Arriving
Wed, Aug 6
Sold and shipped by Rmncdg
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$8.64
Includes $2.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

Golf Ball Plastic Shot Glass - Wa
walmart.com/ip/Golf-Ball-Plastic-Shot-Glass/16608310246
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
THE SHOT GLASS DISGUISED AS A GOLF BALL
3 GOLF SHOTS
WORKS LIKE A
LOOKS LIKE A GOLF
Unbranded
Golf Ball Plastic Shot Glass
(No ratings yet)
About this item
This shot glass is made from durable and lightweight plastic, making it ideal for both indoor and outdoor use.
The shot glass is shaped like a golf ball, combining two beloved pastimes—golf and enjoying a drink—into one fun and functional piece.
Its distinctive golf ball shape is sure to be a hit at any party or gathering.
The shot glass is designed for convenience, with a smooth interior that's easy to clean after use.
View full item details
At a glance
Condition
New
Features
Leakproof
Brand
Unbranded
Color
white
Dimensions
6.00 x 1.00 x 2.00 Inches
Weight
0.8 oz
View all specifications
Buy now
Golf Ball Plastic Shot Glass
1
Arriving
Thu, Jul 10
Sold and shipped by
sisanbaihuoyouxiangongsi
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$17.31
Includes taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

3 Pack Silicone Golf Ball Glasses
walmart.com/ip/3-Pack-Silicone-Golf-Ball-Glasses-Small-Funny-Juice-Drinking-Shaped-Glass-Lid-Birthday-Festival-...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Buy now
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
INCLUDES 3 GOLF SHOTS
WORKS LIKE A
LOOKS LIKE A
Moke
3 Pack Silicone Golf Ball Glasses, Small Funny Juice Drinking Golf Ball Shaped Glass with Lid, Golf Birthday Festival Themed Gifts Set for Men Golfers, White
(No ratings yet)
About this item
SHOT GLASS SET One set includes 4 pieces golf ball-shaped shot glasses that satisfy four people to drink together. Each ball hold 1.5oz. They can meet your small-capacity and multi-variety drinking needs, like whiskey, vodka, rum, cocktail, tequila, Juice etc. We come with a beautiful gift box, as shown in the picture. And it would also be a great gift for golfer, or Father's Day gift
PREMIUM SILICONE MATERIAL Our golf ball containers are made of premium European food grade silicone material, BPA free. Compared to other glass and plastic products, don't worry about cracking. Pleasant to touch, and they are more durable,...
View more
At a glance
Brand
Moke
View all specifications
3 Pack Silicone Golf Ball Glasses, Small Funny Juice Drinking Golf Ball Shaped...
1
Arriving
Tue, Jul 22
Sold and shipped by LOSO
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$15.03 Includes $3.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

1.5oz Golf Ball Shot Glasses, Go
walmart.com/ip/1-5oz-Golf-Ball-Shot-Glasses-Glasses-Lid-Shots-Shaped-Glass-Perfect-Present-Enthusiasts-Novelty-White-3-...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
GOLF SHOTS
SHOT GLASS
+2
View all
yanwan
1.5oz Golf Ball Shot Glasses, Golf Ball Shot Glasses with Lid, Golf Shots - Golf Ball Shaped Shot Glass, Present for Golf Enthusiasts-Novelty Shot Glasses, White (3 PCS)
(No ratings yet)
Actual Color: 3 PCS
$12.99
About this item
• Functional and Fun: This Golf Ball Shaped Shot Glass combines two beloved pastimes—golf and enjoying a drink—into one fun and functional piece. Its distinctive golf ball shape is sure to be a hit at any party or gathering
• High-Quality Construction: Made from durable and high-quality materials, this shot glass is built to last. The design mimics a real golf ball with its textured surface, adding an extra touch of realism
• Easy to Clean: The shot glass is designed for convenience, with a smooth interior that's easy to clean after use. Simply wash it by hand or place it in the dishwasher for hassle...
View more
At a glance
Buy now
1.5oz Golf Ball Shot Glasses, Golf Ball Shot Glasses with Lid, Golf Shots - Golf Ball...
1
Arriving
Fri, Jul 25
Sold and shipped by BTAaoin
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$14.06 Includes taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order



Golf Ball Shaped Shot Glasses,
walmart.com/ip/Golf-Ball-Shaped-Shot-Glasses-White-Set-3-Golf-Ball-Shot-Glasses-Lid-1-...
Work
Relaunch to update
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Deals
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Back to School
My Items
Auto Service
+3
View all
KWHOME
Golf Ball Shaped Shot Glasses, White A Set of 3 Golf Ball Shot Glasses With Lid, 1.5 Oz Novelty Shot Glasses, Golf Lovers, Party Decorations, Fun Gift for Golf Enthusiasts,1 Set
(No ratings yet)
Actual Color: 1 Set
$10.99
$19.99
About this item
• Functional and Fun: This Golf Ball Shaped Shot Glass combines two beloved pastimes—golf and enjoying a drink—into one fun and functional piece. Its distinctive golf ball shape is sure to be a hit at any party or gathering.
• High-Quality Construction: Made from durable and high-quality materials, this shot glass is built to last. The design mimics a real golf ball with its textured surface, adding an extra touch of realism.
• Easy to Clean: The shot glass is designed for convenience, with a smooth interior that's easy to clean after use. Simply wash it by hand or place it in the dishwasher for hassle...
View more
At a glance
Buy now
Golf Ball Shaped Shot Glasses, White A Set of 3 Golf Ball Shot Glasses With Lid, 1.5 Oz...
1
Arriving
Sat, Aug 2
Sold and shipped by BTAaoin
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$15.13
Includes $2.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

Golf Ball Shaped Shot Glasses, W
walmart.com/ip/Golf-Ball-Shaped-Shot-Glasses-White-Set-3-Golf-Ball-Shot-Glasses-...
Work
Relaunch to update
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Deals
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Back to School
My Items
Auto Service
Skip Th
Clubhouse B
Each ball holds 1.5 oz of wine in a
standard wine glass with a screw cap
GOLF
SHOTS
THE SHOT GLASS
DISGUISED AS A
GOLF BALL
+3
View all
KWHOME
Golf Ball Shaped Shot Glasses, White A Set of 3 Golf Ball Shot Glasses With Lid, 1.5 Oz Novelty Shot Glasses, Golf Lovers, Party Decorations, Fun Gift for Golf Enthusiasts,2 Set
(No ratings yet)
Actual Color: 2 Set
$10.99
$19.99
About this item
Functional and Fun: This Golf Ball Shaped Shot Glass combines two beloved pastimes—golf and enjoying a drink—into one fun and functional piece. Its distinctive golf ball shape is sure to be a hit at any party or gathering.
High-Quality Construction: Made from durable and high-quality materials, this shot glass is built to last. The design mimics a real golf ball with its textured surface, adding an extra touch of realism.
Easy to Clean: The shot glass is designed for convenience, with a smooth interior that's easy to clean after use. Simply wash it by hand or place it in the dishwasher for hassle...
View more
Buy now
Golf Ball Shaped Shot Glasses, White A Set of 3 Golf Ball Shot Glasses With Lid, 1.5 Oz...
1
Arriving
Sat, Aug 2
Sold and shipped by BTAaoin
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$24.88
Includes $2.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

3pcs/Set Golf Ball Shaped Shot
walmart.com/ip/3pcs-Set-Golf-Ball-Shaped-Shot-Glass-1-5oz-Cool-Ball-Shot-Glass-Perfect-Present-for-G...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Halloween
Rollbacks & More
LocalFinds
Dinner Made Easy
Tailgating
Baby Event
Walmart
Unbranded
3pcs/Set Golf Ball Shaped Shot Glass, 1.5oz Cool Ball Shot Glass, Perfect Present for Golf Enthusiasts-Novelty Shot Glasses
(No ratings yet)
About this item
• Functional and Fun: This Golf Ball Shaped Shot Glass combines two beloved pastimes golf and enjoying a drink into one fun and functional piece. Its distinctive golf ball shape is sure to be a hit at any party or gathering.
• High-Quality Construction: Made from durable and high-quality materials, this shot glass is built to last. The design mimics a golf ball with its textured surface, adding an extra touch of realism.
• Easy to Clean: The shot glass is designed for convenience, with a smooth interior that's easy to clean after use. Simply wash it by hand or place it in the dishwasher for hassle...
View more
At a glance
Brand
Unbranded
View all specifications
GOLF SHOTS
SHOT GLASS
GOLF
Buy now
3pcs/Set Golf Ball Shaped Shot Glass, 1.5oz Cool Ball Shot Glass, Perfect Presen...
1
Arriving
Thu, Sep 25
Sold and shipped by HYYDHH
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$17.31 Includes taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order



Golf Ball Shot Glasses, Golf Ball
walmart.com/ip/Golf-Ball-Shot-Glasses-Glasses-Lid-Shots-Shaped-Glass-Perfect-Present-Enthusiasts-Novelty-White-1-5oz-6-...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
+3
View all
GKaiLing
Golf Ball Shot Glasses, Golf Ball Shot Glasses with Lid, Golf Shots - Golf Ball Shaped Shot Glass, Perfect Present for Golf Enthusiasts- Novelty Shot Glasses, White, 1.5oz (6 PCS)
(1.0) | 1 rating
About this item
• Functionality and Fun Combined: This unique golf ball-shaped glass combines the two beloved pastime elements of golf balls and beverages creatively. It is full of fun and extremely practical. Its unique shape is destined to stand out at all kinds of parties or gatherings, becoming the focus of everyone's attention and highly sought after.
• High-Quality Construction: Made from durable and high-quality materials, this shot glass is built to last. The design mimics a real golf ball with its textured surface, adding an extra touch of realism.
• Suitable Capacity: Each exquisite spherical cup has a standard capacity of 1.5 ounces ...
View more
At a glance
Brand
GKaiLing
Condition
New
Pieces
36
Material
1
Color
White
Theme
Golf
Buy now
Golf Ball Shot Glasses, Golf Ball Shot Glasses with Lid, Golf Shots - Golf Ball...
1
Arriving
Wed, Jul 16
Sold and shipped by yuhuiyu
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$14.98
Includes $1.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

Golf Shots, Golf Ball Glass Shot,
walmart.com/ip/Golf-Shots-Golf-Ball-Glass-Shot-White-1-5oz-3-in-a-Box-1-Box/16603462748
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
GNBUS
Golf Shots, Golf Ball Glass Shot, White, 1.5oz, 3 in a Box,2 Box
(No ratings yet)
Actual Color: 2 Box
$10.99
$18.89
About this item
• Functionality and Fun Combined: This unique golf ball-shaped glass combines the two beloved pastime elements of golf balls and beverages creatively. It is full of fun and extremely practical. Its unique shape is destined to stand out at all kinds of parties or gatherings, becoming the focus of everyone's attention and highly sought after.
• High-Quality Construction: Made from durable and high-quality materials, this shot glass is built to last. The design mimics a real golf ball with its textured surface, adding an extra touch of realism.
• Suitable Capacity: Each exquisite spherical cup has a standard capacity of 1.5 ounces ...
View more
At a glance
Brand
Condition
Pieces
Buy now
Golf Shots, Golf Ball Glass Shot, White, 1.5oz, 3 in a Box,2 Box
1
Arriving
Fri, Jul 25
Sold and shipped by zhanFYR
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$24.77 Includes $3.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

Golf Shots, Golf Ball Glass Shot,
walmart.com/ip/Golf-Shots-Golf-Ball-Glass-Shot-White-1-5oz-3-in-a-Box-1-Box/16620156581?classType=VARIANT&from=/s...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
WORKS LIKE A SHOT GLASS
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
LOOKS LIKE A GOLF BALL
INCLUDES 3 GOLF SHOTS
15cm
4.5cm
GNBUS
Golf Shots, Golf Ball Glass Shot, White, 1.5oz, 3 in a Box,1 Box
(No ratings yet)
Actual Color: 1 Box
$10.99
$18.89
About this item
Functionality and Fun Combined: This unique golf ball-shaped glass combines the two beloved pastime elements of golf balls and beverages creatively. It is full of fun and extremely practical. Its unique shape is destined to stand out at all kinds of parties or gatherings, becoming the focus of everyone's attention and highly sought after.
High-Quality Construction: Made from durable and high-quality materials, this shot glass is built to last. The design mimics a real golf ball with its textured surface, adding an extra touch of realism.
Suitable Capacity: Each exquisite spherical cup has a standard capacity of 1.5 ounces ...
View more
At a glance
Brand
Condition
Pieces
Buy now
Golf Shots, Golf Ball Glass Shot, White, 1.5oz, 3 in a Box,1 Box
1
Arriving
Fri, Jul 25
Sold and shipped by zhanFYR
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$16.22 Includes $3.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order



SHUNXIN Easter Gifts,Golf Ball
walmart.com/ip/SHUNXIN-Easter-Gifts-Golf-Ball-Shaped-Shot-Glass-Golf-Shots-1-5-Oz-Present-For-Golf-Enthusiasts-Novelty...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
WORKS LIKE A SHOT GLASS
LOOKS LIKE A GOLF
SHUNXIN
SHUNXIN Easter Gifts,Golf Ball Shaped Shot Glass,Golf Shots,1.5 Oz,Present For Golf Enthusiasts-Novelty Shot Glasses,White
(No ratings yet)
Size: 5.91" x 1.77" x 1.77"
5.91" x 1.77" x 1.77"
$15.80
Actual Color: White
About this item
Set includes 3 -shaped shot glasses.
Each holds 1.5oz with a sealable screw on cap.
way to liven up outings, bachelor parties, and home bars.
Makes a great Father's Day or Birthday's, or Stocking Stuffers for Golfers!
a good for friend
View full item details
Buy now
SHUNXIN Easter Gifts,Golf Ball Shaped Shot Glass,Golf Shots,1.5 Oz,Present For...
1
Arriving
Fri, Jul 18
Sold and shipped by SHUNXIN
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$17.10
Includes taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order



ruiheuyx 1.5oz Golf Ball Shot Gl
walmart.com/ip/ruiheuyx-1-5oz-Golf-Ball-Shot-Glass-3PCS-Golfing-Balls-Shot-Glasse...
Work
Relaunch to update
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Deals
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Back to School
My Items
Auto Service
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
INCLUDES
3 GOLF SHOTS
WORKS LIKE A SHOT GLASS
LOOKS LIKE A GOLF BALL
15cm
4.5cm
ruiheuyx
ruiheuyx 1.5oz Golf Ball Shot Glass, 3PCS Golfing Balls Shot Glasses with Lid, Novelty Golf Ball Shaped Shots Glasses Gifts for Golfing Enthusiasts (White)
(No ratings yet)
Actual Color: White
$7.91
About this item
Set includes 3 -shaped shot glasses.
Each holds 1.5oz with a sealable screw on cap.
way to liven up outings, bachelor parties, and home bars.
Makes a great Father's Day or Birthday's, or Stocking Stuffers for Golfers!
a good for friend
View full item details
At a glance
Buy now
ruiheuyx 1.5oz Golf Ball Shot Glass, 3PCS Golfing Balls Shot Glasses with Lid,...
1
Arriving
Thu, Jul 31
Sold and shipped by ruiheuyx
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$9.63
Includes $0.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order



3Pcs/Set Golf Ball Shaped Shot
walmart.com/ip/3Pcs-Set-Golf-Ball-Shaped-Shot-Glass-for-Golf-Sports-Lovers-Gifts/16879274524?classType=REG...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
SportShots
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
Unbranded
3Pcs/Set Golf Ball Shaped Shot Glass for Golf Sports Lovers Gifts
(No ratings yet)
About this item
Useful
Innovative
Versatility
View full item details
At a glance
Brand
Unbranded
Weight
0.26 lb
Condition
New
Dimensions
1.00 x 0.10 x 0.10 Inches
View all specifications
Buy now
3Pcs/Set Golf Ball Shaped Shot Glass for Golf Sports Lovers Gifts
1
Arriving
Fri, Jul 25
Sold and shipped by Xieyian Trading
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$17.48 Includes taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order



Golf Shots - Golf Ball Shaped S
walmart.com/ip/Golf-Shots-Ball-Shaped-Shot-Glass-Glasses-1-5oz-Cool-Glass-for-Enthusiasts-Novelty-Gl...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Halloween
Rollbacks & More
LocalFinds
Dinner Made Easy
Tailgating
Walmart+
Skip Th
Clubhouse Ba
Each ball holds 1.5 oz of wine in a standard wine glass with a screw cap
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
YT Arts
Golf Shots - Golf Ball Shaped Shot Glass, Golf Ball Shot Glasses,1.5oz Cool Golf Ball Shot Glass,for Golf Enthusiasts-Novelty Shot Glasses-Novelty Shot Glasses (9PCS)
(No ratings yet)
About this item
High-Quality Construction ----- Made from durable and high-quality materials, this shot glass is built to last. The design mimics a real golf ball with its textured surface, adding an extra touch of realism
Easy to Clean ----- The shot glass is designed for convenience, with a smooth interior that's easy to clean after use. Simply wash it by hand or place it in the dishwasher for hassle-free maintenance
Suitable Capacity ----- Each Ball holds a standard 1.5oz shot with a screw top sealable lid
View full item details
At a glance
Brand
YT Arts
Weight
1 lb
Condition
New
Height
10 in
Material
Plastic
Buy now
Golf Shots - Golf Ball Shaped Shot Glass, Golf Ball Shot Glasses,1.5oz Cool Golf Ball...
1
Arriving
Thu, Oct 9
Sold and shipped by yangtao
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$37.88 Includes taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

3Pcs A Set Golf Shots Golf Ball
walmart.com/ip/3Pcs-A-Set-Golf-Shots-Golf-Ball-Shaped-Shot-Glasses-Plastic-Golf-Shot-Glass-With-Lid-1-5Oz-Mini-Golf-Ball...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
WORKS LIKE A SHOT GLASS
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
LOOKS LIKE A GOLF BALL
INCLUDES 3 GOLF SHOTS
15cm
4.5cm
Whit3fivE
3Pcs A Set Golf Shots Golf Ball Shaped Shot Glasses Plastic Golf Shot Glass With Lid 1.5Oz Mini Golf Ball Party Cups For Golf Theme Party-White
(No ratings yet)
About this item
【Unique Shape】 This unique cup with the appearance of golf ball allows you to enjoy your drink while attracting others' attention. It is an excellent choice for both daily home decoration and supplies for golf-themed parties.
【Perfect Quality】 This golf shots shot glasses with lid are made of trustworthly quality plastic materials. It's lightweight and portable, you can reuse it. The good enough material enables it to be used for a long time without damage.
【Convenience】 This golf ball shaped cup is very convenient to use. Its mini size can save a lot of space both in use and storage. After using, just rinse it with clean water...
View more
At a glance
Brand
Whit3fivE
Color
White
Character
White
View all specifications
Buy now
3Pcs A Set Golf Shots Golf Ball Shaped Shot Glasses Plastic Golf Shot Glass With...
1
Arriving
Fri, Jul 25
Sold and shipped by Whit3fivE
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$14.06
Includes $4.00 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

3Pcs A Set Golf Shots Plastic Go
walmart.com/ip/3Pcs-A-Set-Golf-Shots-Plastic-Golf-Shot-Glass-With-Lid-Golf-Ball-Shaped-...
Work
Relaunch to update
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Deals
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
+3 View all
Whit3fivE
3Pcs A Set Golf Shots Plastic Golf Shot Glass With Lid Golf Ball Shaped Shot Glasses 1.5Oz Mini Golf Ball Party Cups For Home Golf Theme Party-White
(No ratings yet)
About this item
【Unique Shape】This unique cup with the appearance of golf ball allows you to enjoy your drink while attracting others' attention. It is an excellent choice for both daily home decoration and supplies for golf-themed parties.
【Perfect Quality】This golf shots shot glasses with lid are made of trustworthy quality plastic materials. It's lightweight and portable, you can reuse it. The good enough material enables it to be used for a long time without damage.
【Convenience】This golf ball shaped cup is very convenient to use. Its mini size can save a lot of space both in use and storage. After using, just rinse it with clean water...
View more
At a glance
Material PS
Volume capacity 1.5 oz
Piece count 3
Brand Whit3fivE
Color White
Occasion Cocktail & Party
Buy now
3Pcs A Set Golf Shots Plastic Golf Shot Glass With Lid Golf Ball Shaped Shot...
1
Arriving Fri, Aug 1
Sold and shipped by Whit3fivE
Ship to June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with Add a payment method
Est. total $9.73 Includes $3.00 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order



3Pcs A Set Golf Shots Plastic Go
walmart.com/ip/3Pcs-A-Set-Golf-Shots-Plastic-Golf-Shot-Glass-With-Lid-Golf-Ball-Shaped-...
Work
Relaunch to update
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Deals
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
+4 View all
Whit3fivE
3Pcs A Set Golf Shots Plastic Golf Shot Glass With Lid Golf Ball Shaped Shot Glasses 1.5Oz Mini Golf Ball Party Cups For Home Golf Theme Party(White)
(No ratings yet)
About this item
【Unique Shape】This unique cup with the appearance of golf ball allows you to enjoy your drink while attracting others' attention. It is an excellent choice for both daily home decoration and supplies for golf-themed parties.
【Perfect Quality】This golf shots shot glasses with lid are made of trustworthy quality plastic materials. It's lightweight and portable, you can reuse it. The good enough material enables it to be used for a long time without damage.
【Convenience】This golf ball shaped cup is very convenient to use. Its mini size can save a lot of space both in use and storage. After using, just rinse it with clean water...
View more
At a glance
Material
PS
Brand
Whit3fivE
Color
White
Character
Buy now
3Pcs A Set Golf Shots Plastic Golf Shot Glass With Lid Golf Ball Shaped Shot...
1
Arriving
Fri, Aug 1
Sold and shipped by Whit3fivE
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$9.73
Includes $3.00 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

3Pcs A Set Golf Shots Plastic Go
walmart.com/ip/3Pcs-A-Set-Golf-Shots-Plastic-Golf-Shot-Glass-With-Lid-Golf-Ball-Shaped-...
Work
Relaunch to update
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Deals
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
+4
View all
Whit3fivE
3Pcs A Set Golf Shots Plastic Golf Shot Glass With Lid Golf Ball Shaped Shot Glasses 1.5Oz Mini Golf Ball Party Cups For Home Golf Theme Party(White)
(No ratings yet)
About this item
【Unique Shape】This unique cup with the appearance of golf ball allows you to enjoy your drink while attracting others' attention. It is an excellent choice for both daily home decoration and supplies for golf-themed parties.
【Perfect Quality】This golf shots shot glasses with lid are made of trustworthy quality plastic materials. It's lightweight and portable, you can reuse it. The good enough material enables it to be used for a long time without damage.
【Convenience】This golf ball shaped cup is very convenient to use. Its mini size can save a lot of space both in use and storage. After using, just rinse it with clean water...
View more
At a glance
Material
PS
Brand
Whit3fivE
Color
White
Character
Buy now
3Pcs A Set Golf Shots Plastic Golf Shot Glass With Lid Golf Ball Shaped Shot...
1
Arriving
Fri, Aug 1
Sold and shipped by Whit3fivE
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$15.03
Includes $4.00 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

3Pcs A Set Golf Shots Plastic Go
walmart.com/ip/3Pcs-A-Set-Golf-Shots-Plastic-Golf-Shot-Glass-With-Lid-Golf-Ball-Shaped-...
Work
Relaunch to update
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Deals
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
+4
View all
Whit3fivE
3Pcs A Set Golf Shots Plastic Golf Shot Glass With Lid Golf Ball Shaped Shot Glasses 1.5Oz Mini Golf Ball Party Cups For Home Golf Theme Party-White
(No ratings yet)
About this item
• 【Unique Shape】 This unique cup with the appearance of golf ball allows you to enjoy your drink while attracting others' attention. It is an excellent choice for both daily home decoration and supplies for golf-themed parties.
• 【Perfect Quality】 This golf shots shot glasses with lid are made of trustworthly quality plastic materials. It's lightweight and portable, you can reuse it. The good enough material enables it to be used for a long time without damage.
• 【Convenience】 This golf ball shaped cup is very convenient to use. Its mini size can save a lot of space both in use and storage. After using, just rinse it with clean water...
View more
At a glance
Material
PS
Brand
Whit3fivE
Color
White
Buy now
3Pcs A Set Golf Shots Plastic Golf Shot Glass With Lid Golf Ball Shaped Shot...
1
Arriving
Fri, Aug 1
Sold and shipped by Whit3fivE
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$12.98
Includes $4.00 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order



3Pcs One Set Golf Shots Golf Ba
walmart.com/ip/3Pcs-One-Set-Golf-Shots-Golf-Ball-Shaped-Shot-Glasses-Plastic-Golf-Shot-Glass-With-Li...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Halloween
Rollbacks & More
LocalFinds
Dinner Made Easy
Tailgating
Walmart+
LOOKS LIKE A
GOLF BALL
3 GOLF BALL SHAPED SHOT GLASSES
GOLF SHOTS
+4
View all
Whit3fivE
3Pcs One Set Golf Shots Golf Ball Shaped Shot Glasses Plastic Golf Shot Glass With Lid 1.5Oz Mini Golf Ball Party Cups For Golf Theme Party(Shape B)
(No ratings yet)
About this item
【Unique Shape】This unique cup with the appearance of golf ball allows you to enjoy your drink while attracting others' attention. It is an excellent choice for both daily home decoration and supplies for golf-themed parties.
【Perfect Quality】This golf shots shot glasses with lid are made of trustworthly quality plastic materials. It's lightweight and portable, you can reuse it. The good enough material enables it to be used for a long time without damage.
【Convenience】This golf ball shaped cup is very convenient to use. Its mini size can save a lot of space both in use and storage. After using, just rinse it with clean water...
View more
At a glance
Brand
Whit3fivE
Material
PS
Count per pack
3
Character
Color
Buy now
3Pcs One Set Golf Shots Golf Ball Shaped Shot Glasses Plastic Golf Shot Glass With...
1
Arriving
Fri, Sep 26
Sold and shipped by Whit3fivE
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$12.86
Includes $5.00 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

3Pcs 1.5oz Golf Ball Shaped Sh
walmart.com/ip/3Pcs-1-5oz-Golf-Ball-Shaped-Shot-Glass-Golf-Ball-Shot-Glass-Novelty-Golf-Ball-Shot-Glasses-wit...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
WORKS LIKE A SHOT GLASS
LOOKS LIKE A GOLF
TIANQIAN
3Pcs 1.5oz Golf Ball Shaped Shot Glass Golf Ball Shot Glass Novelty Golf Ball Shot Glasses with Lid Outdoor Leisure Golf Glass
(No ratings yet)
Actual Color: 13-White
1-Blue $25.22
2-Blue $24.80
3-Pink $16.55
4-Yellow $20.49
5-Yellow $20.49
6-Black $9.48
7-Blue $9.67
8-Green $9.67
9-Pink $9.50
10-Black $23.76
11-Light brown white $24.37
12-Pink $11.87
13-White $12.79
14-Pale pink white $14.13
15-Pale pink white $14.88
16-Pale pink white $16.22
17-sky blue $12.55
18-Black $12.64
19-Pink $12.67
20-Rose Gold $21.87
21-Light blue $21.70
22-Green $21.02
View less
About this item
Unique design: This golf ball shaped cup is very interesting and practical. The golf cup features a golf ball exterior design, adding fun to gatherings
High quality materials: Golf glasses are made of durable plastic, lightweight, and pose no risk of damage. The unique shape will make you eye-catching at various gatherings
Buy now
3Pcs 1.5oz Golf Ball Shaped Shot Glass Golf Ball Shot Glass Novelty Golf Ball Shot...
1
Arriving
Tue, Jul 22
Sold and shipped by TIANQIAN
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$13.85 Includes taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

Shots Shaped Shot Glass White
walmart.com/ip/Shots-Shaped-Shot-Glass-White-Golf-Ball-Shot-Glasses-Golf-Ball-Sh...
Work
Relaunch to update
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Deals
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Back to School
My Items
Auto Service
WORKS LIKE A SHOT GLASS
LOOKS LIKE A GOLF BALL
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
INCLUDES 3 GOLF SHOTS
15cm
4.5cm
Y-Yc
Shots Shaped Shot Glass White,Golf Ball Shot Glasses, Golf Ball Shot Glasses with Lid, Golf Shots Golf Ball Shaped Shot Glass, Present for Golf Enthusiasts Novelty Shot Glasses, White(3 PCS)
(No ratings yet)
About this item
• Functionality and Fun Combined: This unique golf ball-shaped glass combines the two beloved pastime elements of golf balls and beverages creatively. It is full of fun and extremely practical. Its unique shape is destined to stand out at all kinds of parties or gatherings, becoming the focus of everyone's attention and greatly sought after.
• great Quality Construction: Made from durable and great-quality materials, this shot glass is built to last. The design mimics a real golf ball with its textured surface, adding an extra touch of realism.
• Suitable Capacity: Each exquisite spherical cup has a standard capacity of 1.5 ounces ...
View more
At a glance
Material
Plastic
Condition
New
Piece count
3
Brand
Color
Dimensions
Buy now
Shots Shaped Shot Glass White,Golf Ball Shot Glasses, Golf Ball Shot Glasses with...
1
Arriving
Tue, Jul 29
Sold and shipped by Y-Yc
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$14.06 Includes taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

3 Pack Silicone 1.5oz Golf Ball S
walmart.com/ip/3-Pack-Silicone-1-5oz-Golf-Ball-Shot-Glasses-Small-Funny-Juice-Drinking-Shaped-Glass-...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Halloween
Rollbacks & More
LocalFinds
Dinner Made Easy
Tailgating
Baby Event
Walmart
WORKS LIKE A SHOT GLASS
LOOKS LIKE A GOLF BALL
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
INCLUDES 3 GOLF SHOTS
15cm
4.5cm
Qin Life
3 Pack Silicone 1.5oz Golf Ball Shot Glasses, Small Funny Juice Drinking Golf Ball Shaped Shot Glass with Lid, Golf Party Decor Creative Gifts, Novelty Party Cups for Men Enthusiasts Outdoor
(No ratings yet)
Actual Color: White
$5.99
About this item
Functional and fun design: Golf-shaped shot glasses combine your love of golf with the pleasure of drinking in this unique product. This fun and practical golf shot glass is the perfect choice for golfers who are keen to drink in a golf-shaped cup at a party or gathering. Its unique golf shape will no doubt become the focus of conversation, making any occasion impressive.
Durable construction: Crafted from high-quality materials, this golf shot glass realistically mimics the texture and design of a real golf ball, making it feel real when you enjoy your favorite drink. High quality workmanship ensures that this shot glass i...
View more
At a glance
Buy now
3 Pack Silicone 1.5oz Golf Ball Shot Glasses, Small Funny Juice Drinking Golf Ball...
1
Arriving
Fri, Sep 26
Sold and shipped by ZeYiJiuMY
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$11.89
Includes $4.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order



3Pcs 1.5oz Golf Ball Shaped Sh
walmart.com/ip/3Pcs-1-5oz-Golf-Ball-Shaped-Shot-Glass-Novelty-Glasses-Lid-Outdoor-Lei...
Work
Relaunch to update
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Deals
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
WORKS LIKE A SHOT GLASS
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
LOOKS LIKE A GOLF BALL
INCLUDES
3 GOLF SHOTS
15cm
4.5cm
Forestwhale
3Pcs 1.5oz Golf Ball Shaped Shot Glass Golf Ball Shot Glass Novelty Golf Ball Shot Glasses with Lid Outdoor Leisure Golf Glass for Party Christmas Father's Day
(No ratings yet)
Actual Color: White
$5.99
About this item
Unique design: This golf ball shaped cup is very interesting and practical. The golf cup features a golf ball exterior design, adding fun to gatherings
High quality materials: Golf glasses are made of durable plastic, lightweight, and pose no risk of damage. The unique shape will make you eye-catching at various gatherings
Easy to clean: The interior of the cup is smooth and easy to clean after use. Make daily maintenance easier
Suitable capacity: Each golf ball shaped glass has a capacity of 1.5 ounces, and the sealed lid makes it safer and more hygienic...
View more
Buy now
3Pcs 1.5oz Golf Ball Shaped Shot Glass Golf Ball Shot Glass Novelty Golf Ball Shot...
1
Arriving
Sat, Jul 26
Sold and shipped by MUPET&HOME
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$10.80
Includes $3.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

3pcs 1.5oz Golf Ball Shot Small
walmart.com/ip/3pcs-1-5oz-Golf-Ball-Shot-Small-Funny-Juice-Drinking-Golf-Ball-Shaped-Shot-Glass-with-Lid-Golf-Birthday-F...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
INCLUDES
3 GOLF SHOTS
WORKS LIKE A SHOT GLASS
LOOKS LIKE A GOLF BALL
15cm
Forestwhale
3pcs 1.5oz Golf Ball Shot Small Funny Juice Drinking Golf Ball Shaped Shot Glass with Lid Golf Birthday Festival Themed Gifts Set for Men Golfers
(No ratings yet)
Actual Color: White
$5.99
About this item
• Unique design: This golf ball shaped cup is very interesting and practical. The golf cup features a golf ball exterior design, adding fun to gatherings
• High quality materials: Golf glasses are made of durable plastic, lightweight, and pose no risk of damage. The unique shape will make you eye-catching at various gatherings
• Easy to clean: The interior of the cup is smooth and easy to clean after use. Make daily maintenance easier
• Suitable capacity: Each golf ball shaped glass has a capacity of 1.5 ounces, and the sealed lid makes it safer and more hygienic...
View more
At a glance
Buy now
3pcs 1.5oz Golf Ball Shot Small Funny Juice Drinking Golf Ball Shaped Shot Glass with...
1
Arriving
Sat, Jul 19
Sold and shipped by MUPET&HOME
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$10.80
Includes $3.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

6 Pcs 1.5oz Golf Ball Shaped Sh
walmart.com/ip/6-Pcs-1-5oz-Golf-Ball-Shaped-Shot-Glass-Novelty-Glasses-Lid-Perfect-Present-Enthusias...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Halloween
Rollbacks & More
LocalFinds
Dinner Made Easy
Tailgating
Walmart+
4.8cm/1.88in
4.8cm/1.88in
NOBRAND
6 Pcs 1.5oz Golf Ball Shaped Shot Glass,Novelty Golf Ball Shot Glasses with Lid,Perfect Present for Golf Enthusiasts,Funny Personalized Golf Shots Glasses for Party Favors & Sports Gifts
(No ratings yet)
About this item
【Package Contents】 You will receive 6 pcs 1.5oz golf ball shaped shot glass;Size:As shown in the figure;Color:White.
【Material】 Plastics.
【Easy to Clean】 The personalized golf shots glasses is designed for convenience, with a smooth interior that's easy to clean after use. Simply wash it by hand or place it in the dishwasher for hassle-free maintenance.
【Widely Applications】 Whether it's a celebration, a casual meet-up, or just a laid-back time at home, these Golf Shots glasses are suitable for all sorts of occasions....
View more
At a glance
Material
Plastic
Condition
New
Brand
NOBRAND
Color
white
Has written warranty
No
Buy now
6 Pcs 1.5oz Golf Ball Shaped Shot Glass,Novelty Golf Ball Shot Glasses with...
1
Arriving
Thu, Oct 2
Sold and shipped by weizahng
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$21.42 Includes taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order



3PC Shaped Shot Glasses Shot
walmart.com/ip/3PC-Shaped-Shot-Glasses-Shot-Glasses-With-Lids-1-5-Ounces-Party-Cups-Novelty-Shot-Glasses-...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
+2
View all
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
Paw Kitch
3PC Shaped Shot Glasses Shot Glasses With Lids 1.5 Ounces Party Cups Novelty Shot Glasses Gifts50ml Golf ball glass set ( version)
(No ratings yet)
Actual Color: White
White
$8.09
About this item
• Easy To Clean: 1.5 Oz Shot Glass With Lid And Smooth Interior. Cleaning Is And . You Can Wash These Shot Glasses By Hand Or In The Dishwasher. Ceramic Coffee Mugs Cups Coffee Cups Mugs Floral Vacuum Mug Cup Holder Vintage Coffee Mug Cup Stoneware Washing Cup Acrylic
• Material: The Shot Cup With Lid Is Made Of Trustworthy High-quality Material, Which Is Lightweight And Sturdy And Not Easy To Damage. The Texture Of The Shaped Party Cup Is More Realistic, Bringing You A Better Use Experience. Mugs Vintage Pottery Coffee Mugs Young And Hungry Mug Cups Ceramic No Handle in A Teacup Cup...
View more
At a glance
Material
Piece count
Brand
Buy now
3PC Shaped Shot Glasses Shot Glasses With Lids 1.5 Ounces Party Cups Novelty...
1
Arriving
Tue, Jul 22
Sold and shipped by Paw Kitch
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$8.76 Includes taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order



Golf Ball Shaped Shot Glasses w
walmart.com/ip/Golf-Ball-Shaped-Shot-Glasses-with-Lid-Set-of-3-Fun-Plastic-Shot-Glasses...
Work
Relaunch to update
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Deals
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Back to School
My Items
Auto Service
+2
View all
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
XinganshangM
Golf Ball Shaped Shot Glasses with Lid Set of 3 Fun Plastic Shot Glasses 1.5 oz Ideal for Parties and Gatherings for Juice and Drinks
(No ratings yet)
Size: One Size
One Size $4.99
Actual Color: White
About this item
• Shaped Design: is designed in the shape of a . This novelty shot glass allows you to enjoy your drink while attracting the attention of others. The interesting design will surely make you the focus at the party.
• Material: The shot cup with lid is made of trustworthy Great Quality material, which is lightweight and sturdy and not easy to damage. The texture of the shaped party cup is more realistic, bringing you a better use experience.
• Mini Size, Easy to Carry: The plastic party cup has a capacity of 1.5 ounces and can hold any drink or wine you like. The novelty shot glass is sealed with a lid to spills, which is...
View more
Buy now
Golf Ball Shaped Shot Glasses with Lid Set of 3 Fun Plastic Shot Glasses 1.5 oz Ideal...
1
Arriving
Thu, Jul 31
Sold and shipped by XinganshangM
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$8.64
Includes $2.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order



Golf Shot Glasses - Golf Ball Sh
walmart.com/ip/Golf-Shot-Glasses-Golf-Ball-Shot-Glasses-Set-3-Golf-Ball-Shot-Glasses-Lid-Golf-Shots-Golf-Ball-S...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
Only at Walmart
Registry
+2
View all
WORKS LIKE A SHOT GLASS
LOOKS LIKE A GOLF BALL
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
INCLUDES
3 GOLF SHOTS
15cm
4.5cm
MJTYUTMO
Golf Shot Glasses - Golf Ball Shot Glasses Set of 3 - Golf Ball Shot Glasses with Lid, Golf Shots, Golf Ball Shaped Shot Glass, Present for Golf Enthusiasts-Novelty Shot Glasses, White, 1.5oz
(No ratings yet)
About this item
Functionality and Fun Combined: Golf ball-shaped glass combines the two beloved pastime elements of golf balls and beverages creatively. It is full of fun and extremely practical. Its unique shape is destined to stand out at all kinds of parties or gatherings, becoming the focus of everyone's attention and highly sought after.
High-Quality Construction: Golf ball-shaped glass Made from durable and high-quality materials, this shot glass is built to last. The design mimics a real golf ball with its textured surface, adding an extra touch of realism.
Suitable Capacity: Each exquisite spherical cup has a standard capacity of 1.5 ounces ...
View more
At a glance
Material
Plastic
Condition
New
Piece count
1
Features
Glow in the Dark
Brand
MJTYUTMO
Color
3 Boxes
View all specifications
Now $15.
You save $2.00
Price when purchase
Free 30-day retu
How you'll get
Shipping
Arrives Jul 22
$7.99
1800 Lubbock St
Arrives by Tue, Jul 22
Shipping fee $7.99
Sold and sh
Free 30-day
Add
Buy now
Golf Shot Glasses - Golf Ball Shot Glasses Set of 3 - Golf Ball Shot Glasses with Lid,...
1
Arriving
Tue, Jul 22
Sold and shipped by BOZHOU Co . Ltd
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$25.95
Includes $7.99 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

3 Pcs Golf Ball Shot Glasses Cup
walmart.com/ip/3-Pcs-Golf-Ball-Shot-Glasses-Cup-with-Lid-Golf-Ball-Shaped-Shot-Glasses-Novelty-Shot-Gla...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
GOLF SHOTS
3 GOLF BALL SHAPED SHOT GLASSES
Ppsfege
3 Pcs Golf Ball Shot Glasses Cup with Lid, Golf Ball Shaped Shot Glasses, Novelty Shot Glasses, Present for Golf Enthusiasts, White
(No ratings yet)
About this item
Functional and Fun: This Golf Ball Shaped Shot Glass combines two beloved pastimes—golf and enjoying a drink—into one fun and functional piece. Its distinctive golf ball shape is sure to be a hit at any party or gathering.
High-Quality Construction: Made from durable and high-quality materials, this shot glass is built to last. The design mimics a real golf ball with its textured surface, adding an extra touch of realism.
Easy to Clean: The shot glass is designed for convenience, with a smooth interior that's easy to clean after use. Simply wash it by hand or place it in the dishwasher for hassle...
View more
At a glance
Material Plastic
Condition New
Piece count 1
Features Double-Walled
Brand Ppsfege
Color White
View all specifications
Buy now
3 Pcs Golf Ball Shot Glasses Cup with Lid, Golf Ball Shaped Shot Glasses, Novelty...
1
Arriving Tue, Jul 22
Sold and shipped by guo wen ya
Ship to June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with Add a payment method
Est. total $12.41 Includes $1.00 shipping fee and taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

Mupvlun 1.5oz Golf Ball Shot G
walmart.com/ip/Mupvlun-1-5oz-Golf-Ball-Shot-Glasses-with-Lid-White-Novelty-Golf-Ball-Wine-Glass-Gr...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Halloween
Rollbacks & More
LocalFinds
Dinner Made Easy
Tailgating
Walmart+
Reduced price
Mupvlun
Mupvlun 1.5oz Golf Ball Shot Glasses with Lid, White Novelty Golf Ball Glass, Great Gift for Golf Lovers
(No ratings yet)
About this item
Functionality and Fun Combined: This unique golf ball-shaped glass combines the two beloved pastime elements of golf balls and beverages creatively. It is full of fun and extremely practical.
High-Quality Construction: Made from durable and high-quality materials, this shot glass is built to last. The design mimics a real golf ball with its textured surface, adding an extra touch of realism.
Suitable Capacity: Each exquisite spherical cup has a standard capacity of 1.5 ounces of wine, which is just right. At the same time, it is also equipped with a screw...
View more
At a glance
Color category
White
Piece count
1
Brand
Mupvlun
Occasion
Material
Multipack quantity
Buy now
Mupvlun 1.5oz Golf Ball Shot Glasses with Lid, White Novelty Golf Ball Glass, Great...
1
Arriving
Fri, Sep 19
Sold and shipped by guo wen ya
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$11.72
Includes taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order



Golf Ball Shot Glass Set with Sc
walmart.com/ip/Golf-Ball-Shot-Glass-Set-with-Screw-On-Cap-1-5oz-Capacity-Perfect-for-Golf-Parties-Fat...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Halloween
Rollbacks & More
LocalFinds
Dinner Made Easy
Tailgating
Walmart+
LOOKS LIKE A GOLF BALL
WORKS LIKE A SHOT GLASS
Unbranded
Golf Ball Shot Glass Set with Screw On Cap, 1.5oz Capacity, Perfect for Golf Parties, Father's Day Gifts, White
(No ratings yet)
About this item
• Golf-themed shot glass set: Includes 3 high-quality golf ball-shaped shot glasses, each with a 1.5oz capacity and a secure screw-on cap to prevent spills during transport or lively events.
• Versatile entertainment essential: Designed to elevate golf outings, bachelor parties, and home bars, adding a playful twist to drinks while serving as conversation starters.
• Thoughtful gifting solution: An ideal present for Father's Day, birthdays, or as quirky stocking stuffers, catering to golf enthusiasts who appreciate humor and functionality.
• Durable and functional: The sealable cap ensures leak-proof storage, making these...
View more
At a glance
Color category
White
Brand
Unbranded
Volume capacity
1 oz
Material
Plastic
Multipack quantity
1
Count per pack
3
View all specifications
Buy now
Golf Ball Shot Glass Set with Screw On Cap, 1.5oz Capacity, Perfect for Golf...
1
Arriving
Fri, Sep 12
Sold and shipped by LINSLIOW
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$16.94 Includes taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

Highcool 3-Piece Golf Ball Shap
walmart.com/ip/Highcool-3-Piece-Golf-Ball-Shaped-Shot-Glass-Set-1-5oz-Plastic-Golf-Shot-Glasses-with-Perfect-f...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
4th of July
Dinner Made Easy
LocalFinds
Pharmacy Delivery
Trending
Swim Shop
My Items
Auto Service
LOOKS LIKE A
GOLF BALL
GOLF SHOTS
3 GOLF BA
SHAPED
SHOT
GLAS
Highcool
Highcool 3-Piece Golf Ball Shaped Shot Glass Set, 1.5oz Plastic Golf Shot Glasses with , Perfect for Golf Themed Parties and Enthusiasts (3 Pieces)
(No ratings yet)
About this item
• Unique Golf Ball Design: These shot glasses mimic the appearance of a golf ball, offering a fun way to enjoy beverages while standing out at gatherings. Their distinctive look ensures you're the center of attention.
• High-Quality Construction: Crafted from , lightweight materials, these golf ball shot glasses with are built to last. The realistic texture enhances the user experience, adding to their appeal.
• Compact and Portable: With a 1.5oz capacity, these plastic party cups are perfect for any drink. The secure lid prevents leaks, making them ideal for on-the-go use....
View more
At a glance
Piece count
1
Brand
Highcool
Color
3
Buy now
Highcool 3-Piece Golf Ball Shaped Shot Glass Set, 1.5oz Plastic Golf Shot Glasses...
1
Arriving
Thu, Jul 17
Sold and shipped by zynion
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$25.71 Includes taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

Golf Shots® - The Original Golf
walmart.com/ip/Golf-Shots-The-Original-Golf-Ball-Shaped-Shot-Glass/17622857004?keywords=
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Halloween
Rollbacks & More
LocalFinds
Dinner Made Easy
Tailgating
Walmart+
SportShots
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
3 GOLF SHOTS
WORKS LIKE A SHOT GLASS
LOOKS LIKE A GOLF BALL
alk
Golf Shots® - The Original Golf Ball Shaped Shot Glass
(No ratings yet)
Size: 1 Sleeve
1 Sleeve
$52.85
About this item
Golf Shots® - The Original Golf Ball Shaped Shot Glass
View full item details
At a glance
Brand
alk
View all specifications
Buy now
Golf Shots® - The Original Golf Ball Shaped Shot Glass
1
Arriving
Fri, Sep 12
Sold and shipped by liulei
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$57.21 Includes taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

"Golf Ball Shot Glass Set with Li
walmart.com/ip/Golf-Ball-Shot-Glass-Set-with-Lids-Whiskey-Tequila-Glasses-Sports-Themed-Drink...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Halloween
Rollbacks & More
LocalFinds
Dinner Made Easy
Tailgating
Walmart+
+4
View all
Loved By Golfers
Fun way to liven up golf outings, bachelor parties, and home bars.
alk
"Golf Ball Shot Glass Set with Lids - Whiskey/Tequila Glasses, Sports Themed Drinkware - Unique Gifts for Men, Husband, Dad - Golf Party Decor"
(No ratings yet)
Size: 3pcs
3pcs
$27.30
Actual Color: Multicolor
Multicolor
About this item
"Golf Ball Shot Glass Set with Lids - Whiskey/Tequila Glasses, Sports Themed Drinkware - Unique Gifts for Men, Husband, Dad - Golf Party Decor"
View full item details
At a glance
Material
ABS
Brand
alk
Buy now
"Golf Ball Shot Glass Set with Lids - Whiskey/Tequila Glasses, Sports Themed...
1
Arriving
Fri, Sep 12
Sold and shipped by miaojiafa
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$29.55 Includes taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

"Golf Ball Shot Glass Set with Li
walmart.com/ip/Golf-Ball-Shot-Glass-Set-with-Lids-Whiskey-Tequila-Glasses-Sports-Themed-Drink...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Halloween
Rollbacks & More
LocalFinds
Dinner Made Easy
Tailgating
Walmart+
SportShots
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
+4
View all
alk
"Golf Ball Shot Glass Set with Lids - Whiskey/Tequila Glasses, Sports Themed Drinkware - Unique Gifts for Men, Husband, Dad - Golf Party Decor"
(No ratings yet)
Size: 1pc
1pc
$21.26
3pcs
$27.30
Actual Color: Multicolor
Multicolor
About this item
"Golf Ball Shot Glass Set with Lids - Whiskey/Tequila Glasses, Sports Themed Drinkware - Unique Gifts for Men, Husband, Dad - Golf Party Decor"
View full item details
At a glance
Material
Brand
Buy now
"Golf Ball Shot Glass Set with Lids - Whiskey/Tequila Glasses, Sports Themed...
1
Arriving
Fri, Sep 12
Sold and shipped by nongjinxiong
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$23.01 Includes taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

"Golf Ball Shot Glass Set with Li
walmart.com/ip/Golf-Ball-Shot-Glass-Set-with-Lids-Whiskey-Tequila-Glasses-Sports-Themed-Drink...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Halloween
Rollbacks & More
LocalFinds
Dinner Made Easy
Tailgating
Baby Event
Enjoy Your Leisure Time
GOLF
SHOT GLASS
GOLF BALL
+4
View all
alk
"Golf Ball Shot Glass Set with Lids - Whiskey/Tequila Glasses, Sports Themed Drinkware - Unique Gifts for Men, Husband, Dad - Golf Party Decor"
(No ratings yet)
Size: 1pc
1pc
$17.43
Actual Color: Multicolor
Multicolor
About this item
"Golf Ball Shot Glass Set with Lids - Whiskey/Tequila Glasses, Sports Themed Drinkware - Unique Gifts for Men, Husband, Dad - Golf Party Decor"
View full item details
At a glance
Material
ABS
Brand
alk
Buy now
"Golf Ball Shot Glass Set with Lids - Whiskey/Tequila Glasses, Sports Themed...
1
Arriving
Fri, Sep 12
Sold and shipped by yanghualong
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$18.87
Includes taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

"Golf Ball Shot Glass Set with Li
walmart.com/ip/Golf-Ball-Shot-Glass-Set-with-Lids-Whiskey-Tequila-Glasses-Sports-Themed-Drink...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Halloween
Rollbacks & More
LocalFinds
Dinner Made Easy
Tailgating
Baby Event
+4
View all
SportShots
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
alk
"Golf Ball Shot Glass Set with Lids - Whiskey/Tequila Glasses, Sports Themed Drinkware - Unique Gifts for Men, Husband, Dad - Golf Party Decor"
(No ratings yet)
Size: 3pcs
3pcs
$26.63
Actual Color: Multicolor
Multicolor
About this item
"Golf Ball Shot Glass Set with Lids - Whiskey/Tequila Glasses, Sports Themed Drinkware - Unique Gifts for Men, Husband, Dad - Golf Party Decor"
View full item details
At a glance
Material
ABS
Brand
alk
Buy now
"Golf Ball Shot Glass Set with Lids - Whiskey/Tequila Glasses, Sports Themed...
1
Arriving
Fri, Sep 12
Sold and shipped by yangjinnuo
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$28.83
Includes taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

"Golf Ball Shot Glass Set with Li
walmart.com/ip/Golf-Ball-Shot-Glass-Set-with-Lids-Whiskey-Tequila-Glasses-Sports-Themed-Drink...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Halloween
Rollbacks & More
LocalFinds
Dinner Made Easy
Tailgating
Walmart+
+4
View all
SportShots
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
alk
"Golf Ball Shot Glass Set with Lids - Whiskey/Tequila Glasses, Sports Themed Drinkware - Unique Gifts for Men, Husband, Dad - Golf Party Decor"
(No ratings yet)
Size: 1pc
1pc
$21.26
Actual Color: Multicolor
Multicolor
About this item
"Golf Ball Shot Glass Set with Lids - Whiskey/Tequila Glasses, Sports Themed Drinkware - Unique Gifts for Men, Husband, Dad - Golf Party Decor"
View full item details
At a glance
Material
ABS
Brand
alk
Buy now
"Golf Ball Shot Glass Set with Lids - Whiskey/Tequila Glasses, Sports Themed...
1
Arriving
Fri, Sep 12
Sold and shipped by haileiguang
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$23.01 Includes taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

"Golf Ball Shot Glass Set with Li
walmart.com/ip/Golf-Ball-Shot-Glass-Set-with-Lids-Whiskey-Tequila-Glasses-Sports-Themed-Drinkware-...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Halloween
Rollbacks & More
LocalFinds
Dinner Made Easy
Tailgating
Walmart+
+4
View all
SportShots
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
alk
"Golf Ball Shot Glass Set with Lids - Whiskey/Tequila Glasses, Sports Themed Drinkware - Unique Gifts for Men, Husband, Dad - Golf Party Decor"
(No ratings yet)
Size: 1pc
1pc $17.43
3pcs $27.30
Actual Color: Multicolor
Multicolor
About this item
"Golf Ball Shot Glass Set with Lids - Whiskey/Tequila Glasses, Sports Themed Drinkware - Unique Gifts for Men, Husband, Dad - Golf Party Decor"
View full item details
At a glance
Material
Brand
Buy now
"Golf Ball Shot Glass Set with Lids - Whiskey/Tequila Glasses, Sports Themed...
1
Arriving
Fri, Sep 12
Sold and shipped by hezhengqi
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$18.87 Includes taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order

"Golf Ball Shot Glass Set with Li
walmart.com/ip/Golf-Ball-Shot-Glass-Set-with-Lids-Whiskey-Tequila-Glasses-Sports-Themed-Drink...
Work
Pickup or delivery?
1800 Lubbock St • Houston Supercenter
Search everything at Walmart online and in store
Departments
Services
Get it Fast
New Arrivals
Halloween
Rollbacks & More
LocalFinds
Dinner Made Easy
Tailgating
Baby Event
Walmart
+4
View all
GOLF SHOTS
THE SHOT GLASS DISGUISED AS A GOLF BALL
INCLUDES 3 GOLF SHOTS
alk
"Golf Ball Shot Glass Set with Lids - Whiskey/Tequila Glasses, Sports Themed Drinkware - Unique Gifts for Men, Husband, Dad - Golf Party Decor"
(No ratings yet)
Size: 1pc
1pc
$21.26
Actual Color: Multicolor
Multicolor
About this item
"Golf Ball Shot Glass Set with Lids - Whiskey/Tequila Glasses, Sports Themed Drinkware - Unique Gifts for Men, Husband, Dad - Golf Party Decor"
View full item details
At a glance
Material
ABS
Brand
alk
Buy now
"Golf Ball Shot Glass Set with Lids - Whiskey/Tequila Glasses, Sports Themed...
1
Arriving
Fri, Sep 12
Sold and shipped by heqinguang
Ship to
June Joseph
1800 Lubbock St, Houston, TX 77007
Pay with
Add a payment method
Est. total
$23.01 Includes taxes.
By placing this order, you agree to our Privacy Policy and Terms of Use
Place order